UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAHEEM PRICE, | Case No. 5:23-cv-00608-JLS (ASx) |
| Plaintiff, | |
| v. | **[PROPOSED]** |
| | **JUDGMENT** |
| RUSLAN YERAMISHYN;<br>ROBERT GELL;<br>DAVID HOLM; and DOES 1 to 8, | |
| Defendants. | Hon. Josephine L. Staton<br>UNITED STATES DISTRICT JUDGE |
| | Hon. Alka Sagar<br>UNITED STATES MAGISTRATE JUDGE |
| | Trial Date:        Not vet Set |

Defendants Motion for Summary Judgment is granted and the above-entitled case is dismissed in its entirety.

Dated: _____, 2026

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE

_____
[PROPOSED] JUDGMENT