NICOLE R. ROGGEVEEN, Bar No. 252587
nroggeveen@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone:   (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendants Ruslan
Yeramishyn and Robert Gell

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAHEEM PRICE,<br><br>        Plaintiff,<br><br>     v.<br><br>RUSLAN YERAMISHYN;<br>ROBERT GELL;<br>DAVID HOLM; and DOES 1 to 8,<br><br>        Defendants. | Case No. 5:23-cv-00608-JLS (ASx)<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br><br>FILED CONCURRENTLY HEREWITH:<br>1)   Notice of Motion and Motion for Summary Judgment<br>2)   Declaration of Deborah Cruz<br>3)   Proposed Judgment<br><br><br>Hon. Josephine L. Staton<br>UNITED STATES DISTRICT JUDGE<br><br>Hon. Alka Sagar<br>UNITED STATES MAGISTRATE JUDGE<br><br>Trial Date:      Not yet Set |

Defendants Ruslan Yeramishyn and Robert Gell ("Defendants") hereby respectfully submit the following Proposed Statement of Uncontroverted Facts and Conclusions of Law pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1 in support of their Motion for Summary Judgment. Defendants identify these facts as undisputed solely for the purpose of moving for summary judgment.

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| 1. | Plaintiff Ahmad Raheem Price ("Plaintiff") was booked into the Robert Presley Detention Center ("RPDC") on December 4, 2020 under Booking No. 202041230. | *Cruz Declaration*, ¶ 4<br>**EXHIBIT 1** *Inmate Classification* |
| 2. | The alleged incidents underlying Plaintiff's Complaint purportedly occurred on or about February 6, 2021 and February 1, 2022. | *Third Amended Complaint*, ECF 54<br>Page 942, Lines 9-10<br>Page 943, Lines 16-19 |
| 3. | At the time of the alleged incident on February 6, 2021, Plaintiff was housed at the Smith Correctional Facility ("SCF"). | *Third Amended Complaint*, ECF 54<br>Page 942, Lines 9-10 |
| 4. | At the time of the alleged incident on February 1, 2022, Plaintiff was housed at the Cois Byrd Detention Center ("CBDC"). | *Third Amended Complaint*, ECF 54<br>Page 943, Lines 16-19 |
| 5. | Upon arrival at any of the RSO Detention Facilities, inmates are given a property box with their names and/or booking numbers on it. The property | *Cruz Declaration*, ¶ 6<br>**EXHIBIT 2** *Inmate Orientation Guide*<br>*The Section entitled "Grievances" is highlighted.* |

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

2

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|-----|---------------------|-------------------------------|
| | box given to inmates includes, among other items, a copy of the *Inmate Orientation Guide*, which provides an overview of the grievance procedure. | |
| 6. | In addition to the *Inmate Orientation Guide*, information pertaining to the grievance process is provided to inmates via the Inmate Dedicated Channel in each housing unit and flyers posted in each housing unit. | *Cruz Declaration*, ¶ 7 |
| 7. | As reflected in the *Inmate Orientation Guide*, RSO has established policies and procedures regarding inmate grievances. | *Cruz Declaration*, ¶¶ 8-10 <br> **EXHIBIT 2** *Inmate Orientation Guide* <br> **EXHIBIT 3** *RSO Policy 507.02* <br> **EXHIBIT 4** *SCF Procedure 507.02* <br> **EXHIBIT 5** *CBDC Procedure 507.02* |
| 8. | It is the policy and practice at all Riverside County Jail Facilities, including SCF and CBDC, that inmates may grieve any conditions of confinement. | *Cruz Declaration*, ¶ 11 <br> **EXHIBIT 2** *Inmate Orientation Guide* <br> **EXHIBIT 3** *RSO Policy 507.02* <br> **EXHIBIT 4** *SCF Procedure 507.02* <br> **EXHIBIT 5** *CBDC Procedure 507.02* |
| 9. | Inmates have ten (10) days after the date of occurrence by which to submit a grievance. | *Cruz Declaration*, ¶ 12 <br> **EXHIBIT 2** *Inmate Orientation Guide* <br> **EXHIBIT 3** *RSO Policy 507.02* <br> **EXHIBIT 4** *SCF Procedure 507.02* <br> **EXHIBIT 5** *CBDC Procedure 507.02* |

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

3

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| 10. | Inmates should try, but are not required, to resolve a grievance informally by talking to or writing a "kite" (also known as an inmate request form) to the housing deputy. | *Cruz Declaration*, ¶ 13 <br> **EXHIBIT 2** *Inmate Orientation Guide* <br> **EXHIBIT 3** *RSO Policy 507.02* <br> **EXHIBIT 4** *SCF Procedure 507.02* <br> **EXHIBIT 5** *CBDC Procedure 507.02* |
| 11. | It is the practice and procedure at SCF and CBDC that correctional deputies attempt to resolve inmate grievances at the lowest possible level. | *Cruz Declaration*, ¶ 14 <br> **EXHIBIT 2** *Inmate Orientation Guide* <br> **EXHIBIT 3** *RSO Policy 507.02* <br> **EXHIBIT 4** *SCF Procedure 507.02* <br> **EXHIBIT 5** *CBDC Procedure 507.02* |
| 12. | Pursuant to Corrections Division Policy No. 507.02, Section 1.1, grievance forms are made available at all times in all Riverside County jails. | *Cruz Declaration*, ¶ 15 <br> **EXHIBIT 3** *RSO Policy 507.02* <br> **EXHIBIT 4** *SCF Procedure 507.02* <br> **EXHIBIT 5** *CBDC Procedure 507.02* |
| 13. | Grievance forms consist of 4 sheets of carbon copy paper, which are distributed as follows: the white copy is placed in the Inmate Booking File; the yellow copy is for the Facility Commander; the pink copy is for the inmate; and the goldenrod copy serves as the inmate's receipt. | *Cruz Declaration*, ¶ 16 <br> **EXHIBIT 3** *RSO Policy 507.02* <br> **EXHIBIT 4** *SCF Procedure 507.02* <br> **EXHIBIT 5** *CBDC Procedure 507.02* |
| 14. | Pursuant to Corrections Division Policy No. 507.02, Section 1.2, no staff member can refuse to accept an inmate grievance. | *Cruz Declaration*, ¶ 17 <br> **EXHIBIT 3** *RSO Policy 507.02* <br> **EXHIBIT 4** *SCF Procedure 507.02* <br> **EXHIBIT 5** *CBDC Procedure 507.02* |

4

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| 15. | Inmates nonetheless have the unhindered option of depositing their grievances into a locked repository box, which can only be accessed using a key in the possession of the Floor Sergeant responsible for collecting the grievances. | *Cruz Declaration*, ¶ 18<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02* |
| 16. | Grievances are collected twice a day, seven (7) days a week. | *Cruz Declaration*, ¶ 19<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02* |
| 17. | After collection, grievances are entered into JIMS by the Floor Sergeant, who then determines how the grievance should be handled. | *Cruz Declaration*, ¶ 20<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02* |
| 18. | Inmate grievances are tracked electronically using the JIMS Grievance Tracking System; in the event that a paper grievance is lost or misplaced, the JIMS Grievance Tracking System maintains an electronic record of the grievance and response provided. | *Cruz Declaration*, ¶ 21<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02* |
| 19. | A supervisor (typically a Sergeant) will attempt to resolve the grievance and will document his or her findings | *Cruz Declaration*, ¶ 22<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02* |

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

5

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| | and resolutions on the grievance form, as well as in the JIMS Grievance Tracking System. | **EXHIBIT 5** *CBDC Procedure 507.02* |
| 20. | If necessary, the supervisor may forward the grievance to another more appropriate supervisor for resolution, such as a supervisor over medical, mail, classification, or transportation. | *Cruz Declaration*, ¶ 23<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02* |
| 21. | Inmate grievances need to be investigated and discussed with the inmate within ten (10) days of being submitted. | *Cruz Declaration*, ¶ 24<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02* |
| 22. | Inmates are asked to sign the bottom of the grievance form and are provided with the pink inmate copy. | *Cruz Declaration*, ¶ 25<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02* |
| 23. | The bottom of the grievance form instructs inmates to refer to the *Inmate Orientation Guide* for information regarding the grievance process, including their right to appeal initial findings. | *Cruz Declaration*, ¶ 26<br>**EXHIBIT 2** *Inmate Orientation Guide*<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02*<br>**EXHIBITS 6-59** *Grievances* |
| 24. | Inmates may submit a hand-written appeal to the grievance findings and/or resolution within seven (7) days. | *Cruz Declaration*, ¶ 27<br>**EXHIBIT 2** *Inmate Orientation Guide*<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02* |

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| | | **EXHIBIT 5** *CBDC Procedure 507.02* |
| 25. | The written appeal will be forwarded to the supervisor's lieutenant, who will review the original findings, findings and appeal letter, and provide a written response addressing the inmate's concern or request. | *Cruz Declaration*, ¶ 28<br>**EXHIBIT 2** *Inmate Orientation Guide*<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02* |
| 26. | Grievances not resolved at the lieutenant level may be appealed to the facility commander within seven (7) days. | *Cruz Declaration*, ¶ 29<br>**EXHIBIT 2** *Inmate Orientation Guide*<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02* |
| 27. | The facility commander will be the final authority for the disposition of the grievance and will provide a written response. | *Cruz Declaration*, ¶ 30<br>**EXHIBIT 2** *Inmate Orientation Guide*<br>**EXHIBIT 3** *RSO Policy 507.02*<br>**EXHIBIT 4** *SCF Procedure 507.02*<br>**EXHIBIT 5** *CBDC Procedure 507.02* |
| 28. | Between January 26, 2021 and May 10, 2022, Plaintiff submitted 47 grievances, consisting of both initial grievances and grievance appeals. | *Cruz Declaration*, ¶ 31<br>**EXHIBITS 6-59** *Grievances* |
| 29. | On January 26, 2021, Plaintiff submitted a grievance stating that he "received mail from the District Court that was opened…in violation of privacy of legal correspondence." The | *Cruz Declaration*, ¶ 32<br>**EXHIBIT 6** *Grievance 01 | 26 | 21* |

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| | grievance did not reference or allege any wrongdoing on the part of Deputy Yeramishyn or Deputy Gell. | |
| 30. | On February 4, 2021, Plaintiff submitted a grievance appeal stating that "Officer Yeramishyn [was] mistaken in what constitutes legal mail. Mail from the courts are inherently considered 'legal correspondence' per Title 15 Cal. Code of Regulations." The grievance appeal did not allege that Deputy Yeramishyn opened Plaintiff's legal mail, but rather, that Deputy Yeramishyn was mistaken in what constitutes legal mail. | *Cruz Declaration*, ¶ 33 <br> **EXHIBIT 7** *Appeal 02 \| 04 \| 21* |
| 31. | On February 5, 2021, Plaintiff submitted a grievance regarding his request for a satanic bible. | *Cruz Declaration*, ¶ 34 <br> **EXHIBIT 8** *Grievance 02 \| 05 \| 21* |
| 32. | On February 9, 2021, Plaintiff submitted a grievance appeal to the Facility Commander regarding "[his] legal correspondence from the Courts being open outside of [his] presence by the mail room" and that the "handbook on mail indicates as does | *Cruz Declaration*, ¶ 35 <br> **EXHIBIT 9** *Grievance 02 \| 09 \| 21* |

8

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| | Title 15 C.C.R. that mail from state and federal courts are confidential mail." The grievance appeal did not allege that Deputy Yeramishyn opened Plaintiff's legal mail. | |
| 33. | On February 16, 2021, Plaintiff submitted a grievance regarding dayroom hours. | *Cruz Declaration*, ¶ 36 <br> **EXHIBIT 10** *Grievance 02 \| 16 \| 21* |
| 34. | On February 17, 2021, Plaintiff submitted a grievance regarding service of lunch while in court. | *Cruz Declaration*, ¶ 37 <br> **EXHIBIT 11** *Grievance 02 \| 17 \| 21* |
| 35. | On March 2, 2021, Plaintiff submitted a grievance regarding a urologist visit. | *Cruz Declaration*, ¶ 38 <br> **EXHIBIT 12** *Grievance 03 \| 02 \| 21* |
| 36. | On March 4, 2021, Plaintiff submitted a grievance regarding a strip search. | *Cruz Declaration*, ¶ 39 <br> **EXHIBIT 13** *Grievance 03 \| 04 \| 21* |
| 37. | On March 6, 2021, Plaintiff submitted a grievance appeal regarding the strip search referenced in his grievance dated March 4, 2021. | *Cruz Declaration*, ¶ 40 <br> **EXHIBIT 14** *Appeal 03 \| 06 \| 21* |
| 38. | On April 3, 2021, Plaintiff submitted a grievance regarding notice of a write-up. | *Cruz Declaration*, ¶ 41 <br> **EXHIBIT 15** *Grievance 04 \| 03 \| 21* |
| 39. | On April 6, 2021, Plaintiff submitted a grievance regarding a delay in receiving photos. | *Cruz Declaration*, ¶ 42 <br> **EXHIBIT 16** *Grievance 04 \| 06 \| 21* |

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

9

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| 40. | On April 18, 2021, Plaintiff submitted a grievance regarding a strip search. | *Cruz Declaration*, ¶ 43 <br> **EXHIBIT 17** *Grievance 04 | 18 | 21* |
| 41. | On April 19, 2021, Plaintiff submitted a grievance regarding a verbal argument with a Correctional Deputy. | *Cruz Declaration*, ¶ 44 <br> **EXHIBIT 18** *Grievance 04 | 19 | 21* |
| 42. | On April 21, 2021, Plaintiff submitted a grievance appeal regarding the strip search referenced in his grievance dated April 18, 2021. | *Cruz Declaration*, ¶ 45 <br> **EXHIBIT 19** *Appeal 04 | 21 | 21* |
| 43. | On April 22, 2021, Plaintiff submitted a grievance appeal regarding the verbal argument with a Correctional Deputy referenced in his grievance dated April 19, 2021. | *Cruz Declaration*, ¶ 46 <br> **EXHIBIT 20** *Appeal 04 | 22 | 21* |
| 44. | On April 28, 2021, Correctional Lieutenant Higgins provided a written response to Plaintiff's grievance appeal dated April 22, 2021. | *Cruz Declaration*, ¶ 47 <br> **EXHIBIT 21** *Response 04 | 28 | 21* |
| 45. | On May 10, 2021, Plaintiff submitted a grievance appeal regarding a strip search. | *Cruz Declaration*, ¶ 48 <br> **EXHIBIT 22** *Appeal 05 | 10 | 21* |
| 46. | On May 10, 2021, Plaintiff submitted a grievance appeal to the Facility Commander regarding the verbal argument with a Correctional Deputy referenced in his grievance dated April | *Cruz Declaration*, ¶ 49 <br> **EXHIBIT 23** *Appeal 05 | 10 | 21* |

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

10

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| | 19, 2021. | |
| 47. | On May 11, 2021, Correctional Captain Reed provided a written response to Plaintiff's grievance appeal dated May 10, 2021. | *Cruz Declaration*, ¶ 50<br>**EXHIBIT 24** *Response 05 | 11 | 21* |
| 48. | On May 11, 2021, Plaintiff submitted a grievance regarding refusal to take medication. | *Cruz Declaration*, ¶ 51<br>**EXHIBIT 25** *Grievance 05 | 11 | 21* |
| 49. | On May 12, 2021, Correctional Lieutenant Koehler provided a written response to Plaintiff's grievance appeal dated May 10, 2021. | *Cruz Declaration*, ¶ 52<br>**EXHIBIT 26** *Response 05 | 12 | 21* |
| 50. | On May 20, 2021, Plaintiff submitted a grievance appeal regarding his refusal to take medication referenced in his grievance dated May 11, 2021. | *Cruz Declaration*, ¶ 53<br>**EXHIBIT 27** *Appeal 05 | 20 | 21* |
| 51. | On May 27, 2021, Plaintiff submitted a grievance regarding a delay in receiving mail from friends and family. | *Cruz Declaration*, ¶ 54<br>**EXHIBIT 28** *Grievance 05 | 27 | 21* |
| 52. | On June 3, 2021, Correctional Lieutenant Rodriguez provided a written response to Plaintiff's grievance appeal dated May 20, 2021. | *Cruz Declaration*, ¶ 55<br>**EXHIBIT 29** *Response 06 | 03 | 21* |
| 53. | On June 5, 2021, Plaintiff submitted a grievance regarding a delay in | *Cruz Declaration*, ¶ 56<br>**EXHIBIT 30** *Grievance 06 | 05 | 21* |

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

11

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| | receiving photos from family via the company "Free Prints." | |
| 54. | On June 6, 2021, Plaintiff submitted a grievance regarding a delay in receiving photos from family. | *Cruz Declaration*, ¶ 57<br>**EXHIBIT 31** *Grievance 06 \| 06 \| 21* |
| 55. | On June 12, 2021, Plaintiff submitted a grievance regarding outdoor recreation. | *Cruz Declaration*, ¶ 58<br>**EXHIBIT 32** *Grievance 06 \| 12 \| 21* |
| 56. | On June 15, 2021, Plaintiff submitted a grievance regarding the verbal argument he had with a Correctional Deputy referenced in prior grievances. | *Cruz Declaration*, ¶ 59<br>**EXHIBIT 33** *Grievance 06 \| 15 \| 21* |
| 57. | On July 9, 2021, Plaintiff submitted a grievance regarding correspondence from the company "Free Prints." | *Cruz Declaration*, ¶ 60<br>**EXHIBIT 34** *Grievance 07 \| 09 \| 21* |
| 58. | On July 12, 2021, Plaintiff submitted a duplicate grievance regarding correspondence from the company "Free Prints." | *Cruz Declaration*, ¶ 61<br>**EXHIBIT 35** *Grievance 07 \| 12 \| 21* |
| 59. | On July 20, 2021, Plaintiff submitted a grievance regarding the alleged opening of mail from his attorney outside of his presence. A response was provided and discussed with Plaintiff on July 27, 2021. | *Cruz Declaration*, ¶ 62<br>**EXHIBIT 36** *Grievance 07 \| 20 \| 21* |

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| 60. | On July 24, 2021, Plaintiff submitted a grievance regarding the mail delivery schedule. | *Cruz Declaration*, ¶ 63 **EXHIBIT 37** *Grievance 07 | 24 | 21* |
| 61. | On July 26, 2021, Plaintiff submitted a grievance regarding exhibits from his attorney that were opened before being delivered to him. A response was provided and discussed with Plaintiff on July 27, 2021. | *Cruz Declaration*, ¶ 64 **EXHIBIT 38** *Grievance 07 | 26 | 21* |
| 62. | On July 31, 2021, Plaintiff submitted a grievance regarding outdoor recreation. | *Cruz Declaration*, ¶ 65 **EXHIBIT 39** *Grievance 07 | 31 | 21* |
| 63. | On August 7, 2021, Plaintiff submitted a grievance regarding commissary items. | *Cruz Declaration*, ¶ 66 **EXHIBIT 40** *Grievance 08 | 07 | 21* |
| 64. | On August 9, 2021, Plaintiff submitted a grievance appeal regarding outdoor recreation. | *Cruz Declaration*, ¶ 67 **EXHIBIT 41** *Appeal 08 | 09 | 21* |
| 65. | On August 14, 2021, Plaintiff submitted a grievance regarding commissary items. | *Cruz Declaration*, ¶ 68 **EXHIBIT 42** *Grievance 08 | 14 | 21* |
| 66. | On August 18, 2021, Plaintiff submitted a grievance regarding the grievance process. | *Cruz Declaration*, ¶ 69 **EXHIBIT 43** *Grievance 08 | 18 | 21* |
| 67. | On August 21, 2021, Plaintiff submitted a grievance appeal | *Cruz Declaration*, ¶ 70 **EXHIBIT 44** *Appeal 08 | 21 | 21* |

13

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
|  | regarding the commissary items referenced in his grievance dated August 14, 2021. |  |
| 68. | On August 26, 2021, Correctional Lieutenant Higgins provided a written response to Plaintiff's grievance appeal dated August 9, 2021. | *Cruz Declaration*, ¶ 71<br>**EXHIBIT 45** *Response 08 \| 26 \| 21* |
| 69. | On August 31, 2021, Plaintiff submitted a grievance appeal regarding the commissary items referenced in his grievance dated August 14, 2021. | *Cruz Declaration*, ¶ 72<br>**EXHIBIT 46** *Appeal 08 \| 31 \| 21* |
| 70. | On September 11, 2021, Correctional Sergeant Nelson provided a written response to Plaintiff's grievance appeal dated August 31, 2021. | *Cruz Declaration*, ¶ 73<br>**EXHIBIT 47** *Response 09 \| 11 \| 21* |
| 71. | On September 16, 2021, Correctional Lieutenant Higgins provided a written response to Plaintiff's grievance appeal dated August 31, 2021. | *Cruz Declaration*, ¶ 74<br>**EXHIBIT 48** *Response 09 \| 16 \| 21* |
| 72. | On September 25, 2021, Plaintiff submitted a grievance appeal regarding the commissary items referenced in his grievance dated August 14, 2021. | *Cruz Declaration*, ¶ 75<br>**EXHIBIT 49** *Appeal 09 \| 25 \| 21* |

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

14

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
| 73. | On October 22, 2021, Plaintiff submitted a grievance regarding a strip search. | *Cruz Declaration*, ¶ 76<br><br>**EXHIBIT 50** *Grievance 10 \| 22 \| 21* |
| 74. | On December 4, 2021, Plaintiff submitted a grievance regarding cold lunch. | *Cruz Declaration*, ¶ 77<br><br>**EXHIBIT 51** *Grievance 12 \| 04 \| 21* |
| 75. | On December 4, 2021, Plaintiff submitted a grievance regarding the law library schedule. | *Cruz Declaration*, ¶ 78<br><br>**EXHIBIT 52** *Grievance 12 \| 04 \| 21* |
| 76. | On January 15, 2022, Plaintiff submitted a grievance regarding cold lunch. | *Cruz Declaration*, ¶ 79<br><br>**EXHIBIT 53** *Grievance 01 \| 15 \| 22* |
| 77. | On January 18, 2022, Plaintiff submitted a grievance regarding requests to the Business Office. | *Cruz Declaration*, ¶ 80<br><br>**EXHIBIT 54** *Grievance 01 \| 18 \| 22* |
| 78. | On February 1, 2022, Plaintiff submitted a grievance regarding the opening of legal mail from the court outside of his presence. | *Cruz Declaration*, ¶ 81<br><br>**EXHIBIT 55** *Grievance 02 \| 01 \| 22* |
| 79. | On February 3, 2022, Plaintiff submitted a grievance appeal regarding the opening of legal mail from the court outside of his presence referenced in his grievance dated February 1, 2022. A response was provided on February 10, 2022, at | *Cruz Declaration*, ¶ 82<br><br>**EXHIBIT 56** *Appeal 02 \| 03 \| 22* |

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

15

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| No. | Uncontroverted Fact | Defendants' Supporting Evidence |
|---|---|---|
|  | which time, Plaintiff signed the bottom of the grievance form. |  |
| 80. | On February 23, 2022, Plaintiff submitted a grievance regarding court-ordered phone calls. | *Cruz Declaration*, ¶ 83<br>**EXHIBIT 57** *Grievance 02 \| 23 \| 22* |
| 81. | On February 23, 2022, Plaintiff submitted a grievance appeal regarding court-ordered phone calls. | *Cruz Declaration*, ¶ 84<br>**EXHIBIT 58** *Appeal 02 \| 23 \| 22* |
| 82. | On May 10, 2022, Plaintiff submitted a grievance regarding a request to the Business Office. | *Cruz Declaration*, ¶ 85<br>**EXHIBIT 59** *Grievance 05 \| 10 \| 22* |

Dated:  November 6, 2025          **COLE HUBER LLP**

By:      /s/ Nicole R. Roggeveen
         Nicole R. Roggeveen
         Attorneys for Defendants Ruslan
         Yeramishyn and Robert Gell

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

16
STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

## PROOF OF SERVICE

**Ahmad Price v. Ruslan Yeramishyn, et al.**
**Case No. 5:23-cv-00608-JLS (AS)**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Bernardino, State of California.  My business address is 2855 E. Guasti Road, Suite 402, Ontario, CA 91761.

On November 7, 2025, I served true copies of the following document(s) described as

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**

on the interested parties in this action as follows:

Ahmad Raheem Price
BK NO. 202041230
P.O. Box 710
Riverside. CA 92501

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Cole Huber LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Ontario, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 7, 2025, at Ontario, California.

_____
Dawn Lenz

COLE HUBER LLP
2855 E. GUASTI ROAD, SUITE 402
ONTARIO, CALIFORNIA 91761

1
STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW