AHMAD PRICE (202041230)
30755 B AULD ROAD
MURRIETA, CALIFORNIA [92563]
IN PRO SE'

FILED
CLERK, U.S. DISTRICT COURT

JAN 26 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAHEEM PRICE, | Case No. 5:23-cv-00608-JLS-AS |
| Plaintiff, | |
| v. | OPPOSITION TO MOTION FOR |
| RUSLAN YERAMISHYN; | SUMMARY JUDGMENT |
| ROBERT GELL; and | Filed Concurrently Herewith: |
| DOES 1 to 8, | 1. Statement of Genuine Disputes |
| | 2. Declaration of Ahmad Raheem Price |
| | 3. Declaration of Michael Mosby |
| | 4. Declaration of Christopher Armstead |
| | |
| | Honorable Josephine L. Staton |
| | United States District Judge |
| | |
| | Honorable Alka Sagar |
| Defendant(s). | United States Magistrate Judge |

Plaintiff's Opposition to Motion for Summary Judgment page 1

# I. INTRODUCTION

This lawsuit arises from the ongoing pattern and practice of censorship and interference, that inhibited Plaintiff's privileged and confidential communications with his criminal defense attorneys. The pattern and practice of opening/reading properly marked legal mail sent by Plaintiff's criminal defense attorneys outside of Plaintiff's presence, was engaged in by Known and unknown employees of the Riverside County Sheriff's Department ("the Department"). These acts occured no less then seven (7) times with the opening/reading of at least eleven (11) items of properly marked legal mail from Plaintiff's attorneys. This is not a(n) lawsuit based solely on "two" incidents. The practice began shortly after my incarceration and continued unabated for over a year and a half. Plaintiff attempted countless times to obtain a(n) remedy to resolve the matter by simply requesting the acts to stop, which did not. The department now claims that Plaintiff failed to exhaust administrative remedies and did not alert the department of the acts being committed by their employees, which is incorrect. Plaintiff's constant complaints to stop the chilling effects the opening of legal mail sent by his criminal defense attorneys wrought, was ignored and instead Plaintiff's grievance privileges was restricted denying Plaintiff from obtaining any relief.

# II. STATEMENT OF GENUINE DISPUTES

### A. The Department Had Full Opportunity To Consider and Investigate Plaintiff's Grievances Before Suit Was Filed In Accord With Its Own Processes and Did Not

Plaintiff's submission of over 15 grievances, grievance appeals, interviews, and discussions regarding the ongoing "pattern and practice" by the department's employees, who were opening properly marked legal mail sent by Plaintiff's attorneys outside of Plaintiff's presence, was more then adequate to alert the department of the problem and facilitate its resolution. (GD 7)

Plaintiff's Opposition To Motion For Summary Judgment page. 2

The acts of opening/reading properly marked legal mail sent from Plaintiff's criminal defense attorneys outside of Plaintiff's presence, begun well before February 6, 2021, and well beyond February 1, 2022. (GD 2). Prior to January 26, 2021, Plaintiff had submitted a(n) grievance regarding the opening of legal mail sent by Plaintiff's attorneys outside of Plaintiff's presence. This grievance went unanswered and unreturned. (GD 4). When Plaintiff recieved mail from the courts that was opened outside his presence, Plaintiff submitted another grievance that included facts submitted in the prior grievance regarding legal mail sent by Plaintiff's attorneys that was opened outside his presence, and the date of occurance. Plaintiff was told that the time limitations to grieve the issue regarding legal mail from his attorneys were not met and that he had to write another grievance, and if he included the issue regarding legal mail from his attorneys, the grievance will be rejected. (GD 4). Plaintiff submitted the grievance on January 26, 2021. Plaintiff made reference that the opening of legal mail outside of his presence was a(n) second occurrance and requested the acts to stop. (GD 5). During Plaintiff's interview with the department's employee Yeramishyn on February 1, 2021, Plaintiff discussed the opening of legal mail sent from his attorneys, and the court outside of his presence. Yeramishyn told Plaintiff that he (Yeramishyn) opened the mail specifically, and stated the "legal mail" did not say "Legal Mail" on them. Plaintiff was unable to verify the veracity of this claim as the department's employees retain and destroy all incoming regular and legal mail envelopes. Yeramishyn's formal response to the grievance was "mail process explained," that provided no resolution. (GD 6).

Plaintiffs appeal submitted on February 4, 2021, was again responded to by

Plaintiff's Opposition to Motion for Summary Judgment  page 3

Yeramishyn, which should have been handled by a(n) department Lieutenant, and again his formal response was, "mail process explained," that provided no resolution. (GD 7). Plaintiff's grievance appeal submitted on February 9, 2021, to the final level of review was handled by C. Captain Reed's designee, Sergeant Schultz, who interviewed Plaintiff on February 11, 2021. Plaintiff discussed the opening of legal mail sent by his attorneys and courts outside of his presence, and Sergeant Schultz agreed that legal mail is to be opened in Plaintiff's presence and granted the grievance to settle the matter. (GD 8).

Plaintiff submitted a(n) grievance on July 20, 2021, after recieving multiple items of properly marked legal mail sent by Plaintiff's criminal defense attorneys that were opened/read outside of Plaintiff's presence by unknown employees of the department, which again alerted the department that a(n) serious problem existed that was continous, and again asking for these acts to stop in order to facilitate its resolution. (GD 10). Plaintiff again submitted a(n) grievance on July 26, 2021, after again recieving multiple items of properly marked legal mail sent by Plaintiff's criminal defense attorneys that were opened/read outside of Plaintiff's presence by unknown employees of the department, which again alerted the department that a(n) serious problem existed that was ongoing, and again asking for these acts to cease. (GD 11).

Plaintiff after recieving no response to grievances dated July 20, 2021, and July 26, 2021, submitted a(n) grievance on August 18, 2021, regarding the grievance process due to six (6) outstanding grievances, which included the July 20 and 26 grievances. Plaintiff was interviewed some days later and during the discussion a(n) second employee of

Plaintiff's Opposition to Motion for Summary Judgment page 4

the department handed Plaintiff grievances dated July 20, 2021, and July 26, 2021. Plaintiff was never interviewed for these grievances. The formal response to these grievances cited arm policy not provided to Plaintiff, nor attempted to resolve these grievances. Plaintiff immediately submitted grievance appeals attaching the copies, and was transfered shortly thereafter to J.B.D.C., and the grievance appeals with their attachments were unanswered and unreturned. (GO 12).

Plaintiff submitted arm grievance on February 1, 2022, again alerting the department that its employees were again opening several items of properly marked legal mail sent from Plaintiff's criminal defense attorneys outside of Plaintiff's presence. Plaintiff's grievance referenced the grievance granted by Sergeant Schultz on February 11, 2021. Plaintiff was interviewed on February 2, 2022, by the department's employee Gell. During the interview Gell told Plaintiff that he (Gell) opened the legal mail because it didn't have "Legal Mail" on it. Plaintiff was unable to verify the veracity of this claim because of the department's policy and practice of retaining and destroying all incoming regular and legal mail envelopes. Plaintiff has observed on countless times legal mail from Plaintiff's attorneys, stamped with "LEGAL MAIL" onto the outside of the envelopes. Gell's formal response made no attempt towards resolution of the grievance. (GO 14). Plaintiff submitted arm grievance appeal on February 3, 2022, and the department's employee Sergeant Conn interviewed Plaintiff on February 10, 2022. During the discussion Conn reaffirmed the granting made by Sergeant Schultz, and his formal response to resolve the matter stated, "All mail from attorneys will be treated as Legal Mail. Mail deputies have been advised" (GO 15).

Plaintiff's Opposition to Motion for Summary Judgment   page 5

Plaintiff submitted a(n) grievance on May 21,2022, again alerting the department of the pattern and practice engaged in by their employees, who were opening/reading legal correspondence sent by Plaintiff's criminal defense attorneys outside of Plaintiffs presence. The department's employee Sergeant Rustad's formal response on May 22, 2022, stated that Plaintiff's paperwork was visually scanned for contraband, which did not resolve the matter. (GD 17). Plaintiff submitted a(n) grievance appeal on May 25, 2022. The department's employee Lieutenant Hatfield's formal response on May 28, 2022, stated that he reviewed the facts and considered the matter closed without resolution.(GD 18). Plaintiff submitted a(n) grievance appeal to the final level of review on June 17,2022. The department's employee C.Captain Holm formal response was to decline to provide a(n) remedy stating," No further action is anticipated regarding this matter."(GD 19).

Plaintiff submitted a(n) grievance on July 26,2022, again alerting the department of unknown persons, who were constantly opening properly marked legal mail sent from Plaintiff's attorneys outside of Plaintiff's presence. This grievance was not answered or returned. (GD 20).

Plaintiff's grievances past and present regarding the opening/reading of legal mail sent from Plaintiffs criminal defense attorneys outside of Plaintiff's presence was consistent, and the department's employee C.Captain Holm authored and signed a(n) Memorandum on July 27,2022, suspending Plaintiff's grievance privileges denying Plaintiff any remedy to address the matter. (GD 21).

Plaintiff's claims are not premised on two incidents. Plaintiff's claims are premised on a(n)" pattern and practice" employed by employees of the department, who engaged in repeatedly opening/reading properly

Plaintiff's Opposition to Motion for Summary Judgment page 6

marked legal mail sent by Plaintiff's criminal defense attorneys outside of Plaintiff's presence. (GD 16). Plaintiff properly exhausted "Available" remedies regarding the "pattern and practice" engaged in by the department's employees. (GD 2-21).

**B. The Department's Grievance Policy and Procedures Are Ineffective, Prolonged, and The Department's Employees Engage In a Practice Of Unanswering, Unreturning and Unrecording Submitted Grievances**

The so called "Inmate Dedicated Channel," did not become available to Plaintiff until 2024, with the installment of a second television in the housing unit at Cois Byrd Detention Center ("C.B.D.C."). There are also no such "flyers" posted in the housing units Plaintiff has been in regarding the "grievance process." Plaintiff has never been issued, nor will the department's employees issue, or provide, the "Riverside County Sheriff's Department Corrections Division Policy Manual" ("Policy"), or any of its sections; the "Larry D. Smith Correctional Facility Procedures" ("S.C.F. Procedures"), or any of its sections; or the "Cois Byrd Detention Center Procedures" ("C.B.D.C. Procedures"), or any of its sections. (GD 1). On numerous occasions Plaintiff submitted grievances that were collected by the department's Sergeants, that were unanswered, unreturned, not recorded into the grievance system, or went prolonged periods without being answered or returned, causing Plaintiff to submit grievance after grievance. (GD 22). On numerous occasions when Plaintiff is transfered to another facility, grievances Plaintiff submitted in the facility prior to transfer are mostly unanswered and unreturned. (GD 23). On numerous occasions Plaintiff would request the department's employees

Plaintiff's Opposition to Motion for Summary Judgment page 7

(correctional deputies) to sign Plaintiff's grievance in the "recieved by" portion of the grievance and they would refuse to do so. (GD 24). On numerous occasions the department's employees were unable, or unwilling to provide relief to resolve Plaintiff's grievances, and would cite an unknown "policy", not provided to Plaintiff, in their formal responses to the grievances and end the matter, or would not answer or return the grievance, or would formally respond with statements like, "mail process explained, or would not record grievances rewritten and resubmitted after collection by the department's Sergeant's. (GD 25). On numerous occasions Plaintiff submitted grievances that were unanswered, unreturned, not recorded, and not investigated or discussed with Plaintiff within ten (10) days of submission, and prolonged and delayed Plaintiff's grievances. (GD 26).

The following is a(n) summary of grievances Plaintiff had to rewrite and resubmit due to no response and no return of submitted grievances collected by the department's employees.

Grievance dated 1-26-2021, Plaintiff had to submit this grievance three (3) times. (See Cruz declaration, exhibit #6) (GD 22).

Grievance dated 4-18-2021, Plaintiff had to submit this grievance twice (2) as the first grievance was unanswered and unreturned. (Cruz declaration, exhibit #17) (GD 22).

Grievance dated 4-19-2021, Plaintiff had to submit this grievance twice (2) as the first grievance was unanswered and unreturned. (Cruz declaration, exhibit #18) (GD 22).

Grievance dated 7-12-2021, Plaintiff had to submit this grievance three (3) times, as the first two (2) grievances were unanswered and unreturned. (Cruz declaration, exhibit #35) (GD 22).

Grievance dated 7-20-2021, this grievance was unreturned to Plaintiff until Plaintiff submitted grievance regarding grievance process. (Cruz declaration, exhibit #36) (GD 25).

Grievance dated 7-26-2021, this grievance was unreturned to Plaintiff until Plaintiff submitted an grievance regarding the grievance process. (Cruz declaration, exhibit #38) (GD 25).

Grievance dated 8-7-2021, Plaintiff had to submit this grievance twice. (2) as the first grievance was unanswered, unreturned, and not recorded. (Cruz declaration, exhibit #40) (GD 22).

Grievance dated 8-14-2021, Plaintiff had to submit this grievance three. (3) times as the first two grievances were unanswered and unreturned. (Cruz declaration, exhibit #42) (GD 22).

Grievance dated 8-18-2021, Plaintiff submitted this grievance due to six. (6) grievances that were unanswered and unreturned. Grievances dated 7-20-2021, and 7-26-2021 were returned during interview. (Cruz declaration, exhibit #43) (GD 26).

Grievance dated 1-18-2022, Plaintiff submitted this grievance that was unreturned. (Cruz declaration, exhibit #54) (GD 26).

The following is a(n) summary of grievances where the department's employees were unable or unwilling to provide relief to Plaintiff's complaints regarding the pattern and practice by known and unknown department employees, who were opening/reading properly marked legal mail sent from Plaintiff's criminal defense attorneys, outside of Plaintiff's presence.

Grievance dated 1-26-2021, formal response states," mail process explained." (no relief). (Cruz declaration exhibit #6) (GD 25).

Grievance dated 2-4-2021, formal response states," mail process explained."

Plaintiff's Opposition to Motion for Summary Judgment page 9

(no relief). (Cruz declaration, exhibit #7) (GD 25).

Grievance dated 2-9-2021, formal response granted grievance yet acts continued. (no relief) (Cruz declaration, exhibit #9) (GD 25).

Grievance dated 7-20-2021, formal response states a(n) "policy" not provided to Plaintiff. (no relief) (Cruz declaration, exhibit #36) (GD 25).

Grievance dated 7-26-2021, formal response states a(n) "policy" not provided to Plaintiff. (no relief) (Cruz declaration, exhibit #38) (GD 25).

Grievance dated 2-1-2022, formal response states, "policy is clear." (no relief) (Cruz declaration, exhibit #55) (GD 25).

Grievance dated 2-3-2022, formal response granted grievance yet acts continued. (no relief) (Cruz declaration, exhibit #56) (GD 25).

Grievance dated 5-21-2022, formal response states, "paperwork was scanned not read". (no relief) (Price declaration, exhibit #1) (GD 25)

Grievance dated 5-25-2022, formal response states, "This matter is closed." (no relief) (Price declaration, exhibit #2) (GD 25).

Grievance dated 6-17-2022, formal response states, "No further action." final level of review. (no relief) (Price declaration, exhibit #3) (GD 25).

Grievance dated 7-26-2022, no response, unreturned. (no relief) (Price declaration, exhibit #4) (GD 25).

Memorandum dated 7-27-2022, Suspension of Plaintiff's grievance privileges for complaining of pattern and practice of opening/reading of legal mail sent from Plaintiff's criminal defense attorneys outside of Plaintiff's presence. (No Relief Available) (Price declaration, exhibit #5) (GD 25).

Plaintiff's Opposition to Motion for Summary Judgment page 10

**C. The Department's Employees Engage In Acts Designed To Thwart Plaintiff's Complaints Regarding Conditions Of Confinement**

Plaintiff asserts the department's employees create conditions that fustrates, restricts and prevents Plaintiff from effectively grieving conditions of confinement. (GD 22-26). The following grievances are examples from 2025 alone, of the department's employees engaged in acts that, (1) prolongs the grievance process causing time constraints to laspse through no fault of Plaintiff, then using the time laspse to deny Plaintiff relief; and (2) cause Plaintiff to resubmit multiple rewritten grievances that were unanswered, unreturned, and not recorded into the grievance system.

Grievance dated 1-2-2025, this grievance was unanswered and unreturned. (GD 27) (Price declaration, exhibit #6).

Grievance dated 1-13-2025, this grievance was a(n) rewritten grievance of grievance dated 1-2-2025. (GD 28) (Price declaration, exhibit #7).

Formal Response dated 1-14-2025, to grievance dated 1-13-2025, stating, "grievance is past 10 days, no original grievance in the system" (GD 29) Price declaration, exhibit #8).

Grievance dated 4-12-2025, this grievance was unanswered and unreturned. (GD 30)(Price declaration exhibit #9).

Grievance dated 4-27-2025, this grievance was a(n) rewritten grievance of grievance dated 4-12-2025. (GD 31) (Price declaration, exhibit #10).

Formal Response dated 4-28-2025 to grievance dated 4-27-2025. (GD 32) (Price declaration exhibit #11).

Grievance Appeal dated 4-30-2025, to formal response dated 4-28-2025. (GD 33) (Price declaration, exhibit #12).

Plaintiff's Opposition to Motion For Summary Judgment page 11

Formal Response dated 5-4-2025, to grievance appeal dated 4-30-2025. (GO 34) (Price declaration, exhibit #13).

Grievance Appeal to final level dated 5-8-2025, of formal response dated 5-4-2025. (GO 35) (Price declaration, exhibit #14).

Grievance dated 8-21-2025, this grievance was a(n) rewritten grievance of grievance dated 5-8-2025, that was not recorded into the system. (GO 36) Price declaration, exhibit #15).

Final Level formal Response dated 8-25-2025, to rewritten grievance dated 8-21-2025, stating "grievance well outside time frame". (GO 37) (Price declaration, exhibit #16).

Grievance dated 4-16-2025. (GO 38) (Price declaration, exhibit #17).

Formal Response dated 4-24-2025, to grievance dated 4-16-2025. (GO 39) (Price declaration, exhibit #18).

Grievance Appeal dated 4-27-2025, to formal response dated 4-24-2025. (GO 40) (Price declaration, exhibit #19).

Formal Response dated 4-29-2025, to grievance appeal dated 4-27-2025 (GO 41) (Price declaration, exhibit #20).

Grievance Appeal to final Level dated 5-2-2025, of formal response dated 4-29-2025. This grievance appeal was not responded to. (GO 42) (Price declaration, exhibit #21).

Grievance dated 4-16-2025. (GO 43) (Price declaration, exhibit #22)

Formal Response dated 4-24-2025, to grievance dated 4-16-2025. (GO 44) (Price declaration exhibit #23).

Grievance Appeal dated 4-25-2025, to formal response dated 4-24-2025. (GO 45) (Price declaration, exhibit #24).

Formal Response dated 5-1-2025, to grievance appeal dated 4-25-2025.

Plaintiff's Opposition to Motion for Summary Judgment page 12

(GD 46) (Price declaration exhibit #25).

Grievance Appeal to final level dated 5-2-2025, of formal response dated 5-1-2025. This grievance appeal was not responded to. (GD 47) (Price declaration, exhibit #26).

Grievance dated 4-27-2025. (GD 48) (Price declaration, exhibit #27).

Formal Reponse dated 5-3-2025, to grievance dated 4-27-2025. (GD 49) (Price declaration, exhibit #28).

Grievance Appeal dated 5-3-2025, to formal response dated 5-3-2025. (GD 50) (Price declaration, exhibit #29).

Grievance Appeal dated 5-16-2025, this grievance appeal was rewritten/resubmitted due to no response and no return of grievance appeal dated 5-3-2025. (GD 51) (Price declaration, exhibit #30).

Grievance Appeal dated 5-26-2025, this grievance appeal was rewritten/resubmitted for the third time due to no response, and no return of grievance appeal dated 5-16-2025. (GD 52) (Price declaration, exhibit #31).

Formal Response dated 5-29-2025, to grievance appeal dated 5-26-2025. (GD 53) (Price declaration, exhibit #32).

Grievance Appeal to final Level dated 6-2-2025, of formal response dated 5-29-2025. (GD 54) (Price declaration exhibit #33).

Grievance Appeal to final Level dated 8-21-2025, of formal response dated 5-29-2025. This grievance appeal was rewritten/resubmitted due to grievance appeal dated 6-2-2025, not being recorded into the system. (GD 55) (Price declaration, exhibit #34)

Final Level Formal Response dated 8-25-2025, to rewritten/resubmitted grievance appeal dated 8-21-2025, stating, "outside of appeal time restraints." (GD 56) (Price declaration, exhibit #35).

Plaintiff's Opposition to Motion for Summary Judgment page 13

Grievance dated 7-6-2025. This grievance was not responded to. (GD57) (Price declaration exhibit #36).

Grievance dated 7-9-2025, formal response dated 7-13-2025. (GD58) (Price declaration exhibit #37).

Grievance Appeal dated 7-13-2025, to formal response dated 7-13-2025. This grievance appeal was not responded to. (GD59) (Price declaration, exhibit #38).

Grievance dated 7-13-2025. This grievance was not responded to or returned. (GD60) (Price declaration, exhibit #39)

Grievance dated 7-20-2025. This grievance was not answered or returned. (GD61) (Price declaration, exhibit #40).

Grievance dated 8-3-2025. This grievance was not answered or returned. (GD62) (Price declaration exhibit #41).

Grievance dated 8-25-2025. This grievance was not answered, returned, or recorded into the system. (GD63) (Price declaration, exhibit #42).

Grievance dated 9-4-2025. This grievance was not answered or returned. (GD64) (Price declaration, exhibit #43).

Grievance dated 9-28-2025. This grievance was not answered or returned. (GD65) (Price declaration, exhibit #44).

Grievance dated 8-27-2025. This grievance was not answered or returned. (GD66) (Price declaration, exhibit #45).

Grievance dated 9-6-2025. This rewritten/resubmit grievance of grievance dated 8-27-2025, was not answered or returned. (GD67) (Price declaration, exhibit #46).

Grievance dated 8-28-2025. (GD68) (Price declaration, exhibit #47).

Formal Reponse dated 8-29-2025, to grievance dated 8-28-2025.

Plaintiff's Opposition to Motion for Summary Judgment  page 14

(GD 69) (Price declaration, exhibit # 48)

Grievance Appeal dated 8-30-2024, to formal response dated 8-29-2025. This grievance appeal was not answered or returned. (GD 70)(Price declaration, exhibit #49).

Grievance dated 9-6-2025. This grievance was not answered or returned. (GD 71) (Price declaration, exhibit #50).

Grievance dated 9-19-2025. This grievance was not answered or returned. (GD 72) (Price declaration, exhibit #51).

Grievance dated 10-26-2025. (GD 73)(Price declaration, exhibit #52).

Formal Response dated 11-11-2025. (GD 74) (Price declaration, exhibit #53).

## III. LEGAL ANALYSIS

### A. Plaintiff Exhausted "Available" Remedies

"The PLRA exhaustion requirement is satisfied if prison officials decide a potentially procedurally flawed grievance on the merits" (Reyes V. Smith, 810 F. 3d 654, 657 (9th Cir 2016)). "For remedies to be fully exhausted an grievance appeal must "alert the prison to a problem and facilitate its resolution". (Griffin V. Arpaio, 557 F. 3d at 1120). "The United States Court of Appeals for the Ninth Circuit has applied the United States Court of Appeals for the Seventh Circuit's Strong Standard to California prisoner claims. In the Sapp decision, the Ninth Circuit held that a prisoner who alleged that eye problems and denials of his requests for surgery or medical appointments exhausted his claim against a prison doctor, even though the prisoner never specifically identified the doctor in his grievance. The Ninth Circuit reasoned that the inmate was not required to identify the doctor by name to exhaust the grievance against him. Neither the Prison Litigation Reform Act

Plaintiff's Opposition to Motion for Summary Judgment page 15

itself nor the California regulations require an inmate to identify responsible. parties or otherwise to signal who ultimately may be sued". (Wilkerson V. Wheeler, 772 F.3d 834 (September 9, 2014)

Plaintiff properly exhausted "available" remedies regarding the "pattern and practice" engaged in by the department's employees. (GD 2-21). Plaintiff submitted two (2) grievances prior to January 26, 2021. The first specifically regarded the opening of legal mail sent from Plaintiff's criminal defense attorneys outside of his presence. The grievance was not answered or returned. When Plaintiff recieved mail from the court opened outside his presence, and submitted an grievance including both the facts of the opening of legal mail from his attorneys and the courts, Plaintiff was told that the time constraints regarding legal mail from his attorneys had laspsed, and in order to continue with the grievance regarding legal mail from the court, Plaintiff had to rewrite the grievance without the issue regarding legal mail from his attorneys. (GD 4). Plaintiff included information of a(n) previous occurance regarding the opening of legal mail outside of his presence in the January 26, 2021, grievance and during subsequent interviews, discussed the opening of legal sent by his attorneys outside of his presence. And requested these acts to stop. (GD 5-7). The grievance was granted but the acts continued. (GD 8). Plaintiff submitted grievances dated July 20, 2021, and July 26, 2021. These grievances were unanswered and unreturned until Plaintiff submitted a(n) grievance on August 18, 2021, complaining about the grievance procedures. During the interview, grievances dated July 20 and July 26 was returned by a(n) unknown employee of the department. The formal responses to both grievances stated a(n) "policy" not provided to Plaintiff, which did not provide any relief.

Plaintiff's Opposition to Motion for Summary Judgment page. 16

Plaintiff submitted a(n) grievance appeal attaching the pink copies of grievances dated July 20 and July 26. Plaintiff was transfered shortly thereafter to J.B.D.C. (John Benoit Detention Center), and the grievance appeal with the attached pink copies was unanswered and unreturned. (GO 10-12). Grievance submitted on February 1, 2022, was responded to by Gell, who was unable or unwilling to provide any relief. (GO 14) Plaintiff appealed Gell's response and during Plaintiff's interview with Sergeant CONN, discussed Plaintiff's previous grievance that was granted by Sergeant Schultz on February 11, 2021, and Sergeant CONN reaffirmed the granting, yet the acts complained of continued unabated. (GO 15). Plaintiff's grievance submitted on May 21 2022 regarding the opening/reading of legal mail from Plaintiff's criminal defense attorneys outside of Plaintiff's and the formal response by the department's employee denied Plaintiff any relief. (GO 17). Plaintiff appealed through out all the levels of review and recieved the same formal response each time, which stated "The matter is closed," and exhausting all available remedies. (GO 18-19). Plaintiff again submitted an grievance on July 26, 2022, after Plaintiff's initial grievance dated July 21, 2022, was unanswered and unreturned. The department's employee C Captain Holm, on July 27, 2022, authored a(n) Memorandum suspending Plaintiff's grievance privileges due to Plaintiff's consistent and constant complaints regarding the ongoing pattern and practice by known and unknown employees of the department, who were opening/reading properly marked legal mail sent from Plaintiff's criminal defense attorneys outside of Plaintiff's presence. C. Captain Holm stated that since December 4, 2020, Plaintiff had

Plaintiff's Opposition to Motion for Summary Judgment page 17

submitted forty seven (47) grievances and specifically referenced, and identified Plaintiff's complaints regarding the opening/reading, of properly marked legalmail/paperwork sent from his crimial defense attorneys outside of his presence, which prevented Plaintiff from obtaining any relief and exhausted all remedies. (GD 20-21).

B. No Administrative Remedy Was Available And the Department's Employees Were Unable or Unwilling To Provide Any Remedy

"Administrative remedies must be "available to the prisoner" (Ross v. Blace 578 U.S. 632, 136 S. Ct 1850, 195 L.Ed. 2d 117 (2016))." Supreme Court held that "an inmate is required to exhaust those, but only those, grievance procedures that are capable of use" to obtain some relief for the action complained of." (Ross 578 U.S. at 642, citing Booth 532 U.S. at 738). The Court noted that there are "three Kinds of circumstances in which an administrative remedy is not capable of use to obtain relief "and", when one (or more) [ of these circumstances is present ], an inmate's duty to exhaust 'available' remedies does not come into play." The Ross Court described this qualification when an administrative remedy is deemed "unavailable" as follows: (1) where the process "operates as a simple dead end - with officers unable or consistently unwilling to provide any relief to aggrieved inmates"; (2) where the process is "so opaque that it becomes practically speaking, "incable of use"; and (3) where "prison administrators thwart inmates from taking advantage of a grievance process through machination, misrepresentation, or intimidation". Storm V. Officer of California Governor No. 1:24-CV-00917- EPG (PC), 2024 U.S. Dist. Lexis 167527, 2024 WL 4216807, at 1-2 (E.D.Cal. September 7, 2024) (citing Ross 578 U.S. at 639, 643-44).

Plaintiff's Opposition to Motion for Summary Judgment page 18

"The PLRA does not require exhaustion when no pertinet relief can be obtained through the internal process" (Brown V. Valoff, 422 F.3d 926, 935 (9th Cir 2005)). "[Marella] was not required to "exhaust further levels of review once he had been reliably informed by an (administrator) that no remedies are available" (citing Marella V. Terhune 568 F.3d 1024 (June 5, 2009)). "a defendant must demonstrate that pertinet relief remained available, whether at unexhausted levels of the grievance process or through awaiting the result of the relief already granted as a result of that process" (Brown V. Croak, 312 F.3d 109, 112 (3d Cir 2002) (holding that because failure to exhaust is an affirmative defense under the PLRA, a complaint cannot be dismissed where the prisoner submits evidence showing, and the defendants do not disprove, that no remedy was "available").

Two factors are present in regards of the qualification described by the Ross Court: (1) Plaintiff asserts there was no remedy available for relief from the pattern and practice engaged in by the department's employees, who were constantly opening/reading properly marked legal mail sent from Plaintiff's criminal defense attorneys outside of Plaintiff's presence. Plaintiff submitted multiple grievances requesting the acts to stop and they did not, as the department's employees were unable, or unwilling to provide any relief, and instead continued their acts for over a year and a half; and (2) Plaintiff's grievances were unanswered, unreturned, and unrecorded into the system causing time constraints to lapse.

Defense states that Plaintiff's grievances did not reference or allege any wrongdoing on the part of Yeramishyn or Gell. (Motion page 15, lines 28, page 16, lines 1-2). While incorrect, defense concedes that NO remedies was available to Plaintiff at all in which to grieve the repeated opening

Plaintiff's Opposition to Motion for Summary Judgment page 19

of properly marked legal mail sent from his criminal defense attorneys outside of his presence, because basically, Plaintiff cannot "see who was opening/reading his legal mail from his criminal defense attorney's, therefore there is no avenue available for Plaintiff to redress for relief from the acts being committed. In any event Yeramishyn and Gell both admitted the acts, and the other acts were committed by unknown persons (DOES 1 to 8) Plaintiff's grievances was also prevented from exhaustion due to the department's employees failing, or refusing, to answer and return Plaintiff's grievance filed prior to January 26, 2021, grievance appeal of the July 20, 2021, and July 26, 2021, grievances and July 26, 2022, grievance. No effective, or adequate remedy existed after Plaintiff's grievance appeals dated February 9, 2021, and February 3, 2022, were granted yet the acts of opening legal mail from Plaintiff's criminal defense attorneys outside his presence continued.

Defense also asserts that Plaintiff failed to provide sufficient information to allow Jail officials to take appropriate responsive measures (Motion page 18, lines 15-22). This is untrue. In the granting of grievances dated February 9, 2021, and February 3, 2022, the responses clearly state "Mail deputies have been advised."

No adequate administrative remedy was available and Plaintiff exhausted what was available and the formal responses to Plaintiff's grievances bolsters this assertion.

Grievance dated 1-26-2021 (Supra Page 9, lines 24-25);

Grievance dated 2-4-2021 (Supra Page 9, lines 26, Page 10, lines 1);

Grievance dated 2-9-2021 (Supra Page 10, lines 2-3);

Grievance dated 7-20-2021 (Supra Page 10, lines 4-5);

Grievance dated 7-26-2021 (Supra Page 10, lines 6-7);

Plaintiff's Opposition to Motion for Summary Judgment page 20

Grievance dated 2-1-2022 (Supra Page 10, lines 8-9);

Grievance dated 2-3-2022 (Supra Page 10, lines 10-11);

Grievance dated 5-21-2022 (Supra Page 10, lines 12-13);

Grievance dated 5-25-2022 (Supra Page 10, lines 14-15);

Grievance dated 6-17-2022 (Supra Page 10, lines 16-17);

Grievance dated 7-26-2022 (Supra Page 10, lines 18-19);

Memorandum dated 7-27-2022 (Supra Page 10, lines 20-24).

## C. CONCLUSION

Plaintiff's action is not based solely on two incidents. Plaintiff alleges a(n) pattern and practice that consists of multiple incidents. (I.A.C. paragraphs 16,17,21,39,42,43) (GD 2,13,16). Plaintiff during his incarceration has had property lost, destroyed, or was required to send property home and does not have access to most documentary evidence, such as all grievances submitted since December 4, 2020, due to the department's policy of restricting the amount of property Plaintiff is allowed to retain in a small box.

The department's grievance policy and procedures is vastly flawed and lacks accountability when officers fail or refuse to answer, return, and record submitted grievances.

Defense concedes there was no available remedy for Plaintiff to grieve the ongoing pattern and practice engaged in by employees of the department, who were opening/reading properly marked legal mail sent from Plaintiff's criminal defense attorneys outside Plaintiff's presence, because Plaintiff cannot observe the persons who are opening/reading his legal mail from his attorneys, and therefore cannot name the individual in a grievance. Plaintiff has been incarcerated five years now and is familiar with the trickery

Plaintiff's Opposition to Motion For Summary Judgment page 21

and devices used by the departments employees to dissuade users of utilizing the grievance process that is a(n) dead end. Based upon the aforementioned Plaintiff respectfully requests the Court to Deny Defendants Motion for Summary Judgment.

Respectfully Submitted

Dated: December 25, 2025                    AHMAD R. PRICE

AHMAD RAHEEM PRICE

Plaintiff's Opposition to Motion for Summary Judgment page 22

AHMAD PRICE (202041230)
30755 B AULD ROAD
MURRIETA, CALIFORNIA [92563]
IN PRO SE'

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AHMAD RAHEEM PRICE,

     Plaintiff,

    V.

RUSLAN YERAMISHYN;
ROBERT GELL; and
DOES 1 to 8,

    Defendant(s).

Case No. 5:23-CV-00608-JLS-AS

Declaration of CHRISTOPHER ARMSTEAD

Filed Concurrently Herewith:

1. Opposition to Motion for Summary Judgment
2. Statement of Genuine Dispute
3. Declaration of Ahmad Raheem Price
4. Declaration of Michael Mosby

Honorable Josephine L. Staton
United States District Judge

Honorable Alka Sagar
United States Magistrate Judge

Declaration of Christopher Armstead

<u>Declaration of Christopher Armstead</u>

I, Christopher Armstead, declares:

1. I have personal knowledge of the facts stated herein, and if called as an witness I can testify competently.

2. I have been detained within Riverside County Jail ("Jail") since the year 2017 and my confinement has been continous.

3. Since my detention ive written numerous grievances regarding Jail conditions, staff, Jail procedures, and other issues as they arise at Jail facilities.

4. When grievances are wrote, the goldenrod copy is retained as proof of filing, and the grievance(s) are placed into an locked 'grievance box' until they are collected by the Correctional Sergeant(s).

5. In many instances grievances are unanswered and unreturned, and I have written numerous appeals to the next level of review that have also went unanswered and unreturned.

6. On multiple occasions ive written grievances, placed them into the grievance box, that were collected by Correctional Sergeants, and had to file grievance after grievance as they went unanswered and unreturned, until finally answered weeks to a month later, and learned that the original grievance(s) placed into the grievance box were later found to be unrecorded, and were lost, misplaced, destroyed, or discarded.

7. Grievances being unrecorded, unanswered and unreturned after being placed into the grievance box, is an common practice and pattern by Riverside County Sheriff's Department's employees at their Jail

<u>Declaration of Christopher Armstead page 2</u>

facilities.

8. When transferred to another facility, grievances wrote in one facility are rarely answered in the next facility, and grievance(s) filed in the new facility to address issues in the grievances filed in the prior facility, mostly go unanswered, and is a(n) pattern and practice of the departments's employees.

I declare the aforementioned to be true, correct, and complete under penalty of perjury, under the laws of the United States of America and California Republic.

Executed this 26th day of November 2025, at Riverside, California.

/s/ Armstead, Christopher

Christopher Armstead


Christopher Armstead

Print name

Declaration of Christopher Armstead page 3

AHMAD PRICE (202041230)

30755 B AULD ROAD

MURRIETA, CALIFORNIA [92563]

IN PRO SE'

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAHEEM PRICE, | Case No. 5:23-cv-00608-JLS-AS |
| Plaintiff, | Declaration of MICHAEL MOSBY |
| V. | Filed Concurrently Herewith: |
| RUSLAN YCRAMISHYN; | 1. Opposition to Motion for Summary Judgment |
| ROBERT GELL; and | |
| DOES 1 to 8, | 2. Statement of Genuine Disputes |
| | 3. Declaration of Ahmad Raheem Price |
| Defendant(s). | 4. Declaration of Christopher Armstead |
| | |
| | Honorable Josephine L. Staton |
| | United States District Judge |
| | |
| | Honorable Alka Sagar |
| | United States Magistrate Judge |

Declaration of MICHAEL MOSBY

## Declaration of Michael Mosby

I, Michael Mosby, declare that:

1. I have personal knowledge of the facts stated herein, unless so stated on information and belief and to those matters I believe them to be true, and if called as a(n) witness I can testify competently.

2. I have been detained within Riverside County Jail since the year 2017, and my confinement has been continous.

3. I was detained at SMITH CORRECTIONAL FACILITY from the year(s) 2020 through 2024.

4. While at SMITH CORRECTIONAL FACILITY ("S.C.F.") I've written numerous grievances regarding Jail conditions, staff, Jail procedures and other issues as they arise.

5. When grievances are wrote, the goldenrod copy is retained as proof of filing, and the grievance(s) are placed into a(n) locked "grievance box" until they are collected by the Correctional Sergeant(s).

6. In many instances grievances are unanswered and unreturned, and ive written numerous appeals to the next level of review that have also went unanswered and unreturned.

7. On multiple occasions ive written grievances, placed them into the grievance box that were collected by Correctional Sergeants, and had to file grievance after grievance as they went unanswered and unreturned, until finally answered weeks to a month later, and learned that the original grievances placed into the grievance box were later found to be unrecorded, and were lost, misplaced, destroyed, or discarded.

Declaration of Michael Mosby   Page 2

8. Grievances being unanswered, unrecorded, and unreturned, after being placed into the grievance box, is a(n) common practice and pattern at S.C.F., as well as in other Riverside County Jail facilities.

9. When transfered to another facility, grievances wrote in one facility are rarely answered in the next facility, and that a(n) grievance filed in the new facility to address issues in the grievances filed in the prior facility mostly go unanswered, and is a(n) pattern and practice of Riverside County Sheriff's Department's employees.

I declare the aforementioned to be true, correct, and complete, under penalty of perjury, under the laws of the United States of America. Executed this 28th day of September 2025, at Riverside, California.

/s/ _Michael Mosby_

Michael Mosby

_Michael Mosby_
Print Name

Declaration of Michael Mosby Page 3

AHMAD PRICE (202041230)

30755 BAULD ROAD

MURRIETA, CALIFORNIA [92563]

IN PRO SE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAHEEM PRICE, | Case No. 5:23-cv-00608-JLS-AS |
| Plaintiff, | |
| v. | STATEMENT OF GENUINE DISPUTES |
| RUSLAN YERAMISHYN; | filed Concurrently Herewith: |
| ROBERT GELL; and | 1. Opposition to Motion for Summary Judgment |
| DOES 1 to 8, | 2. Declaration of Ahmad Raheem Price |
| | 3. Declaration of Michael Mosby |
| | 4. Declaration of Christopher Armstead |
| | |
| | Honorable Josephine L. Staton |
| | United States District Judge |
| Defendant(s). | Honorable Alka Sagar |
| | United States Magistrate Judge |

Statement of Genuine Disputes

Plaintiff Ahmad Raheem Price ("Plaintiff"), hereby submit the following Statement of Genuine Disputes pursuant to federal Rules of Civil Procedure 56 and Local Rule 56-2, in support of Opposition to Defendants Motion for Summary Judgment. Plaintiff asserts a(n) genuine disputes exists.

| No. | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| 1. | Plaintiff has never been issued, nor will Riverside County Sheriff's Department ("department") employees issue, or provide, the Corrections Division Policy Manual, the Larry D. Smith Correctional Facility Procedures, or the Cois Byrd Detention Center Procedures, or any of the afore mentioned administrative sections, and Plaintiff has no Knowledge of what they contain. (Plaintiff denies Uncontroverted facts ("UF") no.s 7; 9) | PRICE Declaration, Paragraphs 4 and 5 |
| 2. | Plaintiff alleges the pattern and practice by the department's employees of opening/reading Plaintiff's properly marked legal mail sent by Plaintiff's attorneys outside of Plaintiff's presence began well before february 6, 2021, and well beyond february 9, 2022. (Plaintiff denies UF no. 2) | Price Declaration, paragraphs 7;10;18;27;33;39;96 Cruz declaration's exhibits· 6;7;9;36;38;55;56 EXHIBIT 1; EXHIBIT 2; EXHIBIT 3; EXHIBIT 4; EXHIBIT 5; Third Amended Complaint paragraphs 16;17;21;39;42;43; |
| 3. | The department's employees Yeramishyn, Gell, and DOES 1 to 7, were assigned as mail room deputies at their respective Jail facility, and were responsible for sorting, inspecting, and distributing all incoming regular and legal mail into the Jail facility. (Plaintiff denies UF no. 29-30 | Price Declaration, paragraphs 8; 9; Third Amended Complaint ("TAC") paragraphs 9;39; 43. |

Statement of Genuine Disputes     page 2

| No. | Genuine Dispute | Plaintiff's Supporting Evidence. |
|---|---|---|
| 4. | Prior to Plaintiff's grievance submission on January 26, 2021, Plaintiff had initially submitted a grievance regarding the opening of legal mail sent by Plaintiff's attorneys outside of Plaintiff's presence that went unanswered and unreturned. Plaintiff attempted to submit an second grievance when mail from the court was opened outside Plaintiff's presence and include in that grievance, the date and issue regarding opened legal mail sent from Plaintiff's attorneys outside of Plaintiff's presence that was rejected. Plaintiff was told to rewrite and not include the issue regarding legal mail from Plaintiffs attorney and that Plaintiff didn't grieve within time limits. (Plaintiff denies UF no. 29) | Price Declaration, paragraphs 11; 12; 13; 14; TAC paragraphs 16-17 |
| 5. | On January 26, 2021, Plaintiff's third submitted grievance was accepted. Plaintiff made inferences regarding legal mail from Plaintiff's attorneys being opened outside of Plaintiff's presence and that this was the second occurrance of legal mail being opened outside of Plaintiff's presence (Plaintiff denies UF No. 29) | Price Declaration, paragraphs 14; 15; Cruz Declaration's Exhibit; 6 |
| 6. | During Plaintiff's interview with Yeramishyn on February 1, 2021, Yeramishyn told Plaintiff that he (Yeramishyn) opened Plaintiff's legal mail when Plaintiff expressed concerns regarding the opening | Price Declaration, paragraph(s) 15; Cruz Declaration's Exhibit, 6 |

| No. | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| | of legal mail sent by Plaintiff's criminal defense attorneys, as well as the courts. Yeramishyn's formal response stated, "mail process was explained," without (an) attempt towards resolution. (Plaintiff denies UF No. 29) | |
| 7. | Plaintiff submitted a(n) grievance appeal on February 4, 2021, again infering legal mail sent from Plaintiff's attorney's, and court proceedings tied to Plaintiff's criminal matter, stating, "It is improper to open my legal mail from the court for an action this department is holding me for, as an agent of the county and court that has instituted proceedings against my person." Plaintiff requested a(n) remedy, that the opening of legal mail cease. Yeramishyn again responded to Plaintiff's appeal, (in violation of the grievance protocals), who's formal response again provided no adequate remedy and repeated the formal reponse given on February 1 2021. (Plaintiff denies UF No. 30) | Price Declaration, paragraph(s) 16; Cruz Declaration's EXHIBIT, #7 |
| 8. | On February 9, 2021, Plaintiff appealed to the final level of review. On February 11, 2021, Plaintiff was interviewed by Sergeant Schultz, C. Captain Reed's designee. Plaintiff discussed the opening of legal mail that occured outside of Plaintiff's presence on more then one occasion involving mail from Plaintiffs | Price Declaration, paragraph(s) 17; Cruz Declaration's EXHIBIT. #9 |

Statement of Genuine Disputes page 4

| No | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
|  | criminal defense attorneys and courts. (Plaintiff denies UF No. 32) |  |
| 9. | Plaintiff denies UF No. 34. Plaintiff did not file such grievance. Individual is named "Oden Hakim Price" booking no. 201911025. | Cruz Declaration's EXHIBIT 11 |
| 10. | On July 20, 2021, Plaintiff submitted a(n) grievance after recieving multiple items of legal mail sent from Plaintiff's criminal defense attorneys that was opened outside of Plaintiff's presence by unknown persons, stating, "I recieved letters/documents from my attorney that was opened outside of my presence."; "This is a(n) continuing occurance.". (Plaintiff denies UF No. 59) | Price Declaration, paragraphs 19; 20; Cruz Declaration's EXHIBIT 36 |
| 11. | On July 26, 2021, Plaintiff submitted a(n) grievance after recieving multiple items of legal mail sent from Plaintiff's criminal defense attorneys that was opened outside of Plaintiff's presence by unknown persons stating," Exhibits was sent to in mail that was address to me from my attorney and opened by unknown persons before being delivered to me"; "Mail addressed from my attorney to me. is not to be opened outside of my presence"... (Plaintiff denies UF No. 61) | Price Declaration paragraph(s) 19; 21; Cruz Declaration's EXHIBIT- 38 |

Statement of Genuine Disputes  page 5

| No. | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| 12. | On August 18, 2021, Plaintiff submitted a(n) grievance regarding the grievance process due to recieving no answer to grievances dated July 20, 2021, and July 26, 2021, along with other grievances. Plaintiff was interviewed some days later by a(n) department employee and Plaintiff expressed concerns regarding non response to grievances submitted by Plaintiff, as the prolonged responses prejudiced time frames. During the discussion grievances dated July 20, 2021, and July 26, 2021, were given to Plaintiff by a(n) second department employee that contained identical responses. Plaintiff submitted grievance appeals attaching the grievance copies, and was transfered shortly thereafter to another facility, and the grievance appeals with the attachments were unanswered and unreturned. (Plaintiff denies UF No. 25) | Price Declaration, paragraph(s) 22; 23; 24; 25; 26; Cruz Declaration's EXHIBIT #43 |
| 13. | The department's employees known and unknown, engaged in a(n) 'pattern and practice' of specifically targeting Plaintiff's legal mail from Plaintiff's attorneys, and opening/reading the legal mail outside of Plaintiff's presence, that was continuous for a year and a half. (Plaintiff denies UF No. 2) | Price Declaration, paragraph(s) 7; 10; 18; 27; 33; 39; 96, EXHIBIT #1 ; EXHIBIT #2 ; EXHIBIT #3 ; EXHIBIT #4 ; EXHIBIT #5 ; TAC paragraph(s) 16-17; Cruz Declaration's EXHIBIT(S) #6; #7; #9; #36; #38; #55; #56 |

Statement of Genuine Disputes  page 6

| No. | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| 14. | Plaintiff again alerted the department of the continued opening of several items of property marked legal mail sent by Plaintiff's attorneys that was opened outside of Plaintiff's presence, by submitting an grievance on February 1, 2022, and referencing the granting of grievance dated February 9, 2021. During Plaintiff's interview with Gell on February 2, 2022, Gell told Plaintiff that he [Gell] opened Plaintiff's legal mail. Gell's formal response made reference to an policy not provided to Plaintiff with no attempt towards resolution. (Plaintiff denies- UF No. 11; UF No. 78) | Price Declaration paragraph(s) 28; 29; 30; TAC paragraph(s) 21; Cruz Declaration's EXHIBIT #55 |
| 15. | Plaintiff submitted an grievance appeal on February 3, 2022, and Sergeant CONN noting that Plaintiff's previous grievance dated February 11, 2021, was granted at S.C.F., reaffirmed the granting of the grievance with his formal response. (Plaintiff denies UF No. 79) | Price Declaration paragraph(s) 31; 32; Cruz Declaration's EXHIBIT(s) #56 |
| 16. | The department's employees pattern and practice of opening / reading Plaintiff's properly marked legal mail sent from Plaintiff's attorneys outside of Plaintiff's presence continued unabated. (Plaintiff denies UF No. 2) | Price Declaration paragraph(s) 7; 10; 18; 27; 33; 39; 96; TAC paragraph(s) 16; 17; 21; EXHIBIT #1; EXHIBIT #2; EXHIBIT #3; EXHIBIT #4; EXHIBIT #5; Cruz Declaration's EXHIBIT(s) #6; #7; #9; #36; #38; #55; #56 |

Statement of Genuine Disputes page 7

| No. | Genuine Dispute | Plaintiff's Supporting Evidence. |
|---|---|---|
| 17. | Plaintiff submitted a(n) grievance on May 21,2022, regarding the ongoing opening / reading of Plaintiff's legal mail when multiple items of legal mail / legal documents sent by Plaintiff's attorneys was opened / read outside of Plaintiff's presence. On May 22, 2022, the department's employee Sergeant RUSTAD's formal response made no attempt towards a(n) resolution. (Plaintiff denies UF No. 2  UF No. 11) | Price Declaration paragraph(s) 34; 35; 36; EXHIBIT #1 |
| 18. | Plaintiff submitted a(n) grievance appeal on May 25, 2022. On May 28,2022, a(n) formal response was provided by the department's employee Lieutenant HATFIELD, who stated he "considered the matter closed," and could offer Plaintiff no remedy. | Price Declaration paragraph(s) 37; EXHIBIT #2 |
| 19. | On June 17,2022, Plaintiff appealed the HATFIELD response to the final level of review. On July 14,2022, a(n) formal response was provided by the department's employee C. Captain HOLM, regarding Plaintiff's assertions of legal mail sent from Plaintiff's attorneys being constantly opened/ read outside of Plaintiff's presence, that begun before January 26, 2021, and was still occuring. HOLM considered the matter closed without providing any remedy to Plaintiff. (Plaintiff denies UF No. 2 ) | Price Declaration paragraph(s) 38; EXHIBIT #3 |

<div align="center">Statement of Genuine Disputes  page 8</div>

| No. | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| 20. | On July 26, 2022, Plaintiff submitted a(n) grievance regarding Plaintiff's legal mail sent from Plaintiff's attorneys that was opened/read outside of Plaintiff's presence. This grievance was submitted again after the first grievance written on July 21, 2022, was unanswered and unreturned. (Plaintiff denies UF No. 2) | Price Declaration paragraph(s) 40; EXHIBIT #4 |
| 21. | Plaintiff received a(n) Memorandum dated July 27, 2022, authored and signed by the department's employee C. Captain Holm, that suspended Plaintiff's grievance privileges because of Plaintiff's repeated complaints, regarding the pattern and practice of opening/reading Plaintiff's properly marked legal mail, sent from Plaintiff's attorneys outside of Plaintiff's presence, engaged in by known and unknown employees of the department, that has been ongoing since January 2021. (Plaintiff denies UF No. 2 and UF No. 28) | Price Declaration paragraph(s) 41; EXHIBIT #5 |
| 22. | Plaintiff on numerous occasions submitted grievances that were collected by the department's Sergeants, and had to submit grievance after grievance due to Plaintiff's grievances not being answered or returned. (Plaintiff denies UF No. 8; UF No. 11; UF No. 21) | Price Declaration paragraph(s) 42; Cruz Declaration's EXHIBIT(s) #17; #18; #35; #36; #38; #42; #43; #52 |

Statement of Genuine Disputes page 9

| No | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| 23. | When Plaintiff is transfered to another Jail facility, grievances Plaintiff filed in the facility prior to to transfer were rarely answered / returned in the next facility, and grievances Plaintiff filed in the new facility to address grievances submitted in the prior facility are mostly unanswered and unreturned. (Plaintiff denies UF No. 19; UF No.20) | Price Declaration paragraph(s) 43 |
| 24. | Plaintiff on numerous occasions has asked the department's employees (correctional deputies) to sign the grievance written by by Plaintiff in the "recieved by" portion of the grievance. and they refused to do so. (Plaintiff denies UF No. 14) | Price Declaration Paragraph(s) 44 |
| 25. | Plaintiff has experienced numerous instances where the department's employees will not attempt to resolve grievances submitted by Plaintiff, by not answering the grievance, not returning the grievance, not recording the grievance, or will give a(n) formal response citing a(n) unknown "policy" not provided to Plaintiff, or will respond with statements like "mail process explained", which failed to resolve the grievance, or provide any effective, or adequate remedy. (Plaintiff denies UF No.11; UF No.17; UF No.18; UF No.19; UF No.20; UF No.21; UF No. 22) | Price Declaration paragraph(s) 45 |

Statement of Genuine Disputes    page 10

| No | Genuine Dispute | Plaintiff's Supporting Evidence |
|----|-----------------|-------------------------------|
| 26. | Plaintiff has submitted numerous grievances that were not answered, returned, or recorded after Plaintiff placed them into the grievance box and collected by the department's Sergeants, that prolonged, and delayed the grievance process, causing time constraints to lapse without fault of Plaintiff and rendering Plaintiff without any remedy. (Plaintiff denies UF No. 8; UF No. 11; UF No. 14; UF No. 17; UF No. 18; UF No. 19; UF No. 20; UF No. 21; UF No. 22) | Price Declaration paragraph(s) 46; Mosby Declaration; Armstead Declaration; EXHIBIT(S) #6-53. Cruz Declaration's EXHIBIT(S) #17; #18; #35; #36; #38; #42; #43; #52 |
| 27. | On January 2, 2025, Plaintiff submitted a(n) grievance regarding commisary. This grievance was not responded to or returned. (Plaintiff denies UF No. 8; UF No. 11; UF No. 14; UF No. 18; UF No. 21) | Price Declaration paragraph(s) 48; EXHIBIT(S) #6 |
| 28. | On January 13, 2025, Plaintiff submitted a(n) rewritten grievance due to no response or return of grievance submitted January 2, 2025. (Plaintiff denies UF No. 21) | Price Declaration paragraph(s) 49; EXHIBIT(S) #7 |
| 29. | On January 14, 2025, formal response to rewritten grievance dated January 13, 2025, stating " grievance is past 10 days"; "No original grievance in the system". (Plaintiff denies UF No. 21) | Price Declaration paragraph(s) 50; EXHIBIT(S) #8 |

Statement of Genuine Disputes page 11

| No. | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| 30. | On April 12, 2025, Plaintiff submitted a(n) grievance regarding "Reading of Plaintiff's Outgoing Legal Mail to Attorney and Courts". | Price Declaration paragraph(s) 51; EXHIBIT(S) #9 |
| 31. | On April 27, 2025, Plaintiff submitted a(n) rewritten grievance due to no response to, or return of grievance submitted on April 12, 2025. (Plaintiff denies UF No. 21) | Price Declaration paragraph(s) 52; EXHIBIT(S) #10 |
| 32. | On April 28, 2025, formal reponse to rewritten grievance dated April 27, 2025. | Price Declaration paragraph(s) 53; EXHIBIT(S) #11 |
| 33. | On April 30, 2025, Plaintiff submitted a(n) grievance appeal to formal response dated April 28, 2025. | Price Declaration paragraph(s) 54; EXHIBIT(S) #12 |
| 34. | On May 4, 2025, formal response to grievance appeal dated April 30, 2025. | Price Declaration paragraph(s) 55; EXHIBIT(S) #13 |
| 35. | On May 8, 2025, Plaintiff submitted a(n) grievance appeal to the final level of review of grievance dated April 12, 2025. | Price Declaration paragraph(s) 56; EXHIBIT(S) #14 |
| 36. | On August 21 2025, Plaintiff resubmitted rewritten grievance appeal after voicing a(n) complaint to the department's employee Sergeant SEAGREAVES, who after investigation informed Plaintiff that grievance appeal dated May 8, 2025, was not recorded in the system and instructed Plaintiff to rewrite and resubmit. | Price Declaration paragraph(s) 57; EXHIBIT(S) #15 |

Statement of Genuine Disputes   page. 12

| No. | Genuine Disputes | Plaintiff's Supporting Evidence |
|---|---|---|
| | (Plaintiff denies UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | |
| 37. | On August 25, 2025, the formal response to the rewritten grievance appeal dated August 21, 2025, by the department's employee C. Captain VERNAL states, "You had seven days in which to file and appeal. You did not do so until now, well outside time frame. Therefore no further response will be provided and this grievance is considered complete." (Plaintiff denies UF No. 8; UF, No. 11; UF No. 18; UF No. 21) | Price Declaration, paragraph(s) 58; EXHIBIT(S) #16 |
| 38. | On April 16, 2025, Plaintiff submitted a(n) grievance regarding "Cleaning Supplies". | Price Declaration, paragraph(s) 59; EXHIBIT(S) #17 |
| 39. | On April 24, 2025, formal response to grievance date April 16, 2025. | Price Declaration, paragraph(s) 60; EXHIBIT(S) #18 |
| 40. | On April 27, 2025, Plaintiff submitted a(n) grievance appeal to formal response dated April 24, 2025. | Price Declaration, paragraph(s) 61; EXHIBIT(S) #19 |
| 41. | On April 29, 2025, formal response to Plaintiff's grievance appeal dated April 27, 2025. | Price Declaration, paragraph(s) 62; EXHIBIT(S) #20 |
| 42. | On May 2, 2025, Plaintiff submitted grievance appeal to formal response dated April 29, 2025, to the final level of review. This grievance has never been responded to. | Price Declaration paragraph(s) 63; EXHIBIT #21 |

Statement of Genuine Disputes    page 13

| No. | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| | (Plaintiff denies UF No.11; UF No.21) | |
| 43. | On April 16, 2025, Plaintiff submitted a(n) grievance regarding "Outside Recreation" | Price Declaration, paragraph(s) 64; EXHIBIT(S) #22 |
| 44. | On April 24, 2025, formal response to grievance dated April 16, 2025. | Price Declaration, paragraph(s) 65; EXHIBIT(S) #23 |
| 45. | On April 25, 2025, Plaintiff submitted a(n) grievance appeal to formal response dated April 24, 2025. | Price Declaration, paragraph(s) 66; EXHIBIT(S) #24 |
| 46. | On May 1, 2025, formal response to grievance appeal dated April 25, 2025. | Price Declaration, paragraph(s) 67; EXHIBIT(S) #25 |
| 47. | On May 2, 2025, Plaintiff submitted a(n) grievance appeal to formal response dated May 1, 2025, to the final level of review. This grievance has not been responded to. (Plaintiff denies UF No.11; UF No.21) | Price Declaration, paragraph(s) 68; EXHIBIT(S) #26 |
| 48. | On April 27, 2025, Plaintiff submitted a(n) grievance regarding a(n) "Underground Policy". | Price Declaration, paragraph(s) 69; EXHIBIT(S) #27 |
| 49. | On May 3, 2025, formal response to Plaintiffs grievance date April 27, 2025. | Price Declaration, paragraph(s) 70; EXHIBIT(S) #28 |
| 50. | On May 3, 2025, Plaintiff submitted a(n) grievance appeal to formal reponse dated May 3, 2025 | Price Declaration, paragraph(s) 71; EXHIBIT(S) #29 |
| 51. | On May 16, 2025, Plaintiff resubmitted rewritten grievance appeal due to no response to grievance appeal submitted on May 3, 2025, (Plaintiff denies UF No. 25) | Price Declaration paragraph(s) 72; EXHIBIT(S) #30 |

Statement of Genuine Disputes   page 14

| No. | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| 52. | On May 26, 2025, Plaintiff resubmitted rewritten grievance appeal due to no response to rewritten grievance appeal dated May 16, 2025. (Plaintiff denies UF No. 25) | Price Declaration, paragraph(s) 73; EXHIBIT(s) #31 |
| 53. | On May 29, 2025, formal response to Plaintiff's grievance appeal dated May 26, 2025. | Price Declaration, paragraph(s) 74; EXHIBIT(s) #32 |
| 54. | On June 2, 2025, Plaintiff submitted a(n) grievance appeal to the final level of review of initial grievance dated April 27, 2025. | Price Declaration, paragraph(s) 75; EXHIBIT(s) #33 |
| 55. | On August 21, 2025, Plaintiff resubmitted, rewritten grievance appeal to the final level of review, of grievance appeal dated June 2, 2025, after voicing a(n) complaint to the department's employee Sergeant SEAGREAVES, who after investigation informed Plaintiff that grievance appeal dated June 2, 2025, was not recorded into the system and instructed Plaintiff to rewrite and resubmit. (Plaintiff denies UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | Price Declaration, paragraph(s) 76; EXHIBIT(s) #34 |
| 56. | On August 25, 2025, formal response to rewritten grievance appeal dated August 21, 2025, by the department's employee C. Captain VERNAL states," You did not appeal until now outside of appeal time restraints". (Plaintiff denies UF No. 8; UF No. 11; UF No. 18; UF No. 21) | Price Declaration paragraph(s) 77; EXHIBIT(s) #35 |

Statement of Genuine Disputes   page 15

| No. | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| 57. | On July 6, 2025, Plaintiff submitted a(n) grievance regarding "Bowls be Allowed in Commisary". This grievance was rewritten and resubmitted due to no response, or return of initial grievance submitted on June 26, 2025. This grievance has not been responded to. (Plaintiff denies UF No. 8. UF No. 11. UF No. 17. UF No. 18. UF No. 19. UF No. 21) | Price Declaration, paragraph(s) 78; EXHIBIT(S) # 36 |
| 58. | On July 9, 2025, Plaintiff submitted a(n) grievance regarding "Attorney Access", and on July 13, 2025, a(n) formal response was provided. | Price Declaration, paragraph(s) 79; EXHIBIT(S) # 37 |
| 59. | On July 13, 2025, submitted a(n) grievance appeal to formal response dated July 13, 2025. This grievance appeal has not been responded to. (Plaintiff denies UF No. 8; UF No 11; UF No. 25) | Price Declaration, paragraph(s) 80; EXHIBIT(S) # 38 |
| 60. | On July 13, 2025, Plaintiff submitted a(n) grievance regarding "Access to Courts". This grievance has not been responded to. (Plaintiff denies UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | Price Declaration, paragraph(s) 81; EXHIBIT(S) # 39 |
| 61. | On July 20, 2025, Plaintiff submitted a(n) grievance regarding "Status of Grievances." This grievance has not been responded to. (Plaintiff denies UF No. 8; UF No 11; UF No. 17; UF No. 18; UF No. 19; UF No 21) | Price Declaration, paragraph(s) 82; EXHIBIT(S) # 40 |

Statement of Genuine Disputes   page 16

| No. | Genuine Dispute | Plaintiff's Supporting Evidence |
|---|---|---|
| 62. | On August 3, 2025, Plaintiff submitted a(n) second rewritten grievance regarding "Status of Grievances". This grievance has not been responded to. (Plaintiff denies: UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | Price Declaration, paragraph(s) 83; EXHIBIT(S) # 41 |
| 63. | On August 25, 2025, Plaintiff submitted a(n) grievance regarding "Grievance Procedures". This grievance has not been responded to. On September 4, 2025, the department's employee Corporal CORONEL, informed Plaintiff that the grievance was not recorded into the system, after Plaintiff requested she look into the grievance's status. (Plaintiff denies: UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | Price Declaration, paragraph(s) 84; EXHIBIT(S) # 42 |
| 64. | On September 4, 2025, Plaintiff submitted a(n) second rewritten grievance regarding "Grievance Procedures". This grievance has not been responded to. (Plaintiff denies UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | Price Declaration, paragraph(s) 85; EXHIBIT # 43 |
| 65. | On September 28, 2025, Plaintiff submitted a(n) grievance regarding "Grievance Procedures" in a(n) attempt to reach the next level of review and obtain a response. This grievance has | Price Declaration, paragraph(6) 86; EXHIBIT # 44 |

| No. | Genuine Dispute | Plaintiff Supporting Evidence |
|---|---|---|
| | not been responded to. (Plaintiff denies UF No. 8; UF. No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | |
| 66. | On August 27, 2025, Plaintiff submitted a(n) grievance regarding "Staff Misconduct." This grievance has not been responded to. (Plaintiff denies UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | Price Declaration, paragraph(s) 87; EXHIBIT(S) #45 |
| 67. | On September 6, 2025, Plaintiff submitted a(n) second rewritten grievance regarding "Staff Misconduct." This grievance has not been responded to. (Plaintiff denies UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | Price Declaration, paragraph(s) 88; EXHIBIT(S) #46 |
| 68. | On August 28, 2025, Plaintiff submitted a(n) grievance regarding "Violation of Right to Grieve Conditions". | Price Declaration, paragraph(s) 89; EXHIBIT(S) #47 |
| 69. | On August 29, 2025, formal response to Plaintiff's grievance dated August 28, 2025. | Price Declaration, paragraph(s) 90; EXHIBIT(S) #48 |
| 70. | On August 30, 2025, Plaintiff submitted a(n) grievance appeal to formal response dated August 29, 2025. This grievance has not been responded to. (Plaintiff denies UF No. 8; UF No. 11; UF No. 25) | Price Declaration, paragraph(s) 91; EXHIBIT(S) #49 |

| No. | Genuine Disputes | Plaintiff's Supporting Evidence |
|---|---|---|
| 71. | On September 6, 2025, Plaintiff submitted a(n) grievance regarding "Distribution of Hot Meal." This grievance has not been responded to. (Plaintiff denies UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | Price Declaration paragraph(s) 92; EXHIBIT(S) #50 |
| 72. | On September 19, 2025, Plaintiff submitted a(n) grievance regarding "Non Response to Prior Grievance in Prior Facility." This grievance has not been responded to. (Plaintiff denies UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | Price Declaration, paragraph(s) 93; EXHIBIT(S) #51 |
| 73. | On October 26, 2025, Plaintiff submitted a(n) grievance regarding "Unanswered Grievance" of previous grievance dated August 28, 2025, August 30, 2025, and September 4, 2025. | Price Declaration, paragraph(s) 94; EXHIBIT(S) #52 |
| 74. | On November 11, 2025, formal response to Plaintiff's grievance dated October 26, 2025 states, "Unable to locate any grievances" (Plaintiff denies UF No. 8; UF No. 11; UF No. 17; UF No. 18; UF No. 19; UF No. 21) | Price Declaration, paragraph(s) 95; EXHIBIT(S) #53 |

Statement of Genuine Disputes  page 19

Date: December 25, 2025

/s/ AHMAD R. PRICE
AHMAD RAHEEM PRICE

AHMAD PRICE (202041230)

30755 BAULD ROAD

Murrieta, California [92563]

IN PRO SE'

United States District Court

Central District of California

AHMAD RAHEEM PRICE,

Plaintiff,

V.

RUSLAN YERAMISHYN,

ROBERT GELL,

DOES 1 to 8,

Defendants.

Case No. 5:23-CV-00608-JLS-AS

DECLARATION OF AHMAD RAHEEM PRICE

Filed Concurrently Herewith:

1. Opposition to Motion for Summary Judgment

2. Statement of Genuine Disputes

3. Declaration of Christopher Armstead

4. Declaration of Michael Mosby

Honorable Josephine L. Staton
United States District Judge

Honorable Alka Sagar
United States Magistrate Judge

Declaration of AHMAD RAHEEM PRICE page 1

<u>DECLARATION OF AHMAD RAHEEM PRICE</u>

I, AHMAD RAHEEM PRICE, declare as follows:

1. I have personal knowledge of the facts stated herein and can testify competently if called as a(n) witness.

2. I have been restrained in Riverside County Jail, ("Jail"), a(n) division of RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, ("department"), that is currently in possession of my person, since on or about December 4, 2020.

3. I was given a(n) "Inmate Orientation" guide. Page 6 of the handbook purports to describe a "grievance procedure" for filing grievances in the department's Jail.

4. I have never been issued, and the department's employees will not issue, the "Corrections Division Policy Manual", or any of its sections.

5. I have never been issued, and the department's employees will not issue, the "Larry D. Smith Correctional Facility Procedures", the "Cois Byrd Detention Center Procedures", or any of its sections.

6. The department's Jails maintain a(n) DVR system, video and audio, that constantly records activity throughout the Jails and their dayrooms, which also monitors the deposit of grievances, medical slips, and outgoing regular mail into their respective labeled and locked boxes.

7. The pattern and practice of opening and reading my properly marked legal mail sent by my attorneys outside of my presence began well before feburary 6, 2021, and well beyond feburary 9, 2022.

8. I do not know the exact day when mail is recieved into the facility (ies), sorted, inspected and distributed to the housing units

Declaration of AHMAD RAHEEM PRICE - page 2

for delivery to the mail recipient(s). Time frames vary, but can take eight (8) days, 1½ week, or two (2) weeks, to recieve mail from the day of being sent by the sender.

9. The department's employees Ruslan Yeramishyn ("Yeramishyn"), Robert Gell ("Gell"), and DOES 1 to 7, defendants, were assigned as mail room deputies at their respective jail facility. Deputies assigned to the mail room are responsible for sorting, inspecting, and distributing all incoming regular and legal mail into the jail facility.

10. I repeatedly voiced my complaints to the department's officials of the pattern and practice by unknown and known employees of the department, who were opening/reading my properly marked legal mail, sent from my criminal defense attorneys, outside of my presence. I was extremely agitated because information from these communications, could be used in my criminal proceedings that could irrevocably damage my ability to adequately defend myself in my criminal proceedings, which the department is the investigating agency and directly interested in.

11. I initially submitted a(n) grievance at S.C.F. before January 26, 2021, regarding legal mail sent from my criminal defense attorneys that was opened outside of my presence. While awaiting a(n) response/interview, I submitted another grievance when I recieved mail from the court opened outside of my presence.

12. The grievance was brought back by a(n) department employee, who told me the grievance regarding legal mail sent from the court was rejected, because of my inclusion of the prior date and issue surrounding legal mail sent from my attorneys being opened outside of my presence, and that the time limitation had expired. I explained I had filed a(n) prior grievance

Declaration of AHMAD RAHEEM PRICE page 3

but recieved no response.

13. I was told I had to rewrite the grievance without reference to the issue regarding legal mail sent from my attorneys and I did so on January 26, 2021.

14. On January 26, 2021, I submitted an grievance alerting the department that legal mail was being opened outside of my presence, stating, "legal mail is to be opened in my presence"; "This is the second time this has happened;" "I request an immediate action by this department to cease opening my legal mail". (See Cruz declaration's Exhibit #6).

15. On February 1, 2021, I was interviewed by the department's employee Yeramishyn, and discussed in detail my concerns regarding legal mail being opened outside of my presence, especially legal mail sent by my criminal defense attorneys. During the interview Yeramishyn told me he was the person who opened the legal mail, and his formal response to the grievance only states, "mail process explained," as Yeramishyn was unwilling, or unable to provide an remedy.

16. On February 4, 2021, I submitted an grievance appeal, stating, "It is improper to open my legal mail from the court, for an action this department is holding me for, as an agent of the county and court that has instituted proceedings against my person". I was again interviewed by Yeramishyn (in violation of Grievance protocals), who repeated his initial formal response, stating, "mail process explained", again unwilling, or unable to provide an remedy. (Cruz declaration's Exhibit #7).

17. On February 9, 2021, I submitted an grievance appeal to the final level of review. On February 11, 2021, I was interviewed by C. Captain Reed's ("Reed") designee, Sergeant SCHULTZ ("Schultz"). During our discussion

Declaration of AHMAD RAHEEM PRICE  page 4

I strongly relayed my concerns regarding properly marked legal mail sent from my criminal defense attorneys, and legal mail from the courts, being opened outside of my presence. Schultz agreed that all legal mail is to be opened in my presence and attempted to resolve the grievance by granting it. (Cruz declaration's Exhibit #9)

18. The departments's employees at S.C.F. were unwilling, or unable to provide any remedy regarding the opening of my properly marked legal mail sent from my criminal defense attorneys outside of my presence, as the acts continued unabated, and into a(n) pattern and practice of opening properly marked legal mail sent by my attorneys outside of my presence.

19. On July 20, 2021, I submitted a(n) grievance, and on July 26, 2021, I submitted a(n) grievance, after I recieved multiple items of properly marked legal mail, sent by my criminal defense attorneys that were opened/read outside of my presence by unknown employees of the department.

20. Grievance dated July 20, 2021, states, "I recieved letters/documents from my attorney that was opened outside of my presence"; "This is a(n) continuing occurance". (Cruz declaration's Exhibit #36).

21. Grievance dated July 26, 2021, states, "Exhibits was sent to me in mail that was address to me from my attorney and opened by unknown persons before being delivered to me"; "This is an complete violation of mail law and an hinderance to the presentment of my case in court"; "Mail addressed from my attorney to me is not to be opened outside of my presence, and unknown persons are violating the integrity of attorney-client privilege". (Cruz declaration's Exhibit #38)

Declaration of AHMAD RAHEEM PRICE page 5

22. On August 18, 2021, I submitted a(n) grievance regarding the grievance process, due to six (6) outstanding grievances yet to be returned, or answered, two of the grievances being grievances dated July 20, 2021, and July 26, 2021, (legal mail).

23. Grievance dated August 18, 2021, states," Since 7-24-2021, I filed 6 grievances, yet only 1 has been answered. I believe my grievances are being destroyed, misplaced, or lost purposefully"; "This is hindering my right to address concerns and redress for violations"; "The grievance were for cleaning supplies, recreation, destruction of property, medical, and mail." (Cruz declaration's Exhibit #43).

24. I was interviewed some days later by an employee of the department. During the discussion, I strongly conveyed my distress regarding the issues surrounding my legal mail grievances, and that I was not recieving grievances back timely, which preJudice my time limitations in order to appeal, as this had happened before.

25. During the discussion, grievances dated July 20, 2021, and July 26, 2021, were provided to me by another employee of the department. Both grievances had identical formal responses that cited a(n) "policy" thats not provided to me, and the respondent was unwilling, or unable to provide a(n) remedy.

26. I submitted a(n) appeal within 10 days of the interview, attaching grievances dated 7-20-2021 and 7-26-2021. I was shortly thereafter transferred to JOHN BENOIT DETENTION CENTER (J.B.D.C.) in Indio, California, and the appeal with its attachments went unanswered and unreturned.

<div align="center">Declaration of AHMAD RAHEEM PRICE  page 6</div>

27. The pattern and practice, of the department's employees opening my properly marked legal mail, sent from my criminal defense attorneys outside of my presence, continued unabated and I again submitted grievances.

28. On February 1, 2022, I submitted a(n) grievance regarding legal mail sent from my attorneys and opened outside my presence on January 14, 2022, and January 31, 2022.

29. Grievance dated February 1, 2022, states, "Title 15 C.C.R. states that mail from the courts and attorneys are legal mail yet this mail room is constantly opening my legal mail"; "It is inherently "LEGAL" due to its orgin directly from the California state courts and Public Defenders Office"; "I have a previous grievance which was granted by SGT. SCHULTZ at S.C.F." (Cruz declaration's Exhibit #55).

30. On February 2, 2022, I was interviewed by the department's employee Gell. During the interview, Gell told me he was the person who opened the legal mail, and his formal response to the grievance only states," Policy is clear", as Gell was unwilling, or unable to provide a(n) remedy.

31. On February 3, 2022, I submitted a(n) grievance appeal, stating, "I am appealing response by GELL N3989. This officer continues to open my documents sent from the courts and attorney."

32. On February 10, 2022, I was interviewed by the department's employee C. SGT. CONN. During the interview I explained to CONN the constant opening of my legal mail sent by my attorneys outside of my presence, negatively impacted my ability to communicate with my attorneys. CONN's formal response states," All mail from the courts or attorneys will be treated as legal mail. Mail deputies have been advised". (Cruz

Declaration of AHMAD RAHEEM PRICE  page 7

declaration's Exhibit #56)

33. The pattern and practice by the department's employees of opening/ reading my properly marked legal mail sent from my criminal defense attorneys outside of my presence continued, and I again submitted grievances.

34. On May 21, 2022, I submitted a(n) grievance regarding legal mail/ legal paperwork sent from my criminal defense attorneys was opened and read outside of my presence by the department's employee JOE #8.

35. Grievance dated May 21, 2022, states, "My legal paperwork including correspondence from my attorneys was read, rifled through and dumped onto the bunk;" "SGT. WAMBAUGH told me my correspondence and legal paperwork can be read"; "This department is violating my rights and attorney-client privilege". (ATTACHED HERETO AS EXHIBIT No. 1 )

36. On May 22, 2022, the department's employee, SGT. RUSTAD in his formal response was unwilling, or unable to provide any remedy.

37. On May 25, 2022, I submitted a(n) grievance appeal, and on May 28, 2022, the department's employee, Lieutenant Hatfield in his formal response stated, "I consider this matter closed and no further action is anticipated". (ATTACHED HERETO AS EXHIBIT No. 2 )

38. On June 17, 2022, I submitted an grievance appeal to the final level of review, and on July 14, 2022, the department's employee C. Captain Holm in his formal response stated, "No further action is anticipated regarding this matter". (ATTACHED HERETO AS EXHIBIT No. 3 )

39. The pattern and practice by the department's employees of opening/ reading properly marked legal mail sent from my attorneys outside of my presence continued, and I again submitted grievances.

Declaration of AHMAD RAHEEM PRICE page 8

40. On July 26, 2022, I submitted a(n) grievance appeal regarding legal mail sent from my attorneys and opened outside my presence, after original grievance dated 7-21-2022, was unreturned. (ATTACHED HERETO AS EXHIBIT No. 4 ).

41. On July 27, 2022, the department's employee C. Captain Holm issued a(n) Memorandum to suspend my grievance privileges due to my continuous submission of grievances regarding the pattern and practice by the department's employees of opening/reading my legal mail sent by my attorneys outside of my presence, which effectively denied me any remedy whatsoever. (ATTACHED HERETO AS EXHIBIT No. 5 ; document #29, filed date: 9-12-2023, page 31 of 36, Page ID #646).

42. On numerous occasions ive written grievances, placed them into the grievance box, that were then collected by a(n) department Sergeant; and had to file grievance after grievance due to the original grievance going unanswered and unreturned. (Cruz declaration's EXHIBIT #17; #18; #35; #36; #38; #42; #43; #52 )

43. When im transferred to another facility, grievances that ive filed in the facility prior to transfer were rarely answered in the next facility, and grievances ive filed in the new facility to address the grievance filed in the prior facility are mostly unanswered.

44. Ive experienced numerous instances where ive asked the departments employees (correctional deputies), to sign the grievance in the "recieved by" portion of the grievance and they refuse to do so.

45. Ive experienced numerous instances where the department's employees do not attempt to resolve grievances ive filed by, not answering the grievance, not returning the grievance, not recording the grievance,

Declaration of AHMAD RAHEEM PRICE  page 9

or give a(n) formal reponse citing a(n) unknown "policy" not provided to me, or respond with statements like, "mail process explained," which failed to resolve the grievance(s), or indicate any effective, or adequate remedy available.

46. I've submitted numerous grievances that were not answered, returned, or recorded after ive placed them into the grievance box and collected by the department's Sergeants, that prolonged, and delayed the grievance process, causing the time constraints to laspe without fault being mine, and rendering me without available remedies. (See Declaration of Michael Mosby; Declaration of Christopher Armstead)

47. Attached hereto, the following exhibits 6-53, are examples of the department's employee's practice of not answering, not-returning, and not recording grievances ive filed in 2025 alone.

48. On January 2, 2025, I submitted an grievance regarding "Commisary." (Attached hereto as Exhibit "6).

49. On January 13, 2025, I submitted a(n) rewritten grievance due to no response, or return, to original grievance dated, January 2, 2025. (Attached hereto as Exhibit "7).

50. On January 14, 2025, formal response to grievance dated January 13, 2025, rejecting grievance. stating, "grievance is past 10 days"; "No original grievance in the system". (Attached hereto as Exhibit #8).

51. On April 12, 2025, I submitted a(n) grievance regarding "reading my outgoing legal mail to attorney and carts". (Attached hereto as Exhibit #9).

52. On April 27, 2025, I submitted a(n) rewritten grievance due to no response, or return, to original grievance dated April 12, 2025 (Attached hereto as Exhibit #10).

53. On April 28, 2025, formal response to grievance dated April 27, 2025,

Declaration of AHMAD RAHEEM PRICE page 10

(Attached hereto as Exhibit #11).

54. On April 30, 2025, I submitted grievance appeal to formal response dated April 28, 2025 (Attached hereto as Exhibit #12).

55. On May 4, 2025, formal response to grievance appeal dated April 30, 2025. (Attached hereto as Exhibit #13).

56. On May 8, 2025, I submitted a(n) grievance appeal to the final level of review of initial grievance dated April 12, 2025. (Attached hereto as Exhibit #14).

57. On August 21, 2025, I voiced my complaint to the department's employee Sergeant SEAGREAVES, of the non response to grievance appeal dated May 8, 2025, and Sergeant SEAGREAVES after investigating, informed me that grievance appeal dated May 8, 2025, was not recorded in the system and instructed me to rewrite and re submit, which I did and submitted the rewrote grievance appeal to the final level for review. (Attached hereto as Exhibit #15).

58. On August 25, 2025, formal response to grievance appeal rewritten, by the department's employee C. Captain Vernal stated, "You had seven days in which to file and appeal. You did not do so until now, well outside time frame. Therefore no further response will be provided and this grievance is considered complete". (Attached hereto as Exhibit #16).

59. On April 16, 2025, I submitted a(n) grievance regarding "cleaning supplies." (Attached hereto as Exhibit #17).

60. On April 24, 2025, formal response to grievance dated April 16, 2025. (Attached hereto as Exhibit #18).

61. On April 27, 2025, I submitted a(n) grievance appeal to response dated April 24, 2025. (Attached hereto as Exhibit #19).

Declaration of AHMAD RAHEEM PRICE page 11

62. On April 29, 2025, formal response to grievance appeal dated April 27, 2025. (Attached hereto as Exhibit #20).

63. On May 2, 2025, I submitted a(n) grievance appeal to formal response dated April 29, 2025, and to the final level review. This grievance appeal has not been responded to. (Attached hereto as Exhibit #21).

64. On April 16, 2025, I submitted a(n) grievance regarding "outside recreation." (Attached hereto as Exhibit #22).

65. On April 24, 2025, formal response to grievance dated April 16, 2025. (Attached hereto as Exhibit #23).

66. On April 25, 2025, I submitted a(n) grievance appeal to formal response dated April 24, 2025. (Attached hereto as Exhibit #24).

67. On May 1, 2025, formal response to grievance appeal dated April 25, 2025. (Attached hereto as Exhibit #25).

68. On May 2, 2025, I submitted a(n) grievance appeal to formal response dated May 1, 2025, and to the final level of review. This grievance appeal has not been responded to. (Attached hereto as Exhibit #26).

69. On April 27, 2025, I submitted a(n) grievance regarding a(n) "underground policy." (Attached hereto as Exhibit #27).

70. On May 3, 2025, formal response to grievance dated April 27, 2025. (Attached hereto as Exhibit #28).

71. On May 3, 2025, I submitted a(n) grievance appeal to response dated May 3, 2025. (Attached hereto as Exhibit #29).

72. On May 16, 2025, I submitted a(n) rewritten grievance due to no response. to grievance submitted on May 3, 2025. (Attached hereto as Exhibit #30).

73. On May 26, 2025, I submitted a(n) rewritten grievance appeal due to no response to grievance appeal dated May 16, 2025. (Attached hereto as Exhibit #31).

Declaration of AHMAD RAHEEM PRICE page 12

74. On May 29, 2025, formal response to grievance appeal dated May 26, 2025. (Attached hereto as Exhibit #32).

75. On June 2, 2025, I submitted a(n) grievance appeal to the final level of review of initial grievance dated April 27, 2025. (Attached hereto as Exhibit #33).

76. On August 21, 2025, I voiced my complaint to the department's employee Sergeant SEAGREAVES, of the non response to grievance appeal dated June 2, 2025, and Sergeant SEAGREAVES after investigation, informed me that grievance appeal dated June 2, 2025, was not recorded in the system, and instructed me to rewrite and re submit, which I did, and submitted the rewritten grievance appeal to the final level for review. (Attached hereto as Exhibit #34).

77. On August 25, 2025, formal response to rewritten grievance appeal by the department's employee C. Captain Vernal stated, "You did not appeal until now, outside of appeal time restraints. (Attached hereto as Exhibit #35).

78. On July 6, 2025, I submitted a(n) grievance regarding "Small bowls be allowed in Commisary". This grievance was rewritten due to the non return, and no response to initial grievance written on June 26, 2025. This grievance has not been responded to. (Attached hereto as Exhibit #36).

79. On July 9, 2025, I submitted a(n) grievance regarding "Attorney access" and On July 13 a(n) formal response was provided. (Attached hereto as Exhibit #37).

80. On July 13, 2025, I submitted a(n) grievance appeal. This grievance appeal has not been responded to. (Attached hereto as Exhibit #38).

81. On July 13, 2025, I submitted a(n) grievance regarding "Access to Courts". This grievance has not been responded to. (Attached hereto as Exhibit #39).

82. On July 20, 2025, I submitted a(n) grievance regarding "Status of

Declaration of AHMAD RAHEEM PRICE page. 13

Grievances". This grievance has not been responded to. (Attached hereto as Exhibit #40).

83. On August 3, 2025, I submitted a second grievance regarding "Status of Grievances". This second submission also has not been responded to. (Attached hereto as Exhibit #41).

84. On August 25, 2025, I submitted a(n) grievance regarding "Grievance Procedures". On September 4, 2025, Corporal CORONEL informed me that this grievance was not recorded in the system. (Attached hereto as Exhibit #42).

85. On September 4, 2025, I submitted a(n) second grievance regarding "Grievance Procedures". This grievance has not been responded to. (Attached hereto as Exhibit #43).

86. On September 28, 2025, I submitted a(n) third grievance in a(n) attempt to appeal to the next level in regards to "Grievance Procedures". This grievance has not been responded to. (Attached hereto as Exhibit #44).

87. On August 27, 2025, I submitted a(n) grievance regarding "Staff." This grievance has not been responded to. (Attached hereto as Exhibit #45).

88. On September 6, 2025, I submitted a(n) second grievance regarding "Staff." This grievance has not been responded to. (Attached hereto as Exhibit #46).

89. On August 28, 2025, I submitted a(n) grievance regarding "Violation of Right to Grieve Conditions". (Attached hereto as Exhibit #47).

90. On August 29, 2025, formal response to grievance dated August 28, 2025. (Attached hereto as Exhibit #48).

91. On August 30, 2025, I submitted a(n) grievance appeal to the formal response dated August 29, 2025. This grievance has not been responded to. (Attached hereto as Exhibit #49).

Declaration of AHMAD RAHEEM PRICE page 14

92. On September 6, 2025, I submitted a(n) grievance regarding "Distribution of Hot Meal". This grievance has not been responded to. (Attached hereto as Exhibit #50).

93. On September 19, 2025, I submitted a(n) grievance regarding "Non Response to Prior Grievances in Prior Facility". This grievance has not been responded to. (Attached hereto as Exhibit #51).

94. On October 26, 2025, I submitted a(n) grievance regarding "Unanswered Grievances". (Attached hereto as Exhibit #52).

95. On November 11, 2025, formal response to grievance dated October 26, 2025, states "Unable to locate any other grievances". (Attached hereto as Exhibit #53)

96. Because of the acts of the department's employees, of opening/reading properly marked legal mail sent from my criminal defense attorneys outside my presence, I no longer write thoughts, views, facts, theories, or information of case details, for fear that responses from my attorney containing response to matters discussed in my communications to my attorneys, could reveal my defense strategies, undiscoverable information, and personal information, that could negatively impact my criminal proceedings.

97. All Exhibits attached hereto are true, correct, copies or originals.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true, correct, complete, and not misleading. Executed this 25th day of December 2025 at Murrieta, California.

/s/ AHMAD R. PRICE

AHMAD RAHEEM PRICE

Declaration of AHMAD RAHEEM PRICE page 15

Cell # BH-85

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail    ☐JBDC    ☐RPDC    ☐ SCF    ☒CBDC

From (Departe De): PRICE, AHMAD

Name (Last, First, Middle)
(Apellido, Nombre, Segundo Nombre)

202041230

Booking Number
(Número de Preso)

5-21-2022

Date
(Fecha)

Grievance is about (Queja): ☒Jail Procedures (Procedimientos de la Cárcel)    ☐Jail Conditions (Condiciones de la Cárcel)

☒Jail Staff (Personal de la Carcel)    ☐Medical (Medico)    ☐Mental Health (Salud Mental)

☒Other (Otra Queja) NOTICE

Date and time of incident (Fecha y Hora de el Incidente): May 21, 2022 C. or around 11:00 am

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

On the above date and time my legal paperwork including correspondence from my attorney was read, rifled through and dumped onto the bunk. On or about May 2021, Judge B.G. MAGNO made an order that I was to recieve an "LEGAL" box as I have a(n) accumulation of paperwork. Through my attorney this order was made. SGT WAMBAUGH told me that my correspondence and legal paperwork can be read and that the court order made means "nothing". California Evidence Code §952-954 "Attorney-Client Privilege" differs from the SGT assumptions. This department is violating my rights & attorney-client privilege.

Inmate Signature: AHMAD R. PRICE

Received by: _____ N477    5/22/22    0700

Employee Name and ID number    Date    Time

Recommendations / Resolution:

_____

_____

_____

Supervisor: _____ N477L    5/22/22    0700

Supervisor Name and ID number    Date    Time

Supervisor Findings:

A SECOND PROP. BOX IS GRANTED ONLY TO SOME ACTIVE PRO-PER INMATES, IN PART FOR FIRE/VERMIN CONTROL. PAPERWORK WAS VISUALLY SCANNED FOR CONTRABAND NOT "READ."

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____ (INTERCOM) 5/22/22    _____ SDAD    N477

Inmate Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

EXHIBIT (1)

RSD Form 559 (Rev. 05/06/13)

Cell # _____

## RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
#### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail      ☐ JBDC      ☐ RPDC      ☐ SCF      ☐ CBDC

From (Departe De): AHMAD PRICE          2020441130          5-25-2022

Name (Last, First, Middle)          Booking Number          Date
(Apellido, Nombre, Segundo Nombre)          (Número de Preso)          (Fecha)

Grievance is about (Queja):    ☑ Jail Procedures (Procedimientos de la Cárcel)    ☐ Jail Conditions (Condiciones de la Cárcel)

☑ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)

☐ Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): _____

Describe the reason for your grievance, in your own words.  Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_____
_____
_____
_____
_____
_____
_____
_____

Inmate Signature: _____

Received by: _____          Date          Time
Employee Name and ID number

Recommendations / Resolution:

_____
_____
_____
_____

Supervisor: _____          Date          Time
Supervisor Name and ID number

Supervisor Findings:

_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Inmate Signature at completion          Date          Reviewing Deputy          ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:     White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

C-2

EXHIBIT (2)

RSD Form 559 (Rev. 06/06/18)



# RIVERSIDE COUNTY SHERIFF'S DEPARTMENT
### Cois Byrd Detention Center

## MEMORANDUM

To:   Ahmad Price (202041230)        Date:  5/28/22     *1nd level Response*
                                                          *Received June 13*

From:  Lieutenant Hatfield

Re:   Grievance Regarding Legal Mail

---

Mr. Price,

I have done a review of the facts surrounding your grievances regarding legal mail and a second property box dated 5/25/22. Jail staff conducted a search for narcotics and weapons as part of maintaining the safety and security of the facility. During a search of your cell, staff noted you had two property boxes, which is permissible for incarcerated persons for legal mail. However, a metal detecting wand activated over your second box. Staff subsequently conducted a cursory search of the box where they located metal pieces and commissary, along with your legal mail.

A check in JIMS revealed a court order from May 2021 permitting you have a second property box; however, since this time it was discovered you have retained counsel and were no longer pro per. Policy 504.35, Section 7.1.3 states - Advise them (incarcerated persons permitted a second box) that if the extra box is used for anything other than legal material, the box will be removed. Your unread legal mail and commissary was left on your bunk and the second box was confiscated in conjunction with the policy. Based on the above facts, I determined jail staff acted in accordance with jail policy. Therefore, I consider this matter closed and no further action is anticipated.

Sincerely,

Lieutenant M. Hatfield

C-3

EXHIBIT (2)

Cell # _____

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## *(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
### Please Print Clearly *(Favor De Escribir Claramente)*

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☒ CBDC

From *(Departe De)*: _____    2020    6/17/2022
Name (Last, First, Middle)                         Booking Number            Date
*(Apellido, Nombre, Segundo Nombre)*                *(Número de Preso)*        *(Fecha)*

Grievance is about *(Queja)*:    ☒ Jail Procedures *(Procedimientos de la Cárcel)*    ☐ Jail Conditions *(Condiciones de la Cárcel)*

☒ Jail Staff *(Personal de la Carcel)*    ☐ Medical *(Medico)*    ☐ Mental Health *(Salud Mental)*

☒ Other *(Otra Queja)* _____

Date and time of incident *(Fecha y Hora de el Incidente)*: _____

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

_____

_____

_____

_____

_____

_____

_____

Inmate Signature: _____

Received by: _____    _____    _____
Employee Name and ID number                          Date              Time

Recommendations / Resolution:

_____

_____

_____

_____

Supervisor: _____    _____    _____
Supervisor Name and ID number                        Date              Time

Supervisor Findings:

_____

_____

_____

The above incident has been discussed with me and I am aware of the findings *(El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)*

_____    _____    _____    _____
Inmate Signature at completion       Date        Reviewing Deputy                ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ *(Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)*

Distribution:    White – Inmate Booking File
                 Yellow – Facility Commander
                 Pink – Inmate Copy
                 Goldenrod – Inmate Receipt

EXHIBIT (3)

RSD Form 559 (Rev. 06/06/18)



# RIVERSIDE COUNTY SHERIFF'S DEPARTMENT
### *Cois Byrd Detention Center*

## MEMORANDUM

To:    Price, Ahmad (202041230)        Date:  7/14/22

From:  C. Captain Holm

Re:    Grievance Appeal

---

Incarcerated Person Price,

I have received your grievance appeal dated 6/17/2022, which alleges your legal mail was read by staff. I reviewed your original grievance, supplemental appeals, and the responses from previous supervisors. I found their grievance resolution(s) to be detailed and reasonable. Furthermore, I agree with their findings.

No further action is anticipated regarding this matter.

Sincerely,

Captain Holm

C-5        EXHIBIT (3)

Cell # BH-55

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ **Blythe Jail**      ☐ **JBDC**      ☐ **RPDC**      ☐ **SCF**      ☒ **CBDC**

**From** (Departe De): _____    2020-41230    7-26-22

Name (Last, First, Middle)              Booking Number              Date
(Apellido, Nombre, Segundo Nombre)      (Número de Preso)           (Fecha)

Grievance is about (Queja):    ☐ Jail Procedures (Procedimientos de la Cárcel)    ☐ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): _____

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_____
_____
_____
_____
_____
_____
_____

Inmate Signature: _____

Received by: _____    _____    _____
Employee Name and ID number              Date              Time

Recommendations / Resolution:
_____
_____
_____
_____
_____

Supervisor: _____    _____    _____
Supervisor Name and ID number            Date              Time

Supervisor Findings:
_____
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Inmate Signature at completion    Date         Reviewing Deputy              ID Number

~Refer to the Inmate Orientation guide for more Information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
                 Yellow – Facility Commander
                 Pink – Inmate Copy
                 Goldenrod – Inmate Receipt

G-1

RSD Form 559 (Rev. 06/06/18)

EXHIBIT (4)

3H 85



# RIVERSIDE COUNTY SHERIFF'S DEPARTMENT
## CHAD BIANCO, SHERIFF

### COIS M. BYRD DETENTION CENTER
30755–B Auld Road, Murrieta, CA 92563 • (951) 696-3050

## *Memorandum*

**To:** Inmate Price, Ahmad BK# 202041230          **Date:** 07/27/2022

**From:** C. Captain Holm

**RE:** Suspension of Grievance Privileges

Since your most recent booking of December 4, 2020, you have elected to file 47 grievances. On numerous occasions, you have elected to file multiple grievances on a single day, including on July 26, 2022. in which you filed three similar grievances regarding your mail/legal paperwork.

In the inmate pamphlet, you were advised. "Any inmate suspected of abusing the grievance process by submitting redundant, malicious, or abusive grievances may have their grievance privileges suspended." Following a thorough review of your grievances, I discovered that you have engaged in one or more of the following behaviors.

- Submitting repeated grievances or appeals regarding the same issue without allowing sufficient time for a response.
- Submitting repeated grievances for issues that have already been addressed and/or resolved.
- Submitting repeated grievances or appeals regarding an issue for which the inmate has exhausted his/her administrative remedies or time constraints; and
- •Submitting repeated grievances or appeals that are frivolous, malicious, or include abusive, foul, or obscene language.

Pursuant to the California Code of Regulations, Title 15, Section 1073(b) and Riverside County Correctional Policy 507.02, your ability to submit grievances is suspended for 30 days beginning today, July 27, 2022, and continuing through and including August 27, 2022.

You may continue to submit grievances that concern an immediate risk to your well-being, staff misconduct, use of force, lack of or improper medical and mental health care, failure to protect, or sexual abuse. A supervisor will review them, and if deemed to have merit, they will be acted upon. The grievance will be filed without action if none of the above conditions exist. You may not circumvent this suspension by claiming that one of the aforementioned conditions exists without factual basis. Furthermore, you do not have the right to administratively appeal my decision.

Sincerely,

Captain Holm

H — EXHIBIT (5)

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail   ☐ JBDC   ☐ RPDC   ☐ SCF   ☒ CBDC

From (Departe De): **PRICE, AHMAD**
Name (Last, First, Middle)
(Apellido, Nombre, Segundo Nombre)

Booking Number (Número de Preso): **202041230**
Date (Fecha): **1-2-2025**

Grievance is about (Queja): ☐ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Carcel)   ☐ Medical (Medico)   ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) _Commissary / County Consumer Practice_

Date and time of incident (Fecha y Hora de el Incidente): _1-2-2025 (2025)_

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_Keefe Commissary Network, Inc., along with the County Riverside, is committing Robbery practice by constantly raising commissary prices without causing Spending on bottoms, Unnecessarily marking up prices without a percentage Cap or correlation to regional or nyofl zoting and pack necessity, not offering products to take into consideration the ethnic demographic of the population, not offering healthy food choices, and adding/removing products without any input from the incarcerated population._

Inmate Signature: _AHMAD R. PRICE_

Received by: _____
Employee Name and ID number

Date _____   Time _____

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____
Supervisor Name and ID number

Date _____   Time _____

Supervisor Findings:
_____
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Inmate Signature at completion _____   Date _____   Reviewing Deputy _____   ID Number _____

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:
White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

EXHIBIT (A)

Cell # _____

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☐ SCF    ☒ CBDC

**From** (Departe De): PRICE , AHMAD          2C2C41230          1-13-25

Name (Last, First, Middle)          Booking Number          Date
(Apellido, Nombre, Segundo Nombre)          (Número de Preso)          (Fecha)

Grievance is about (Queja):    ☐ Jail Procedures (Procedimientos de la Cárcel)    ☒ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Carcel)    ☒ Medical (Medico)    ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) Keefe/Kanaly-Consumer Practice

Date and time of incident (Fecha y Hora de el Incidente): 1-2-2025

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

Keefe Commissary Network, Inc., along with the County of Riverside, is committing
predatory practice by annually raising commissary prices without raising spending
limitations, unreasonably marking up prices without a percentage cap or
competition to prevent monopolization and price gouging, not offering products
that take into consideration the ethnic demographic of the population, not
offering healthy item choices, and adding/removing products without any
input from the incarcerated population.

Inmate Signature: AHMAD R. PRICE

Received by: _____    _____    _____
Employee Name and ID number          Date          Time

Recommendations / Resolution:
_____
_____
_____
_____
_____

Supervisor: _____    _____    _____
Supervisor Name and ID number          Date          Time

Supervisor Findings:
_____
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Inmate Signature at completion          Date          Reviewing Deputy          ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

EXHIBIT (7)

Cell # _____

*Appeal due to non Response* (handwritten margin note)

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail      ☐ JBDC      ☐ RPDC      ☐ SCF      ☒ CBDC

From (Departe De): **PRICE, AHMAD**          Booking Number: **202041230**      Date: **1-13-25**
Name (Last, First, Middle)
(Apellido, Nombre, Segundo Nombre)
(Número de Preso)      (Fecha)

Grievance is about (Queja):   ☐ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Carcel)   ☒ Medical (Medico)   ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) **Keefe / Canty - Consumer Practice**

Date and time of incident (Fecha y Hora de el Incidente): **1-2-2025**

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea específico(a). Utilice hojas adicionales si es necesario.)

*Keefe Commissary Network, Inc. colluding with the County of Riverside in committing predatory practice by annually raising commissary prices without raising spending limitations, unreasonably marking up prices without a percentage cap of competition to prevent monopolization and price gouging, not offering products that take into consideration the ethnic demographic of the population, not offering healthy item choices, and adding/removing products without any input from the incarcerated population.*

Inmate Signature: **AHMAD R. PRICE**

Received by: **Johnson N5578**          Date: **1/14/25**      Time: **0655**
Employee Name and ID number

Recommendations / Resolution:
*Grievance is past 10 days. No original grievance in the system. Grievance will not be acted upon. You can contact Keefe if you are not happy with the prices of Commissary.*

Supervisor: **Johnson N5577**          Date: **1/14/25**      Time: **0630**
Supervisor Name and ID number

Supervisor Findings:
*Submit a Commissary Grievance. RSO does not control the prices of the 3rd party vendor - Keefe.*

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Inmate Signature at completion: **REFUSED**      Date: **01/15/25**      Reviewing Deputy: **G. MM**      ID Number: **N8137**

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:   White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

EXHIBIT (8)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail    ☐JBDC    ☐RPDC    ☒SCF    ☐CBDC

**From** *(Departe De):* PRICE , AHMAD        2020411230    4-12-25
Name (Last, First, Middle)        Booking Number    Date
*(Apellido, Nombre, Segundo Nombre)*    *(Número de Preso)*    *(Fecha)*

Grievance is about *(Queja):*    ☐Jail Procedures *(Procedimientos de la Cárcel)*    ☒Jail Conditions *(Condiciones de la Cárcel)*

☒Jail Staff *(Personal de la Carcel)*    ☐Medical *(Medico)*    ☐Mental Health *(Salud Mental)*

☐Other *(Otra Queja)*_____

Date and time of incident *(Fecha y Hora de el Incidente):* 4-6-25

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

On the above date I sent out 5 items of legal mail. The mail was picked up by Deputy Valencia. Deputy Valencia pulled out the contents of the legal mail and began to read each piece. This is violation of 14 policy guideline, skim... set in titles v Idaho Cal Pol 7. When the officer is not familiar with the guidelines by reading my legal mail.

Signature: AHMAD P PRICE

Received by: _____        _____    _____
Employee Name and ID number        Date    Time

Recommendations / Resolution:

_____

_____

_____

_____

_____

Supervisor: _____        _____    _____
Supervisor Name and ID number        Date    Time

Supervisor Findings:

_____

_____

_____

_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)    EXHIBIT (9)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail          ☐ JBDC          ☐ RPDC          ☒ SCF          ☐ CBDC

**From** (Departe De): _PRICE   ARMAND_         _202041130_         _4-27-25_

Name (Last, First, Middle)              Booking Number              Date
(Apellido, Nombre, Segundo Nombre)      (Número de Preso)           (Fecha)

Grievance is about (Queja):   ☒ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): _____ (4-12-25)

Describe the reason for your grievance, in your own words.  Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

On 4-12-25 I filed a grievance addressing Deputy Valenzuela reading my outgoing legal mail to the courts and attorneys. This grievance has not been answered. I had 5x9 and 5 Legal legal mail. Deputy Valenzuela pulled out the content and literally set a read it aloud my clear this is an violation of law, policy and Claimed laws.

Signature: _Armand R Price_

Received by: _____

Employee Name and ID number                          Date                Time

Recommendations / Resolution:

_____

Supervisor: _____

Supervisor Name and ID number                        Date                Time

Supervisor Findings:

_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____
Signature at completion          Date          Reviewing Deputy                    ID Number

**~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:     White – Booking File
                  Yellow – Facility Commander
                  Pink – Individuals Copy
                  Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (10)

APPEAL
DUE TO
NON-RESPONSE

## RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
#### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail      ☐JBDC      ☐RPDC      ☒SCF      ☐CBDC

From (Departe De): __PRICE, AHMAD__      __202041230__      __4.27.25__
Name (Last, First, Middle)                          Booking Number          Date
(Apellido, Nombre, Segundo Nombre)           (Número de Preso)          (Fecha)

Grievance is about (Queja):   ☒Jail Procedures (Procedimientos de la Cárcel)   ☒Jail Conditions (Condiciones de la Cárcel)

☒Jail Staff (Personal de la Carcel)   ☐Medical (Medico)   ☐Mental Health (Salud Mental)

☒Other (Otra Queja) _Unlawful Reading of Legal Mail_

Date and time of incident (Fecha y Hora de el Incidente): _4/12/25  (4/12/25)_

Describe the reason for your grievance, in your own words.  Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_On 4/12/25 I filed a grievance addressing Deputy Valencia reading my outgoing legal mail to the courts & attorneys. This grievance has not been addressed. I had sent out 5 items of legal mail. Deputy Valencia pulled out the contents and literally sat & read them at my door. This is an violation of law, policy and decisional law._

Signature: __AHMAD R. PRICE__

Received by: __Monroe  N7456__      __04/17/25__      __1830__
Employee Name and ID number                        Date              Time

Recommendations / Resolution:

_REVIEW DVR_

Supervisor: __( Sgt. MONROE  N7456__      __04/28/25__      __0415__
Supervisor Name and ID number                        Date              Time

Supervisor Findings:

_UPON REVIEW OF DVR, CD VALENCIA GOES TO CELL #1777 ON 04/06/25, ABOUT 1950 HRS AND APPEARS TO INSPECT MAIL BEING HANDED TO HIM. THESE ACTIONS FALL WITHIN POLICY OF HANDLING LEGAL MAIL._

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

__Not sat. CJ A PRICE__   __4-28-25__   __MONROE  N7456__
Signature at completion   Date        Reviewing Deputy            ID Number

~Refer to The  Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:   White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

LT. Response
date - 5.4.2025

EXHIBIT (11)

APP

1st level

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☐ CBDC

**From** (Departe De): PRICE, AHMAD    202041750    4-30-25

Name (Last, First, Middle)    Booking Number    Date
(Apellido, Nombre, Segundo Nombre)    (Número de Preso)    (Fecha)

Grievance is about (Queja):    ☒ Jail Procedures (Procedimientos de la Cárcel)    ☒ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) Unlawful Reading of Legal Mail    4-23-25

Date and time of incident (Fecha y Hora de el Incidente): Appeal of Grievance response dated 4-28-25

Describe the reason for your grievance, in your own words.  Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

I am dissatisfied with response. CO VALENCIA clearly read
my out going legal mail, I "WATCHED" him reading it in my
face. I know the difference between scanning & reading &
VALENCIA was definitely reading my legal mail without the
slats.

Signature: AHMAD R. PRICE

Received by: _____
Employee. Name and ID number                          Date                Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____
Supervisor Name and ID number                          Date                Time

Supervisor Findings:
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____
Signature at completion        Date        Reviewing Deputy                ID Number

~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals. Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (12)

APP...

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail    ☐JBDC    ☐RPDC    ☒SCF    ☐CBDC

**From** (Departe De): PRICE, AHMAD            20204230            4-30-25

Name (Last, First, Middle)            Booking Number            Date
(Apellido, Nombre, Segundo Nombre)    (Número de Preso)          (Fecha)

Grievance is about (Queja):    ☒Jail Procedures (Procedimientos de la Cárcel)    ☒Jail Conditions (Condiciones de la Cárcel)

☒Jail Staff (Personal de la Carcel)    ☐Medical (Medico)    ☐Mental Health (Salud Mental)

☒Other (Otra Queja) Unlawful Reading of Legal Mail            4-28-25

Date and time of incident (Fecha y Hora de el Incidente): Appeal of Grievance response dated 4-28-25

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

I am dissatified with response. CD VALENCIA clearly read my outgoing legal mail. I "WATCHED" him reading it in my face. I know the difference between scanning & reading & VALENCIA was definitely reading my legal mail without a doubt.

Signature: AHMAD R. PRICE

Received by: _____    5-3-25    1730

Employee Name and ID number            Date            Time

Recommendations / Resolution:

FORWARD TO CT.

Supervisor: ( LT. Luth N36X1 )    5-7-25    1600

Supervisor Name and ID number            Date            Time

Supervisor Findings:

RESPONSE LETTER PROVIDED

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Signature at completion            Date            Reviewing Deputy            ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (12)



# RIVERSIDE COUNTY SHERIFF'S OFFICE
## CHAD BIANCO, SHERIFF

**To:** Inmate Ahmad Price 202041230

**From:** C. Lieutenant Lohr N3681

**Date:** 05/04/2025

**RE:** Grievance Appeal

---

Inmate Price,

I received your grievance appeal regarding a grievance submitted on 04/27/25. Your original grievance was in regards to a deputy (CD Valencia) reading your legal mail. C. Sgt. Monzon investigated the incident and found CD Valencia's actions were in accordance with mail handling procedures. I concur with C. Sgt. Monzon's findings.

Thank you for bringing this to my attention and allowing me to resolve this matter with you. I appreciate your involvement in the grievance process and am satisfied your concerns, as outlined in your grievance, have been appropriately addressed.

No further action is anticipated in this matter; therefore, I will assume the grievance is resolved.

Sincerely,

C. Lt. Lohn N3GN

C. Lieutenant Lohr

EXHIBIT (13)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ **Blythe Jail**    ☐ **JBDC**    ☐ **RPDC**    ☒ **SCF**    ☐ **CBDC**

**From** (Departe De): _____    _____    May 5, 2015

Name (Last, First, Middle)    Booking Number    Date
(Apellido, Nombre, Segundo Nombre)    (Número de Preso)    (Fecha)

Grievance is about (Queja):    ☒ Jail Procedures (Procedimientos de la Cárcel)    ☒ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): _____

Describe the reason for your grievance, in your own words.  Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_____

_____

_____

_____

_____

_____

_____

Signature: _____

Received by: _____    _____    _____
Employee Name and ID number    Date    Time

Recommendations / Resolution:

_____

_____

_____

_____

Supervisor: _____    _____    _____
Supervisor Name and ID number    Date    Time

Supervisor Findings:

_____

_____

_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Signature at completion    Date    Reviewing Deputy    ID Number

**~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (14)

## RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
### *(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
**Cell #:** _____

*Please Print Clearly (Favor De Escribir Claramente)*

☐**Blythe Jail**      ☐**JBDC**      ☐**RPDC**      ☐ **SCF**      ☐**CBDC**

**From** *(Departe De)*: _____    _____    _____

Name (Last, First, Middle)                     Booking Number              Date
(Apellido, Nombre, Segundo Nombre)          (Número de Preso)          (Fecha)

Grievance is about *(Queja)*:    ☐Jail Procedures *(Procedimientos de la Cárcel)*   ☐Jail Conditions *(Condiciones de la Cárcel)*

☐Jail Staff *(Personal de la Carcel)*   ☐Medical *(Medico)*   ☐Mental Health *(Salud Mental)*

☐Other *(Otra Queja)* _____

Date and time of incident *(Fecha y Hora de el Incidente)*: _____

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

_____

_____

_____

_____

_____

_____

_____

_____

Signature: _____

Received by: _____    _____    _____

Employee Name and ID number                     Date            Time

Recommendations / Resolution:

_____

_____

_____

_____

_____

Supervisor: _____    _____    _____

Supervisor Name and ID number                     Date            Time

Supervisor Findings:

_____

_____

_____

_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____

Signature at completion        Date        Reviewing Deputy            ID Number

**~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:      White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (15)

use to non mgm
...Filed on 5-8-2025

## RIVERSIDE COUNTY JAIL GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail      ☐ JBDC      ☐ RPDC      ☒ SCF      ☐ CBDC

From (Departe De): __PRICE, AHMAD__      __202041230__      __8-21-25__
Name (Last, First, Middle)      Booking Number      Date
(Apellido, Nombre, Segundo Nombre)      (Número de Preso)      (Fecha)

Grievance is about (Queja):   ☒ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Carcel)   ☐ Medical (Medico)   ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) __Reading of Outgoing legal mail__

Date and time of incident (Fecha y Hora de el Incidente): ___ of Response dated 5-4-2025 ___

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

Response is inadequate. VALENCIA did read my outgoing legal mail. My outgoing legal mail was not exposed that it could possibly really. The details were of a length that it could be read through quickly. It is possible to read over 50 words in few minutes. It's not surprising this event is being pushed aside. But I assure you I saw his face and eyes as he read through my all going legal mail.

Signature: __AHMAD R PRICE__

Received by: __SGT GONZALES 11541__      __8/21/25__      __1845__
Employee Name and ID number      Date      Time

Recommendations / Resolution:
FWD TO ADMIN

Supervisor: __CAPTAIN VERNAL A3317__      __08/25/25__      __1300__
Supervisor Name and ID number      Date      Time

Supervisor Findings:
THE LIEUTENANT RESPONDED TO YOUR ISSUE ON 05/14/25. YOU HAD SEVEN DAY, IN WHICH TO FILE AN APPEAL. YOU DID NOT DO SO UNTIL NOW. WILL WAIVE THAT TIMEFRAME THEREFORE, NO FURTHER RESPONSE WILL BE PROVIDED. THIS GRIEVANCE IS CONSIDERED COMPLETE.

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

__REFUSED__      __08-28-25__      _____      _____
Signature at completion      Date      Reviewing Deputy      ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:      White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)      EXHIBIT (16)

Cell # [handwritten]

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐**Blythe Jail**      ☐**JBDC**      ☐**RPDC**      ☒**SCF**      ☐**CBDC**

**From** (Departe De): PRICE, AHMAD          2020411230          4-16-25
Name (Last, First, Middle)              Booking Number          Date
(Apellido, Nombre, Segundo Nombre)      (Número de Preso)       (Fecha)

Grievance is about (Queja):  ☐Jail Procedures (Procedimientos de la Cárcel)  ☒Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)      ☐Medical (Medico)      ☐Mental Health (Salud Mental)

☒Other (Otra Queja) Cleaning Supplies

Date and time of incident (Fecha y Hora de el Incidente): 4-15-25

Describe the reason for your grievance, in your own words.  Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

My issue is the inadequate cleaning supplies issued to the housing unit
Pods. Most of the the Cleaning Solutions are water down including the per
microorganisms to insure effectiveness of the cleaning / disinfecting pods
is lacking. Also the pads are in need of green scrub pads in order to effectively
well the shower walls of built up scum. New mop heads also need to be
provided on a continues bases to ensure a clean environment. New heads
on the scrub mop is needed as they are wore down and ineffective.

Signature: AHMAD R PRICE

Received by: _____   _____   _____
            Employee Name and ID number                Date         Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____   _____   _____
            Supervisor Name and ID number             Date         Time

Supervisor Findings:
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____   _____   _____   _____
Signature at completion      Date        Reviewing Deputy              ID Number

**~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:        White – Booking File
                     Yellow – Facility Commander
                     Pink – Individuals Copy
                     Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (17)



## RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
#### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail    ☐JBDC    ☐RPDC    ☒SCF    ☐CBDC

**From** (Departe De): PRICE , AHMAD    202041230    4-16-25

Name (Last, First, Middle)  |  Booking Number  |  Date
(Apellido, Nombre, Segundo Nombre)  |  (Número de Preso)  |  (Fecha)

Grievance is about (Queja):    ☐Jail Procedures (Procedimientos de la Cárcel)    ☒Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)    ☐Medical (Medico)    ☐Mental Health (Salud Mental)

☒Other (Otra Queja) Cleaning Supplies

Date and time of incident (Fecha y Hora de el Incidente): 4-15-25

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

My issue is the inadequate cleaning supplies issued to the housing unit Pods. Most often the cleaning solutions are water down indicating proper measurements to insure effectiveness of the cleaning / disinfectant chemicals is lacking. Also the pods are in need of green scrub pads in order to effectivly rid the shower walls of built up scum. New mop heads also need to be provided on a continous basis to ensure a clean environment. New heads on the scrub mop is needed as they are ware down and ineffective.

Signature: AHMAD R. PRICE

Received by: AUDRECL    N477,    4/17/25    0530
Employee Name and ID number    |    Date    |    Time

Recommendations / Resolution:
CLEANING SOLUTION ARE DISPENSED BY FACTORY TUNED EQUIPMENT SERVICED BY THE VENDOR REGULABLY. WE WILL NOT PROVIDE CHEMICALS AT HIGHER CONCENTRATION FOR YOUR SAFETY.

Supervisor: AUDRECL    N477,    4/18/25    1105
Supervisor Name and ID number    |    Date    |    Time

Supervisor Findings:
NO ACTION WILL BE TAKEN BEYOND WHAT IS ALREADY DONE.

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

AHMAD    4/10/25    AUDRECL    N477,
Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)    EXHIBIT (18)

APPEAL

Cell # _____

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ **Blythe Jail**   ☐ **JBDC**   ☐ **RPDC**   ☒ **SCF**   ☐ **CBDC**

**From** (Departe De): _PRICE, AHMAD_     _2020411230_     _4-27-25_
Name (Last, First, Middle)           Booking Number      Date
(Apellido, Nombre, Segundo Nombre)    (Número de Preso)   (Fecha)

Grievance is about (Queja):   ☒ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Carcel)   ☐ Medical (Medico)   ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) _Cleaning Supplies_

Date and time of incident (Fecha y Hora de el Incidente): _(caught dated : 4/16/25 /Response date 4-24-25)_

Describe the reason for your grievance, in your own **words**. **Please** be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_I am appealing the response of 4-24-25. Response is inadequate._
_Response fails to address that the cleaning chemicals are put at cell doors_
_Standard. This reads as the cleaning disinfectant will fail to fight against_
_germs + viruses. Also I was told we should ask staff to put a cleaning_
_foam. The air no longer effective. The toilet brush + decon yet the toilet_
_brush not been replaced._

Signature: _AHMAD P. PRICE_

Received by: _____     _____   _____
           Employee Name and ID number              Date        Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____     _____   _____
           Supervisor Name and ID number            Date        Time

Supervisor Findings:
_____
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____   _____   _____   _17)_  _____
Signature at completion    Date        Reviewing Deputy           ID Number

~**Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings**~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:        White – Booking File
                     Yellow – Facility Commander
                     Pink – Individuals Copy
                     Goldenrod – Individuals Receipt

EXHIBIT (19)

(EXHIBIT (18)) - 1

RCS Form 559 (Rev. 12/10/24)

APPEAL

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail   ☐JBDC   ☐RPDC   ☒SCF   ☐CBDC

From (Departe De): **PRICE, AHMAD**   Booking Number: **202041230**   Date: **4-27-25**
Name (Last, First, Middle) (Apellido, Nombre, Segundo Nombre)   (Número de Preso)   (Fecha)

Grievance is about (Queja):  ☒Jail Procedures (Procedimientos de la Cárcel)  ☒Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)   ☐Medical (Medico)   ☐Mental Health (Salud Mental)

☒Other (Otra Queja) **Cleaning Supplies**

Date and time of incident (Fecha y Hora de el Incidente): **(Original date: 4-16-25 / Response date 4-24-25)**

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

I am appealing the response of 4-24-25. Response is inadequate. Respondent admits that the cleaning chemicals are put at an "lower" standard. This renders the cleaning disinfectant ineffective to fight against germs + viruses. Also I was told we should ask staff to replace cleaning tools that are no longer effective. This has been done + yet the tools have not been replaced.

Signature: **AHMAD P. PRICE**

Received by: **MALDONADO   N5696**   Date: **4/8/25**   Time: **0630**
Employee Name and ID number

Recommendations / Resolution:
**FORWARDED TO LT FOR APPEAL, ORIGINAL GRIEVANCE FROM 4/24/25.**

Supervisor: _____
Supervisor Name and ID number   Date   Time

Supervisor Findings:
**SEE ATTACHED MEMO.**

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Signature at completion: **AHMAD P. PRICE**   Date: **4-24-25**   Reviewing Deputy: _____   ID Number: **N512**

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:   White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT-(19)



# Riverside County Sheriff's Office

## *Chad Bianco, Sheriff-Coroner*

4095 Lemon Street • Riverside • California • 92501
www.riversidesheriff.org

To:     Inmate Ahmad Price (Bk# 202041230)                          April 29, 2025

From:  Correctional Lieutenant Yelenich N5244

Re:     Grievance Appeal dated April 27, 2025

Mr. Price,

I received and reviewed your appellate grievance from April 27, 2025, regarding your belief that the cleaning solutions provided to inmates for cleaning and disinfecting are ineffective. Additionally, you stated that cleaning tools were requested and not replaced.

In review of your appellate grievance, I was informed that all mop heads were replaced in Housing Unit 17, and replacement scrub brushes were ordered and will be replaced when received. Your assertion that the cleaning chemicals are watered down, thus rendering them ineffective, is inaccurate. Additionally, your appellate grievance misstates the facts of the response to your original grievance dated April 16, 2025. The disinfectant and cleaning solutions provided are distributed using the vendor-supplied dispensers, which are calibrated to mix the correct amount of concentrated solutions with water for optimum effectiveness.

Thank you for bringing this matter to my attention and allowing me to resolve it with you. I appreciate your involvement in the grievance process and am satisfied that your concerns, as outlined in your grievance, have been appropriately addressed. No further action is anticipated.

Due by 5-9-25

EXHIBIT (20)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail      ☐JBDC      ☐RPDC      ☒ SCF      ☐CBDC

From (Departe De): PRICE, AHMAD _____  202041730  5-2-25
　　　　　　　　Name (Last, First, Middle)　　　Booking Number　　Date
　　　　　　　　(Apellido, Nombre, Segundo Nombre)　(Número de Preso)　(Fecha)

Grievance is about (Queja):  ☒Jail Procedures (Procedimientos de la Cárcel)  ☒Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)   ☐Medical (Medico)   ☐Mental Health (Salud Mental)

☒Other (Otra Queja) Appeal of Response of 4-29-25

Date and time of incident (Fecha y Hora de el Incidente): (4-16-25); (4-29-25) - Appeal

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

I am appealing response dated 4-29-25. As an individual certified in blood id/infection/exposure control, worked at Pomona Valley Hospital, certified in cleaning chemicals and cleaning techniques, my "builds" are based in learning. I was told by SGT. ALDRETE ...

Signature: Ahmad R. Price

Received by: _____
　　　　　　Employee Name and ID number　　　　　　Date　　　Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____
　　　　　　Supervisor Name and ID number　　　　　Date　　　Time

Supervisor Findings:
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____
Signature at completion　　Date　　Reviewing Deputy　　ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:　　　White – Booking File
　　　　　　　　Yellow – Facility Commander
　　　　　　　　Pink – Individuals Copy
　　　　　　　　Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (21)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

Cell 7

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☐ CBDC

From (Departe De): __PRICE, AHMAD__        __20204123D__    __4-16-25__
Name (Last, First, Middle)           Booking Number    Date
(Apellido, Nombre, Segundo Nombre)     (Número de Preso)   (Fecha)

Grievance is about (Queja):   ☐ Jail Procedures (Procedimientos de la Cárcel)    ☒ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) __Outside Recreation__

Date and time of incident (Fecha y Hora de el Incidente): __4-14-25__

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

My issue is the continuous practice of only providing outside recreation in the early mornings. Its cold and windy & and we are not provided hats, gloves or shoes in which to combat cold conditions. I'm also being constantly deprived of the sun its light & heat because of the early morning excursions. This deprivation is unhealthy and both cruel and unusual punishment. there is no penological reason to only provide morning outside activity.

Signature: _____

Received by: _____      _____  _____
Employee Name and ID number          Date      Time

Recommendations / Resolution:

_____
_____
✓ _____
_____
_____
_____

Supervisor: _____      _____  _____
Supervisor Name and ID number          Date      Time

Supervisor Findings:

_____
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____  _____  _____  _____
Signature at completion      Date      Reviewing Deputy          ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (22)

## RIVERSIDE COUNTY JAIL GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
#### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail   ☐ JBDC   ☐ RPDC   ☒ SCF   ☐ CBDC

**From** (Departe De): PRICE, AHMAD

Name (Last, First, Middle)
(Apellido, Nombre, Segundo Nombre)

202041230    4-16-25

Booking Number
(Número de Preso)

Date
(Fecha)

Grievance is about (Queja):   ☐ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Cárcel)   ☐ Medical (Medico)   ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) Outside Recreation

Date and time of incident (Fecha y Hora de el Incidente): 4-14-25

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

My issue is the continous practice of only providing outside recreation in the early mornings. Its cold and windy and we are not provided, hats, gloves or shoes in which to combat cold conditions. I'm also being constantly deprived of the sun its light & heat because of these early morning excursions. This deprivation is unhealthy and bordterline cruel and unusual punishment. There is no penological reason to only provide morning outside activity.

Signature: _____

Received by: ALDRETE M557    4/17/25    0820

Employee Name and ID number    Date    Time

Recommendations / Resolution:
RECREATION PROVIDED AT THIS FACILITY MEETS OR EXCEEDS TITLE 15 REQUIREMENTS.

Supervisor: ALDRETE M557    4/18/25    1041

Supervisor Name and ID number    Date    Time

Supervisor Findings:
NO ACTION WILL BE TAKEN.

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

CP 25    4/4/25    ALDRETE    M557

Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:   White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)    EXHIBIT (23)

APPEAL
SEE ATTACHED

Ongoing
II level

Cell # _____

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail        ☐ JBDC        ☐ RPDC        ☒ SCF        ☐ CBDC

From (Departe De): __PRICE, AHMAD__          202041230        4-25-25
Name (Last, First, Middle)                    Booking Number      Date
(Apellido, Nombre, Segundo Nombre)            (Número de Preso)   (Fecha)

Grievance is about (Queja):   ☒ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Carcel)   ☐ Medical (Medico)   ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): __4-16-25  /  4-24-25__

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

I am appealing response dated 4-24-25. Response _____ _____
I am subject to [illegible] cold conditions. Only provided outside
[illegible] only [illegible] is provided in [illegible] I am not provided
___ but gloves or ___ [illegible] It cold air. The deprivation of [illegible]
sunlight will lead to actual [illegible] of [illegible] cold conditions [illegible]
and include the [illegible] gloomy, oppressive ___ deprive me to
___ [illegible]

Signature: _____

Received by: _____
Employee Name and ID number                                    Date              Time

Recommendations / Resolution:
_____
_____
_____
_____
_____

Supervisor: _____
Supervisor Name and ID number                                  Date              Time

Supervisor Findings:
_____
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Signature at completion        Date        Reviewing Deputy              ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:        White – Booking File
                     Yellow – Facility Commander
                     Pink – Individuals Copy
                     Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)                        EXHIBIT (24)





# Riverside County Sheriff's Office

## Chad Bianco, Sheriff-Coroner

4095 Lemon Street • Riverside • California • 92501
www.riversidesheriff.org

| | | | |
|---|---|---|---|
| **To:** | Ahmad Price 202041230 | **Date:** | May 1, 2025 |
| **From:** | C. Lieutenant Kendrick | | |
| **Reference:** | Grievance Appeal Dated April 25, 2025 | | |

On May 1, 2025, I received a grievance appeal dated April 25, 2025, that was submitted by you. In the grievance appeal, you allege that participating in outdoor recreation during "early mornings is cruel and unusual punishment" because inmates are "subjected to continuous cold conditions" without a "hat, gloves, or shoes." Additionally, you claim that a lack of "sunlight and heat is cruel."

The Riverside County Sheriff's Department is responsible for the care and treatment of all inmates within the County's custodial system. As such, the Department takes this responsibility seriously and meets or exceeds all requirements in accordance with Title 15 and Department Policy. Rest assured, that all inmates within the County's custodial system are treated fairly and equally with an established set of standards and your allegations have been thoroughly investigated by several Riverside Sheriff's Department employees. After thorough review, it was determined that your allegations are unfounded.

This Grievance is considered closed. If you have any further concerns or questions, please refer to your Inmate Orientation Pamphlet for further information.

Sincerely,

C. Lieutenant Kendrick

oper
Appeal sent
5-2-2025

EXHIBIT (25)

# RIVERSIDE COUNTY JAIL GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail        ☐ JBDC        ☐ RPDC        ☑ SCF        ☐ CBDC

**From** *(Departe De):* HILL, AHMAD

Name (Last, First, Middle)
*(Apellido, Nombre, Segundo Nombre)*

Booking Number: 2420411230
*(Número de Preso)*

Date: 5-7-2025
*(Fecha)*

Grievance is about *(Queja):*  ☑ Jail Procedures *(Procedimientos de la Cárcel)*   ☑ Jail Conditions *(Condiciones de la Cárcel)*

☐ Jail Staff *(Personal de la Carcel)*     ☐ Medical *(Medico)*     ☐ Mental Health *(Salud Mental)*

☑ Other *(Otra Queja)* Appeal of Response of 5-1-2025

Date and time of incident *(Fecha y Hora de el Incidente):* (4-11-25) ; (4-25-25) Appeal

Describe the reason for your grievance, in your own words. Please be specific. *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

Signature: AHMAD R. HILL

Received by: _____
Employee Name and ID number          Date          Time

Recommendations / Resolution: _____

Supervisor: _____
Supervisor Name and ID number          Date          Time

Supervisor Findings: _____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Signature at completion          Date          Reviewing Deputy          ID Number

**~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:          White – Booking File
                       Yellow – Facility Commander
                       Pink – Individuals Copy
                       Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (26)



open

Cell #: _____

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail     ☐ JBDC     ☐ RPDC     ☒ SCF     ☐ CBDC

**From** *(Departe De)*: __PRICE, AHMAD__     __202041230__     __4-27-25__

Name (Last, First, Middle)     Booking Number     Date
(Apellido, Nombre, Segundo Nombre)     (Número de Preso)     (Fecha)

**Grievance is about** *(Queja)*: ☒ Jail Procedures *(Procedimientos de la Cárcel)*   ☒ Jail Conditions *(Condiciones de la Cárcel)*

May 7 (10 days)     ☒ Jail Staff *(Personal de la Carcel)*     ☐ Medical *(Medico)*     ☐ Mental Health *(Salud Mental)*

☐ Other *(Otra Queja)*_____

**Date and time of incident** *(Fecha y Hora de el Incidente):* __4-25-25__

Describe the reason for your grievance, in your own words. Please be specific. (*Use additional sheets if necessary.*)
(*Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.*)

My grievance is the undersigned policy + practice of malicious "lockdown" for individuals actions. Staff selected to put me out to program saying I violated an rule I am unaware of. There was no progressive disciplinaries for as yet be locked before instituting the most faulty. My cell mate did not violate any rule yet he was subjected to a "lockdown" treatment. This is an incident of _____ violence and an attempt to promote tension and discord in housing cell.

**Signature:** __AHMAD R. PRICE__

**Received by:** _____

Employee Name and ID number     Date     Time

**Recommendations / Resolution:**

_____

_____

_____

_____

**Supervisor:** _____

Supervisor Name and ID number     Date     Time

**Supervisor Findings:**

_____

_____

_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____

Signature at completion     Date     Reviewing Deputy     ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:     White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

EXHIBIT (27)

RCS Form 559 (Rev. 12/10/24)

Cell # _____

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☐ CBDC

From (Departe De): **PRICE, AHMAD**           **202041230**        **4-27-25**

Name (Last, First, Middle)          Booking Number          Date
(Apellido, Nombre, Segundo Nombre)      (Número de Preso)      (Fecha)

Grievance is about (Queja):   ☒ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)

☐ Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): **4-25-25    Day shift  @ 1:50**

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

My grievance is the underground policy & practice of an "group
lock" for individuous actions. Staff refused to let me out for program
saying I violated an rule I am unaware of. There was no progressive
discipline as far as verbal warning before instituting this measure.
Further my cell mate did not violate any rule yet he was subjected
to a "lock down" treatment. This is an incitement of ~~violence~~ violence
and an attempt to promote tension and discord in housing cell

Signature: **AHMAD R. PRICE**

Received by: **SGT. NEEDY  N5779**           **5-3-25**        **0742**
Employee Name and ID number          Date          Time

Recommendations / Resolution:

DUE REVIEW / DOCUMENTATION REVIEW.
DUE REVIEW PRICE STEP OUT OF THE BATHROOM UNANNOUNCED
WHERE NO DIRECTION FROM A STAFF MEMBER.

Supervisor: **SGT. NEEDY  N5779**           **5-3-25**
Supervisor Name and ID number          Date          Time

Supervisor Findings:

ALL ENCOUNTERS WITH PRICE WERE DOCUMENTED AN REPORTED
TO SUPERVISION. DUE TO PRICE'S NEGATIVE BEHAVIOR, ~~and~~ TREATMENT,
AND CONTACTS WITH HIM SUPERVISION APPROVED THE LOCK DOWN.
NO FURTHER IN THIS MATTER.

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

**REFUSED**    **5/3/25**    **CPL COLLINS**    **N4679**
Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:        White – Booking File
                     Yellow – Facility Commander
                     Pink – Individuals Copy
                     Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)        EXHIBIT (28)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ **Blythe Jail**      ☐ **JBDC**      ☐ **RPDC**      ☒ **SCF**      ☐ **CBDC**

**From** *(Departe De):* PRICE  AHMAD

Name (Last, First, Middle)
*(Apellido, Nombre, Segundo Nombre)*

Booking Number 202041730
*(Número de Preso)*

Date 5-3-25
*(Fecha)*

**Grievance is about** *(Queja):*   ☐ Jail Procedures *(Procedimientos de la Cárcel)*   ☒ Jail Conditions *(Condiciones de la Cárcel)*

☒ Jail Staff *(Personal de la Carcel)*   ☐ Medical *(Medico)*   ☐ Mental Health *(Salud Mental)*

☐ Other *(Otra Queja)* Appeal of H grevn dated 6-3-25

**Date and time of incident** *(Fecha y Hora de el Incidente):* 4-25-25 / 4:27:15

Describe the reason for your grievance, in your own words.  Please be specific.  (*Use additional sheets if necessary.*)
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

I am appealing response of 5-3-25. I only stepped out due to a conversation I was having with staff prior, and could not hear what he was saying on the speaker due to some static. I did not know I was breaking a rule. In any case, a verbal warning suffices. That did not occure. Instead it was decided to lock down my whole cell. Negative although occurred well beyond this point. To penalize others because of an individual situation incites and promotes violence to occur. Is this an act by design to encourage violence?

Signature: AHMAD R. PRICE

**Received by:** _____

Employee Name and ID number                    Date                    Time

**Recommendations / Resolution:**

_____

_____

_____

_____

**Supervisor:** _____

Supervisor Name and ID number                    Date                    Time

**Supervisor Findings:**

_____

_____

_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____

Signature at completion          Date          Reviewing Deputy                    ID Number

**~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:          White – Booking File
                       Yellow – Facility Commander
                       Pink – Individuals Copy
                       Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (29)



APPEAL
DUE TO
NON RESPONSE

7

## RIVERSIDE COUNTY JAIL GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ **Blythe Jail**        ☐ **JBDC**        ☐ **RPDC**        ☒ **SCF**        ☐ **CBDC**

**From** (Departe De): PRITT, AHMAD                2020111245                5-16-25

Name (Last, First, Middle)                     Booking Number            Date
(Apellido, Nombre, Segundo Nombre)             (Número de Preso)          (Fecha)

**Grievance is about** (Queja):  ☒ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)

☐ Other (Otra Queja)_____

**Date and time of incident** (Fecha y Hora de el Incidente): 4-25-25, Appeal of non response dld 5-3-25

**Describe the reason for your grievance, in your own words.  Please be specific.** (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

I am appealing the non response to my appeal dld 5-3-25. The
appeal detends to policy influence of the voluntary policy don't "gang pack."
The deputy denying claim this "voluntary placement" is a "bad charge" I
have to the bubble did to the availability to have on the intake area or if was
intake area. I did not know this was against a "rule." I was told to go
back into the pod. I did. Yet my cell was placed on a lock down along
with my cellmate who had nothing to do with it. This is an potential
incident to violations.

**Signature:** AHMAD L. PRITT

**Received by:** _____    _____    _____
Employee Name and ID number                          Date           Time

**Recommendations / Resolution:**
_____
_____
_____
_____
_____

**Supervisor:** _____    _____    _____
Supervisor Name and ID number                        Date           Time

**Supervisor Findings:**
_____
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Signature at completion          Date         Reviewing Deputy              ID Number

**~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:            White – Booking File
                         Yellow – Facility Commander
                         Pink – Individuals Copy
                         Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)                      EXHIBIT (30)

5-26

APPEAL
DUE TO
NON RESPONSE

7

Cell # _____

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail        ☐JBDC        ☐RPDC        ☒SCF        ☐CBDC

From (Departe De): __PRICE, AHMAD__          __2020411230__          __5-16-25__

Name (Last, First, Middle)                    Booking Number          Date
(Apellido, Nombre, Segundo Nombre)            (Número de Preso)       (Fecha)

Grievance is about (Queja):   ☒Jail Procedures (Procedimientos de la Cárcel)   ☒Jail Conditions (Condiciones de la Cárcel)

☒Jail Staff (Personal de la Carcel)   ☐Medical (Medico)   ☐Mental Health (Salud Mental)

☐Other (Otra Queja)_____

Date and time of incident (Fecha y Hora de el Incidente): 4-25-25, Appeal of non response dat 5-3-25

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

I am appealing the non response to my appeal dated 5-3-25. This appeal rebunds to undoing influence of the undersigned policy of an "group lock". The details stemming from this "unknown punishment" is I had skipped out to talk to the bubble due to the inability to hear over the intercom as it was experiencing interference. I did not know this was against a "Rule". I was told to go back into the pod. I did. Yet my cell was placed on a lock down along with my cellmate who had nothing to do with it. This is an potential incitement to violence.

Signature: __AHMAD R. PRICE__

Received by: __Sgt. Neeoy N5479__          __5/16/25__          __1900__
            Employee Name and ID number                    Date              Time

Recommendations / Resolution:
Forwarded to LT For Review

Supervisor: __Sgt. Neeoy N5779__          __5-13-25__          ____
            Supervisor Name and ID number                    Date              Time

Supervisor Findings:
Proper LT. Response Letter.

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____        _____        _____        _____
Signature at completion    Date         Reviewing Deputy     ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:          White – Booking File
                       Yellow – Facility Commander
                       Pink – Individuals Copy
                       Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)                    EXHIBIT (30)

APPEAL
DUE TO
NON RESPONSE

# RIVERSIDE COUNTY JAIL GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☐ CBDC

**From** *(Departe De):* Price, Anwar P.

    Name (Last, First, Middle)
    *(Apellido, Nombre, Segundo Nombre)*

202041230     5-21-25

Booking Number     Date
*(Número de Preso)*     *(Fecha)*

**Grievance is about** *(Queja):*   ☒ Jail Procedures *(Procedimientos de la Cárcel)*   ☒ Jail Conditions *(Condiciones de la Cárcel)*

☒ Jail Staff *(Personal de la Carcel)*   ☐ Medical *(Medico)*   ☐ Mental Health *(Salud Mental)*

☐ Other *(Otra Queja)* _____

**Date and time of incident** *(Fecha y Hora de el Incidente):* Appeal of ___ ___ dated 5-16-25

**Describe the reason for your grievance, in your own words. Please be specific.** *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

_____

_____

_____

_____

_____

_____

_____

**Signature:** Anwar R. Price

**Received by:** _____
    Employee Name and ID number     Date     Time

**Recommendations / Resolution:**

_____

_____

_____

_____

_____

**Supervisor:** _____
    Supervisor Name and ID number     Date     Time

**Supervisor Findings:**

_____

_____

_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____ _____ _____ _____
Signature at completion    Date    Reviewing Deputy    ID Number

**~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:     White – Booking File
    Yellow – Facility Commander
    Pink – Individuals Copy
    Goldenrod – Individuals Receipt

EXHIBIT (31)

RCS Form 559 (Rev. 12/10/24)

APPEAL
DUE TO
NON RESPONSE

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## *(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
### *Please Print Clearly (Favor De Escribir Claramente)*

☐Blythe Jail       ☐JBDC       ☐RPDC       ☒SCF       ☐CBDC

**From** *(Departe De)*: PRICE AHMAD          202041230     5-26-25
Name (Last, First, Middle)                    Booking Number    Date
*(Apellido, Nombre, Segundo Nombre)*          *(Número de Preso)*  *(Fecha)*

**Grievance is about** *(Queja)*:   ☒Jail Procedures *(Procedimientos de la Cárcel)*   ☒Jail Conditions *(Condiciones de la Cárcel)*

☒Jail Staff *(Personal de la Carcel)*   ☐Medical *(Medico)*   ☐Mental Health *(Salud Mental)*

☐Other *(Otra Queja)*_____

**Date and time of incident** *(Fecha y Hora de el Incidente)*: Appeal of non-response dated 5-16-25

**Describe the reason for your grievance, in your own words.  Please be specific.** *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

Once again I am appealing non response to my grievance dated 5-16-25. This appeal addressed the incident of violence through use of the disciplinary policy known as the "group lock". My cell was placed upon such conditions as I stepped out to talk to deputies in the control. I had no idea this was breaking any rule. I was told to step back inside which I did. My cell was then placed on a lock down along with my cellmate who wasn't even involved. This can incite & even a violence as it is an ineffective tool. Its absurd to use threats for minor things like being late to the cell during a dayroom recall. This is very concerning.

Signature: AHMAD R. PRICE

Received by: SGT NEARY NJ779 ____ 5/28/25 ____ 2000
Employee Name and ID number                    Date        Time

**Recommendations / Resolution:**

DUPLICATE

**Supervisor:** LT. NEARY NJ779 ____ 5/28/25 ____ 2160
Supervisor Name and ID number                    Date        Time

**Supervisor Findings:**

ORIGINAL GRIEVANCE STILL PENDING LT RESPONSE. THIS GRIEVANCE WILL BE ATTACHED TO THE ORIGINAL. NO FURTHER ACTION

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____ ____ Neary ____ NJ779
Signature at completion     Date     Reviewing Deputy     ID Number

~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:     White – Booking File
                  Yellow – Facility Commander
                  Pink – Individuals Copy
                  Goldenrod – Individuals Receipt

LT Response - 5-29-25
date

RCS Form 559 (Rev. 12/10/24)          EXHIBIT (31)



# Riverside County Sheriff's Office
## *Chad Bianco, Sheriff-Coroner*

4095 Lemon Street • Riverside • California • 92501
www.riversidesheriff.org

**To:** Ahmad Price #202041230                    **Date:** 05/29/2025

**From:** Correctional Lieutenant Sharp #N3267

**Reference:** Grievance Appeal – Jail Conditions

On May 28, 2025, I received a grievance appeal from you regarding the finding of your original grievance dated April 27, 2025, in which you feel the discipline for violating jail rules was unfair.

I have reviewed all video and documentation related to this incident and spoken to the supervisor who approved the discipline. All actions taken were within policy and procedure.

Thank you for bringing this to my attention and allowing me to resolve this matter with you. I appreciate your involvement in the grievance process and am satisfied your concerns, as outlined in your grievance, have been appropriately addressed.

No further action is anticipated in this matter; therefore, I will assume the grievance is resolved.

Sincerely,

C. Lieutenant Sharp

Copy: Inmate / Booking File

EXHIBIT (32)

APPEAL
CAPTAINS
REVIEW

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## *(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
### Please Print Clearly *(Favor De Escribir Claramente)*

☐Blythe Jail        ☐JBDC        ☐RPDC        ☒SCF        ☐CBDC

**From** *(Departe De):* __PRICE, AHMAD__     __20204123D__     __6-2-25__
Name (Last, First, Middle)           Booking Number          Date
*(Apellido, Nombre, Segundo Nombre)*    *(Número de Preso)*       *(Fecha)*

Grievance is about *(Queja):*   ☒Jail Procedures *(Procedimientos de la Cárcel)*   ☒Jail Conditions *(Condiciones de la Cárcel)*

☒Jail Staff *(Personal de la Carcel)*   ☐Medical *(Medico)*   ☐Mental Health *(Salud Mental)*

☒Other *(Otra Queja)* __Underground Policy__

Date and time of incident *(Fecha y Hora de el Incidente):* __Appeal of Response dated 5-29-25__

Describe the reason for your grievance, in your own **words. Please** be specific. *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

I am appealing Lt. Sharp's response. The response does not address the incident to where I spoke of an underground policy called "Group Lock". This act serves to put cell mates against each other. So, an actor acts only one has engaged in this procure was used against me for all adding to have an arment? issue with deputies. I was not even aware it was violating any rule. There was no progressive discipline (e.g. verbal warning) The "group lock" doesn't our problems & why this led to mild injury age and body fights due to violence occuring in cells.

Signature: __Ahmad R. Price__

Received by: _____   _____   _____
Employee Name and ID number              Date              Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____   _____   _____
Supervisor Name and ID number              Date              Time

Supervisor Findings:
_____
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** *(El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)*

_____   _____   _____   _____
Signature at completion    Date     Reviewing Deputy          ID Number

**~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~** *(Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)*

Distribution:        White –  Booking File
                     Yellow – Facility Commander
                     Pink – Individuals Copy
                     Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)              EXHIBIT (33)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail      ☐JBDC      ☐RPDC      ☐ SCF      ☐CBDC

**From** (Departe De): _____    _____    _____
Name (Last, First, Middle)                    Booking Number        Date
(Apellido, Nombre, Segundo Nombre)        (Número de Preso)    (Fecha)

Grievance is about (Queja):    ☐Jail Procedures (Procedimientos de la Cárcel)    ☐Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)    ☐Medical (Medico)    ☐Mental Health (Salud Mental)

☐Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): _____

Describe the reason for your grievance, in your own words.  Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_____
_____
_____
_____
_____
_____
_____
_____

Signature: _____

Received by: _____    _____    _____
Employee Name and ID number                    Date            Time

Recommendations / Resolution:
_____
_____
_____
_____
_____

Supervisor: _____    _____    _____
Supervisor Name and ID number                    Date            Time

Supervisor Findings:
_____
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Signature at completion        Date        Reviewing Deputy            ID Number

~**Refer to The  Orientation Pamphlet** for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:        White – Booking File
                    Yellow – Facility Commander
                    Pink – Individuals Copy
                    Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)



EXHIBIT (34)

## RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail    ☐JBDC    ☐RPDC    ☒SCF    ☐CBDC

From (Departe De): PRICE, AHMAD      Booking Number 2020411730      Date 8-21-25

Name (Last, First, Middle)    Booking Number
(Apellido, Nombre, Segundo Nombre)    (Número de Preso)    Date (Fecha)

Grievance is about (Queja):   ☒Jail Procedures (Procedimientos de la Cárcel)   ☒Jail Conditions (Condiciones de la Cárcel)

☒Jail Staff (Personal de la Carcel)   ☐Medical (Medico)   ☐Mental Health (Salud Mental)

☒Other (Otra Queja) Underground Policy

Date and time of incident (Fecha y Hora de el Incidente): Appeal of response dated 5-29-23

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

I am appealing Lt. Sharpe's response. He response does not address the incitement of violence aspect of the underground policy called "Group Lock". This act serves to pit cellmates against each other for an act or acts only one has engaged in. This measure was used against me for attempting to have a conversation with pod deputies. I was not aware I was violating an rule. This was no progressive discipline (ex: Verbal warning). The "group lock" creates problems and could be why it lead conflicts are a body type close to violence occurring in cells when punished are for the acts of another.

Signature: AHMAD V PRICE

Received by: SHAGHAUES A SUI      8/21/25      1845

Employee Name and ID number      Date      Time

Recommendations / Resolution: FORD TO WMT INV

Supervisor: CAPTAIN VERNAL      08/25/25      1255

Supervisor Name and ID number      Date      Time

Supervisor Findings: LIEUTENANT RESPNDED TO THIS ISSUE IN A RESPONSE DATED 5/29/25. YOU DID NOT APPEAL UNTIL NOW, OUT OF THE APPEAL TIME RESTRAINT. NO FURTHER RESPONSE WILL BE PROVIDED ON THIS GRIEVANCE IS CONSIDERED COMPLETE DUE TO SEVERE LACK OF TIMELINESS.

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Signature at completion      Date 08.29      Reviewing Deputy OFFNER      ID Number N-02

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:      White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)      EXHIBIT (35)

APPLIED
DUE TO.
NON RESPONSE

Cell # 41-37

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail   ☐JBDC   ☐RPDC   ☒SCF   ☐CBDC   7.6.25

**From** *(Departe De)*: PRINCE AHMAD

Name (Last, First, Middle)
*(Apellido, Nombre, Segundo Nombre)*

202041730

Booking Number
*(Número de Preso)*

Date
*(Fecha)*

Grievance is about *(Queja)*:   ☒Jail Procedures *(Procedimientos de la Cárcel)*   ☒Jail Conditions *(Condiciones de la Cárcel)*

☐Jail Staff *(Personal de la Carcel)*   ☐Medical *(Medico)*   ☐Mental Health *(Salud Mental)*

☐Other *(Otra Queja)*_____

Date and time of incident *(Fecha y Hora de el Incidente)*:  6-26-25

Describe the reason for your grievance, in your own words.  Please be specific.  *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

My grievance is appeal due to non response ...

Signature: _____

Received by: _____   Date _____   Time _____
Employee Name and ID number

Recommendations / Resolution:
_____
_____
_____
_____
_____

Supervisor: _____   Date _____   Time _____
Supervisor Name and ID number

Supervisor Findings:
_____
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____   _____   _____   _____
Signature at completion   Date   Reviewing Deputy   ID Number

~**Refer to The Orientation Pamphlet** for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:   White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (36)

# RIVERSIDE COUNTY JAIL GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☐ CBDC

**From** *(Departe De)*: PRICE AHMAD    20204123O    7-9-2025

Name (Last, First, Middle)    Booking Number    Date
*(Apellido, Nombre, Segundo Nombre)*    *(Número de Preso)*    *(Fecha)*

Grievance is about *(Queja)*:    ☒ Jail Procedures *(Procedimientos de la Cárcel)*    ☐ Jail Conditions *(Condiciones de la Cárcel)*

☐ Jail Staff *(Personal de la Carcel)*    ☐ Medical *(Medico)*    ☐ Mental Health *(Salud Mental)*

☒ Other *(Otra Queja)* Legal difficulties

Date and time of incident *(Fecha y Hora de el Incidente)*: 7-9-25    E

Describe the reason for your grievance, in your own words. Please be specific. (*Use additional sheets if necessary.*)
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

My legal Representations is Collins Lawyer. She is based out his her office's in Murrieta, California. Since my transfer here it has put a strain on my ability to confer with my attorney by visits/calls. Although I'm sentence bound it is very difficult to take to cope on a steady basis due to distance. At CBDC the was no difficulty in maintaining communication needed for my criminal case. I enjoy transfer to CBDC so I could maintain to confer with my attorney before I start trial July 30.

Signature: AHMAD R. PRICE

**Received by:** ALDRETE M437    7/9/15    2:15

Employee Name and ID number    Date    Time

**Recommendations / Resolution:**

Forward to classification for reviewing

**Supervisor:** G. SGT. VALDO N586    7-13-25    D720

Supervisor Name and ID number    Date    Time

**Supervisor Findings:**

After further review, Price cannot be housed at CBDC per supervision. Inmates are housed accordingly based off bed space, classification, medical/mental health needs, and is housed accordingly villa 17.

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Refused    7/13/25    [signature]    1617

Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)    EXHIBIT (37)

APPEAL

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

Cell # _____

☐ Blythe Jail      ☐ JBDC      ☐ RPDC      ☑ SCF      ☐ CBDC

**From** *(Departe De):* PRICE AHMAD
Name (Last, First, Middle)
*(Apellido, Nombre, Segundo Nombre)*

Booking Number 2020417311  *(Número de Preso)*

Date 7-13-25 *(Fecha)*

**Grievance is about** *(Queja):*  ☑ Jail Procedures *(Procedimientos de la Cárcel)*   ☑ Jail Conditions *(Condiciones de la Cárcel)*

☑ Jail Staff *(Personal de la Carcel)*   ☐ Medical *(Medico)*   ☐ Mental Health *(Salud Mental)*

☑ Other *(Otra Queja)* TRIAL PREPARATION

**Date and time of incident** *(Fecha y Hora de el Incidente):* 7-9-25 / Appeal of Response 7-13-25

Describe the reason for your grievance, in your own words. Please be specific. *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

My trial date starts on July 30. My attorney is based in Murrieta, California. My ability to obtain access file to be contact with my attorney to go over my case and its evidence is severly limited the fastest & travel for my attorney collecting Lawyer while at a Public Defenders is in Murrieta. I am requesting transfer _____ so that I can have effective communication with my attorney as I prepare for trial. RPDC is much closer to my illibrary ____ as I am being _____ at CBDC.

New Response

Signature: AHMAD R. PRICE

Received by: _____
Employee Name and ID number        Date        Time

Recommendations / Resolution:

_____
_____
_____
_____

Supervisor: _____
Supervisor Name and ID number       Date        Time

Supervisor Findings:

_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____  _____  _____  _____
Signature at completion    Date      Reviewing Deputy            ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:        White – Booking File
                     Yellow – Facility Commander
                     Pink – Individuals Copy
                     Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (38)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

Cell # ___

☐Blythe Jail      ☐JBDC      ☐RPDC      ☒ SCF      ☐CBDC

From (Departe De): PRICE  AHMAD
Name (Last, First, Middle)
(Apellido, Nombre, Segundo Nombre)

Booking Number: 202041230
(Número de Preso)

Date: 7-13-25
(Fecha)

Grievance is about (Queja):  ☒Jail Procedures (Procedimientos de la Cárcel)  ☒Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)    ☐Medical (Medico)    ☐Mental Health (Salud Mental)

☒Other (Otra Queja) Access To Courts

Date and time of incident (Fecha y Hora de el Incidente): 7-13-25

Describe the reason for your grievance, in your own words.  Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_[handwritten text illegible]_

Signature: Ahmad R. Price

Received by: _____
Employee Name and ID number          Date          Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____
Supervisor Name and ID number          Date          Time

Supervisor Findings:
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____
Signature at completion    Date    Reviewing Deputy          ID Number

~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:       White – Booking File
                    Yellow – Facility Commander
                    Pink – Individuals Copy
                    Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (39)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail        ☐JBDC        ☐RPDC        ☑ SCF        ☐CBDC

**From** (Departe De): __PRICE    ARTHUR__    __2004730__    __7-20-25__
Name (Last, First, Middle) | Booking Number | Date
(Apellido, Nombre, Segundo Nombre) | (Número de Preso) | (Fecha)

Grievance is about (Queja):   ☐Jail Procedures (Procedimientos de la Cárcel)   ☑Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)    ☐Medical (Medico)    ☐Mental Health (Salud Mental)

☑Other (Otra Queja) __Status of Grievances__

Date and time of incident (Fecha y Hora de el Incidente): __7-20-2025__

Describe the reason for your grievance, in your own words.  Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_I would like to know the status of the following Grievances. 1) Copt in's Review filed on 6-2-25 in response to ___ JSP ___ (5-14-25) 2)_
____ filed on (1) on 5-1-25 ___ ___ 3)_
____ filed on 5-2-25 ___ ___ 4)_
_4-19-25, (1) Capt ___ filed on 5-2-25 ___ 5) Review_
_filed 5-1-25, (6) Grievance (1) filed on 7-6-25 appeal ___ a ___ grievance_
_of grievance filed 6-26-25._

Signature: __Arthur R. Price__

Received by: _____    _____    _____
Employee Name and ID number | Date | Time

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____    _____    _____
Supervisor Name and ID number | Date | Time

Supervisor Findings:
_____
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Signature at completion | Date | Reviewing Deputy | ID Number

**~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:       White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (40)

Appeal [illegible] SCF 10 Non Response

Cell #: [illegible]

# RIVERSIDE COUNTY JAIL GRIEVANCE FORM

***(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)***

*Please Print Clearly (Favor De Escribir Claramente)*

☐Blythe Jail ☐JBDC ☐RPDC ☐ SCF ☐CBDC

**From** ***(Departe De)***: Price Antwan A. — [illegible] — 8-3-25

Name (Last, First, Middle) *(Apellido, Nombre, Segundo Nombre)* — Booking Number *(Número de Preso)* — Date *(Fecha)*

Grievance is about *(Queja)*: ☐Jail Procedures *(Procedimientos de la Cárcel)* ☐Jail Conditions *(Condiciones de la Cárcel)* ☐Jail Staff *(Personal de la Carcel)* ☐Medical *(Medico)* ☐Mental Health *(Salud Mental)* ☒Other *(Otra Queja)* Status of Grievances not Answered

Date and time of incident *(Fecha y Hora de el Incidente)*: 8-3-25 / 7-20-25

Describe the reason for your grievance, in your own words. Please be specific. (*Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

I would like to know the status of the following grievances due to non response. (1) Captain's Review filed on 6.9.25 appeal of Lt. response dated 5.29.25, (2) Captain's Review filed on 5.6.25 appeal of Lt. response dated 5.4.25 (3) Captain's Review filed on 5.2.25 appeal of Lt. response dated 4.29.25 (4) Captain's Review filed on 5.7.25 appeal of Lt. response dated 5.1.25 (5) grievance filed on 7.6.25 non response of grievance filed 6.26.25, (6) grievance filed on 7.13.25 Access to Courts, (7) Appeal filed 7.13.25 [illegible]

Signature: Antwan A. Price

Received by: ______ ______ ______
Employee Name and ID number — Date — Time

Recommendations / Resolution:

Supervisor: ______ ______ ______
Supervisor Name and ID number — Date — Time

Supervisor Findings:

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Signature at completion — Date — Reviewing Deputy — ID Number

**~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:
White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (41)

*(margin notes, handwritten:)* 01 9-4-25 CPL CORONEL said there's no record of this in system

# RIVERSIDE COUNTY JAIL GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

*(handwritten top right:)* Cell # 17-27

☐ Blythe Jail ☐ JBDC ☐ RPDC ☒ SCF ☐ CBDC

**From** *(Departe De)*: PRICE, AHMAD
Name (Last, First, Middle)
*(Apellido, Nombre, Segundo Nombre)*

Booking Number: 202041730
*(Número de Preso)*

Date: 8-25-25
*(Fecha)*

Grievance is about *(Queja)*:
☒ Jail Procedures *(Procedimientos de la Cárcel)*   ☒ Jail Conditions *(Condiciones de la Cárcel)*
☒ Jail Staff *(Personal de la Carcel)*   ☐ Medical *(Medico)*   ☐ Mental Health *(Salud Mental)*
☒ Other *(Otra Queja)* Grievance Procedures

Date and time of incident *(Fecha y Hora de el Incidente)*: 8-25-2025

Describe the reason for your grievance, in your own words. Please be specific. *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

My issue is the ongoing violations of my rights to grieve Jail Conditions/Procedures/Staff. My grievances are going unanswered, unresponded and have become lost or destroyed. They are as follows: 1- Grievance filed on 5-2-2025- Appeal to Captains Review (issue: Out of Dayroom); 2- Grievance filed on 5-2-2025- Appeal to Captains Review (issue: Cleaning Supplies); 3- Grievance filed on 5-8-2025- Appeal to Captains Review (issue: Refusal of Religious Vegan Meal by Staff); 4- Grievance filed on 6-2-2025- Appeal to Captains Review (issue: Medical Grievance); 5- Grievance filed on 7-13-2025- Appeal (issue: Mail properly); 6- Grievance filed on 7-13-2025 (issue: Inadequate Law Library) cont on Page 2

Signature: AHMAD R. PRICE

Received by: R. __ 4494 [ID]    Date: 8-25-25    Time: 1258

**Recommendations / Resolution:**

_____

_____

_____

_____

**Supervisor:** _____
Supervisor Name and ID number        Date        Time

**Supervisor Findings:**

_____

_____

_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____  _____  _____  _____
Signature at completion    Date    Reviewing Deputy    ID Number

**~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (42)

APPEAL
NON RESPONSE

Signed by
MARTINEZ

# RIVERSIDE COUNTY JAIL GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

Cell # 17-27

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☐ CBDC

**From (Departe De):** PRICE AHMAD

Name (Last, First, Middle)
(Apellido, Nombre, Segundo Nombre)

2020441430
Booking Number
(Número de Preso)

9-4-25
Date
(Fecha)

**Grievance is about (Queja):**   ☐ Jail Procedures (Procedimientos de la Cárcel)   ☒ Jail Conditions (Condiciones de la Cárcel)

☐ Jail Staff (Personal de la Carcel)   ☐ Medical (Medico)   ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) Grievance Procedures

**Date and time of incident (Fecha y Hora de el Incidente):** Appeal to non Response   8-25-25

**Describe the reason for your grievance, in your own words.  Please be specific.** (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

My right to grieve issues are going unprocessed, unrecorded as filed. They are as follows:
1. Grievance filed on 5-2-25 (Appeal to Captains Review), 2. Grievance filed on 5-2-25 (Appeal to Captains Review), 3. Grievance filed on 5-5-25 (Captains Review), 4. Grievance filed on 6-2-25 (Captains Review), 5. Grievance filed on 7-15-25 (First Grievance), 6. Grievance filed on 7-6-25, 7. Grievance filed on 7-10-25, 8. Grievance filed on 8-3-25. These are ongoing now. I filed grievances in the box on the tier and there is no record of these filings except by OVP.

**Signature:** AHMAD R. PRICE

**Received by:** _____
Employee Name and ID number          Date          Time

**Recommendations / Resolution:**
_____
_____
_____
_____
_____

**Supervisor:** _____
Supervisor Name and ID number          Date          Time

**Supervisor Findings:**
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____
Signature at completion          Date          Reviewing Deputy          ID Number

~**Refer to The Orientation Pamphlet** for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:

White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (43)



*Appeal Due to NO Response*

Cell # ___ SI-4I

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail    ☐JBDC    ☐RPDC    ☒SCF    ☐CBDC

From (Departe De): __PRICE, AHMAD__    __202041230__    __9-28-25__
Name (Last, First, Middle)          Booking Number      Date
(Apellido, Nombre, Segundo Nombre)  (Número de Preso)   (Fecha)

Grievance is about (Queja):   ☐Jail Procedures (Procedimientos de la Cárcel)   ☐Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)   ☐Medical (Medico)   ☐Mental Health (Salud Mental)

☒Other (Otra Queja) __Appeal due to Non Response__

Date and time of incident (Fecha y Hora de el Incidente): __9-4-2025__

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

On the above date I filed an grievance at S.C.F. This grievance dealt with grievance procedures and the fact that 9 grievances were voaracated / unfiled. SGT BOPER interviewed me that night and made copies of the grievances that were unfiled due to no record of their filing. I have not recieved any formal response and would like to know the status of these grievances.

Signature: __AHMAD R. PRICE__

Received by: __MEDINA, AJS01F__    __09/28/25__    __1100__
Employee Name and ID number       Date         Time

Recommendations / Resolution:

_____
_____
_____
_____
_____

Supervisor: _____    _____    _____
Supervisor Name and ID number                 Date           Time

Supervisor Findings:

_____
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____  _____  _____  _____
Signature at completion      Date        Reviewing Deputy          ID Number

**~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Booking File
                 Yellow – Facility Commander
                 Pink – Individuals Copy
                 Goldenrod – Individuals Receipt

EXHIBIT (44)

RCS Form 559 (Rev. 12/10/24)

9-4.

Saint

20260020

# RIVERSIDE COUNTY JAIL GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☐ CBDC

From (Departe De): __PRICE, AHMAD__    __202041230__    __8-27-25__
Name (Last, First, Middle)    Booking Number    Date
(Apellido, Nombre, Segundo Nombre)    (Número de Preso)    (Fecha)

Grievance is about (Queja):    ☐ Jail Procedures (Procedimientos de la Cárcel)    ☐ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)

☐ Other (Otra Queja) _____

Date and time of incident (Fecha y Hora de el Incidente): __8-23-2025__

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_My grievance is about ... [handwritten, illegible]_
_... DHEASO Laundry DHEASO workers ... the shut down program_
_... deputy officer escort me. Our program ... runs at 7:00 pm all_
_... for the day. It begins and ends ... DHEASO also requires the cleaning_
_CP dayroom floor with CHP ... it's ... the hours all night ..._
_be washed out with water for at least ... the windows what provide only ..._
_... it also only provides extremely ... cleaning chemicals that ... 99.9%_
_... water and lack any disinfectant efficacy._

Signature: __AHMAD R. PRICE__

Received by: __WILLIAMS 1762__    __9/27/25__    __5:18__
Employee Name and ID number    Date    Time

Recommendations / Resolution:

_____
_____
_____
_____
_____

Supervisor: _____    _____    _____
Supervisor Name and ID number    Date    Time

Supervisor Findings:

_____
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    _____    _____    _____
Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)    EXHIBIT (45)

PROOF 6

Cer

Cell # 17-27

Signed by Avila N8714

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM

**(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)**

*Please Print Clearly (Favor De Escribir Claramente)*

☐ **Blythe Jail** ☐ **JBDC** ☐ **RPDC** ☒ **SCF** ☐ **CBDC**

**From** *(Departe De)*: PRICE, AHMAD | 20204[illegible]30 | 9-6-25

Name (Last, First, Middle) *(Apellido, Nombre, Segundo Nombre)* | Booking Number *(Número de Preso)* | Date *(Fecha)*

Grievance is about *(Queja)*: ☐ Jail Procedures *(Procedimientos de la Cárcel)* ☒ Jail Conditions *(Condiciones de la Cárcel)*
☒ Jail Staff *(Personal de la Carcel)* ☐ Medical *(Medico)* ☐ Mental Health *(Salud Mental)*
☒ Other *(Otra Queja)* Appeal due to Non Response

Date and time of incident *(Fecha y Hora de el Incidente)*: [illegible] 5-29-25 (5-23-2025)

Describe the reason for your grievance, in your own words. Please be specific. (*Use additional sheets if necessary.*)
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

Officer [illegible] is disruptive to the programming of Unit 17. Each time [illegible] works (example: 5-23-2025, 9-4-25, 9-6-25) he shuts down programs. Most time program resumes after he departs at or around 6 p.m. [illegible] [illegible] [illegible] [illegible] [illegible]

Non Response

Inmate Signature: AHMAD R. PRICE

Received by: [illegible] | [illegible] | [illegible]

Employee Name and ID number | Date | Time

Recommendations / Resolution:

Supervisor: ____ | ____ | ____

Supervisor Name and ID number | Date | Time

Supervisor Findings:

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Inmate Signature at completion | Date | Reviewing Deputy | ID Number

**~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:
White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

EXHIBIT (46)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail     ☐ JBDC     ☐ RPDC     ☒ SCF     ☐ CBDC

**From** (Departe De): _Force, Armand_

Name (Last, First, Middle)          Booking Number          Date
(Apellido, Nombre, Segundo Nombre)     (Número de Preso)      (Fecha) 8-28-2025

Grievance is about (Queja):    ☒ Jail Procedures (Procedimientos de la Cárcel)    ☒ Jail Conditions (Condiciones de la Cárcel)

(see Attached)    ☒ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)
Page 2

☒ Other (Otra Queja) _Violation of Right to Grieve Conditions_

Date and time of incident (Fecha y Hora de el Incidente): _8-25-2025_

Describe the reason for your grievance, in your own words.  Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_My issue is Captain XXXXX's acceptance of and participation in her subordinate's reduction to my right to grieve Jail conditions, Jail procedure, and Jail staff. I received the attached copies of response from Captain XXXXX ___ ___ ___ ___ ___ ___ ___ ___. They have multiple ___ ___ that have gone unanswered and that are not being recorded as filed, this ___ ___ video/audio recording system. My initial responses were filed ___ ___ ___. H. Icke response is dated 6-4-25, I placed my appeal in the box on 5-31-25 (Review N/A). H. Step response is dated 5-2-25, I placed my appeal in the box on 6-2-25 (Review DUE)._

Signature: _Armand R. Force_

Received by: _P. Smith  ID 2160_

Employee Name and ID number          Date          Time

Recommendations / Resolution:

_____
_____
_____
_____

Supervisor: _____

Supervisor Name and ID number          Date          Time

Supervisor Findings:

_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____
Signature at completion      Date      Reviewing Deputy          ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:          White – Booking File
                       Yellow – Facility Commander
                       Pink – Individuals Copy
                       Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)          EXHIBIT (47)

*(handwritten margin notes: See Attached; 2) print copies detest 8-28-2025; Cell #127)*

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail    ☐JBDC    ☐RPDC    ☒SCF    ☐CBDC

**From** *(Departe De):* PRICE, AHMAD        2020411230        8-28-2025

Name (Last, First, Middle)        Booking Number        Date
(Apellido, Nombre, Segundo Nombre)        (Número de Preso)        (Fecha)

**Grievance is about** *(Queja):* ☒Jail Procedures *(Procedimientos de la Cárcel)* ☒Jail Conditions *(Condiciones de la Cárcel)*

*(handwritten: (See Attached) Page 2)*

☒Jail Staff *(Personal de la Carcel)*    ☐Medical *(Medico)*    ☐Mental Health *(Salud Mental)*

☐Other *(Otra Queja)* Violation of Right to Grieve Conditions.

**Date and time of incident** *(Fecha y Hora de el Incidente):* 8-28-2025

**Describe the reason for your grievance, in your own words. Please be specific.** *(Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

My issue is Captain VERNALS acceptance of and participation in her subordinates violations to my right to grieve Jail Conditions, Jail Procedure and Jail Staff. I received the attached copies of response from Captain VERNAL to issues I had filed within time frames. I have wrote multiple grievances that have gone unanswered and that has not been recorded as filed. This cyints own video/audio recording system. My initial responses were filed within time frames. H. Icher response is dated 5-4-25, I placed my appeal in the box on 5-8-25 (Review INP). H. Sharp response is dated 5-28-25, I placed my appeal in the box on 6-2-25 (Review DVRS).

**Signature:** AHMAD R. PRICE

**Received by:** BUDNIK N7080        8/28/25

Employee Name and ID number        Date        Time

**Recommendations / Resolution:**

**Supervisor:** OZOSCO NST8h        8/29/25        1024

Supervisor Name and ID number        Date        Time

**Supervisor Findings:**

NO FURTHER RESPONSE WILL BE PROVIDED REGARDING CAPTAINS RESPONSE TO THE ISSUES MENTIONED ABOVE

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

REFUSED @ 0239        8/30/25        CAMACHO        4821S

Signature at completion        Date        Reviewing Deputy        ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

EXHIBIT (48)

RCS Form 559 (Rev. 12/10/24)

Append

Cell # [illegible]

# RIVERSIDE COUNTY JAIL GRIEVANCE FORM

## *(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*

Please Print Clearly *(Favor De Escribir Claramente)*

☐ **Blythe Jail** ☐ **JBDC** ☐ **RPDC** ☒ **SCF** ☐ **CBDC**

**From** *(Departe De)*: Price Ahmad — 2020411230 (?) — 5-30-25

Name (Last, First, Middle) *(Apellido, Nombre, Segundo Nombre)* | Booking Number *(Número de Preso)* | Date *(Fecha)*

Grievance is about *(Queja)*: ☒ Jail Procedures *(Procedimientos de la Cárcel)* ☒ Jail Conditions *(Condiciones de la Cárcel)*

☒ Jail Staff *(Personal de la Carcel)* ☐ Medical *(Medico)* ☐ Mental Health *(Salud Mental)*

☒ Other *(Otra Queja)*: Violation of Right to Grieve Conditions

Date and time of incident *(Fecha y Hora de el Incidente)*: Appeal of Response dated 5-24-2025

Describe the reason for your grievance, in your own words. Please be specific. (*Use additional sheets if necessary.)*
*(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)*

This is an appeal. Captain [illegible] acceptance of, and participation in [illegible] my right to grieve Jail Conditions, Procedures and Staff. I [illegible] appeals to the Captain's [illegible]. All [illegible] grievances asking about them [illegible] the following staff [illegible] (SGT. WARD SGT. SANCHEZ SGT. OROSCO, CPL. COLLINS, CO. WILLIAMS and others) I have All my [illegible] as proof. [illegible] recording system as proof of my grievance deposits [illegible] days of the grievances. I [illegible] All my obligations to [illegible] to appeal and [illegible] bad faith acts are taking place. My purpose now is to exhaust administratively.

Signature: Ahmad R. Price

Received by: [illegible] — 5/30/25

Employee Name and ID number | Date | Time

Recommendations / Resolution:

No Response

Supervisor: ______________________

Supervisor Name and ID number | Date | Time

Supervisor Findings:

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Signature at completion | Date | Reviewing Deputy | ID Number

**~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~** (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:
White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (49)

Cell # _____

*Signed by Avila N8714* (handwritten, top left)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
### (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☐ CBDC

**From** (Departe De): _BELL, AHMAD_ ___2020417__ ___9-6-25___

Name (Last, First, Middle) — (Apellido, Nombre, Segundo Nombre)    Booking Number (Número de Preso)    Date (Fecha)

**Grievance is about** (Queja):  ☒ Jail Procedures (Procedimientos de la Cárcel)    ☒ Jail Conditions (Condiciones de la Cárcel)

☒ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)

☒ Other (Otra Queja) _delivery of Hot Meal_

**Date and time of incident** (Fecha y Hora de el Incidente): _9-6-25   6. or about 3.00 p.m_

**Describe the reason for your grievance, in your own words. Please be specific.** (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

_The constant distribution of the Hot meal by staff after toll... it so over an hour is received prior to my showering. By allowing the Good to congeal and grow cold I believe I have contracted bacteria that has lead to diarrhea, stomach paints and discomfort. These acts are malicious as they are consisted with a pattern and practice. My Hot meal at or around 3:00 p.m. It was no longer hot and I am again experiencing horrible pain in my stomach._

Signature: _AHMAD R. PRICE_

Received by: _AVILA N8714_ _____ _____

Employee Name and ID number    Date    Time

Recommendations / Resolution:

_____
_____
_____
_____
_____

Supervisor: _____  _____  _____

Supervisor Name and ID number    Date    Time

Supervisor Findings:

_____
_____
_____
_____

**The above incident has been discussed with me and I am aware of the findings** (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____  _____  _____  _____
Signature at completion    Date    Reviewing Deputy    ID Number

~**Refer to The Orientation Pamphlet** for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:  White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

*No response* (handwritten, left margin)

RCS Form 559 (Rev. 12/10/24)


EXHIBIT (50)

Cell # __3in__ 71

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail   ☒JBDC   ☐RPDC   ☐ SCF   ☐CBDC

From (Departe De): __PRICE, AHMAD__   __202041750__   __9-19-2025__

Name (Last, First, Middle)   Booking Number   Date
(Apellido, Nombre, Segundo Nombre)   (Número de Preso)   (Fecha)

Grievance is about (Queja):   ☐Jail Procedures (Procedimientos de la Cárcel)   ☐Jail Conditions (Condiciones de la Cárcel)

☐Jail Staff (Personal de la Carcel)   ☐Medical (Medico)   ☐Mental Health (Salud Mental)

☒Other (Otra Queja) __Non Response to Prior Grievances in Prior Facility__

Date and time of incident (Fecha y Hora de el Incidente): __9-19-2025__

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

Ive filed the following grievances at S.C.F. that I have recieved not responses: Grievance dated 9-6-2025 (2) / Grievance dated 9-4-2025 and Grievance dated 5-27-2025. These grievances addressed: 1. Hot Meals. 2. Grievance Procedure Violations of Rights to Grieve. Jail Conditions, Jail Staff or Jail Procedures. 3. Staff conduct. I am being constantly mistreated and would like to preserve my rights to eventually a Law suit. I filed some grievances at RPDC on 9-17-2025

Signature: __Ahmad R. Price__

Received by: __Sgt Sato    N 8953__   __9-19-2025__   __1647__
Employee Name and ID number   Date   Time

Recommendations / Resolution:

_____
_____
_____
_____

Supervisor: _____
Supervisor Name and ID number   Date   Time

Supervisor Findings:

_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____   _____   _____   _____
Signature at completion   Date   Reviewing Deputy   ID Number

~Refer to The  Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derecho a apelar los resultados inciales)

Distribution:
White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)


EXHIBIT (51)

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐Blythe Jail      ☐JBDC      ☐RPDC      ☒SCF      ☐CBDC

From (Departe De): PRICE, AHMAD

Name (Last, First, Middle)
(Apellido, Nombre, Segundo Nombre)

Booking Number: 202041730
(Número de Preso)

Date: 10-26-25
(Fecha)

Grievance is about (Queja): ☒Jail Procedures (Procedimientos de la Cárcel)   ☒Jail Conditions (Condiciones de la Cárcel)

☒Jail Staff (Personal de la Carcel)   ☐Medical (Medico)   ☐Mental Health (Salud Mental)

☒Other (Otra Queja) Grievance Unanswered

Date and time of incident (Fecha y Hora de el Incidente): 10-26-25

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

On 10-1-25 I was told that two grievances I filed at S.C.F. on 5-26-25, 8-30-25 and 9-4-25 showed a pending status. I have yet to recieve any response in which to finalize my grievances. My grievance dated 9-4-25 was collected by SGT Boyer at S.C.F. who was looking into the fact that my grievances were going unanswered because they were never entered into the grievance system.

Signature: AHMAD R. PRICE

Received by: _____    Date: 10-26-25    Time: 1158
Employee Name and ID number

Recommendations / Resolution:
_____
_____
_____
_____
_____

Supervisor: _____    Date: _____    Time: _____
Supervisor Name and ID number

Supervisor Findings:
_____
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:
White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (52)

Cell # ~~SA 44~~
SA 35

# RIVERSIDE COUNTY JAIL  GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail    ☐ JBDC    ☐ RPDC    ☒ SCF    ☐ CBDC

From (Departe De): **PRICE, AHMAD**
Name (Last, First, Middle)
(Apellido, Nombre, Segundo Nombre)

Booking Number (Número de Preso): **202041230**

Date (Fecha): **10-26-25**

Grievance is about (Queja):
☒ Jail Procedures (Procedimientos de la Cárcel)    ☒ Jail Conditions (Condiciones de la Cárcel)
☒ Jail Staff (Personal de la Carcel)    ☐ Medical (Medico)    ☐ Mental Health (Salud Mental)
☒ Other (Otra Queja) **Grievances Unanswered**

Date and time of incident (Fecha y Hora de el Incidente): **10-26-25**

Describe the reason for your grievance, in your own words. Please be specific.  (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea especifico(a). Utilice hojas adicionales si es necesario.)

On 10-1-25 I was told that (a) grievances I filed at S.C.F. on 8-25-25 8-30-25 and 9-4-25 showed a pending status. I have yet to recieve any response in which to finalize my grievances. My grievance dated 9-4-25 was collected by SGT Borer at S.C.F. who was looking into the fact that my grievances were going unanswered because they were never filed & recorded into the grievance system

Signature: **AHMAD R. PRICE**    10-26-25    2350

Received by: _____ SGT Smith NO413    10-26-25    1158
Employee Name and ID number    Date    Time

Recommendations / Resolution:
Forward to SCF. There are two grievances from that time frame the first was entered on 08/29 and closed on 07/04 regarding items stored in his personal property. The second was

Supervisor: ~~Smith~~ N4054 Borer    10-26-25    2350
Supervisor Name and ID number    Date    Time

Supervisor Findings:
(CONT'D) filed on 09/05 and closed the same day regarding a copy of his trust account. I was unable to locate any other grievances from that time frame

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

_____    11-11-25    Steele    N5395
Signature at completion    Date    Reviewing Deputy    ID Number

~Refer to The  Orientation Pamphlet  for more information regarding the grievance process, including your right to appeal initial findings~ (Consulta la guia de orientacion interno para obtener mas informacion sobre el proceso de quejas, incluyendo su derendo a apelar los resultados inciales)

Distribution:    White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)

EXHIBIT (53)

PROOF OF SERVICE BY MAIL

I am over 18 years of age and not a party to this action. I reside in Marietta _(city) Georgia _(state).

My address is: 558 Old Canton Rd., Marietta, GA 30068

On January 22, 2026 I mailed from Marietta _(city) Georgia _(State) the following documents:

1. OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

2. STATEMENT OF GENUINE DISPUTES

3. DECLARATION OF AHMAD RAHEEM PRICE

4. DECLARATION OF MICHAEL MOSBY

5. DECLARATION OF CHISTOPHER ARMSTEAD

I served the documents by enclosing them in an envelope and placing it for mailing with the United States Postal Service with postage fully prepaid.

The envelope was addressed and mailed as follows:

NICOLE R. ROGGEVEEN Bar No. 252587

COLE HUBER LLP

2855 East Guasti Road, Suite 402

Ontario, California 91761

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Date: January 22, 2026

Chatima A. Hughes

Print Name

C. A. Hughes

Sign Name



