**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| AHMAD RAHEEM PRICE,<br><br>Plaintiff,<br><br>v.<br><br>RUSLAN YERAMISHYN, et. al.,<br><br>Defendants. | Case No. EDCV 23-0608-JLS (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the the Third Amended Complaint, the pending motion, all records of this case, and the Report and Recommendation of the United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings and recommendations set forth in the Report.

**Accordingly, IT IS ORDERED** that (1) Defendants' Motion for Summary Judgment (Dkt. No. 71) is GRANTED IN PART: Plaintiff's

claims against Defendant Yeramishyn are dismissed without prejudice, and the motion is otherwise denied; and (2) Defendant Gell is Ordered to file an Answer to the Third Amended Complaint within thirty (30) days of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on the parties.

DATED: October 30, 2026

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE